STATE OF ALABAMA                    *            NOTICE OF CLAIM

COUNTY OF GENEVA                    *
                                   *



TO:    GENEVA COUNTY COMMISSION AND GENEVA COUNTY JAIL

Personally appeared before me, the undersigned authority in and for said County and

State, Dennis Rudd, who being by me first duly sworn, makes this affidavit pursuant to the

provisions of Alabama Code 1975 as amended, and affiant says as follows:

My name is Dennis Rudd, and I am a resident of Geneva County, Alabama.

You are herby notified that on or about the 24th of February 2005 I was brutally beaten

and because of said beating was caused to incur staff infections.

Based on aforesaid facts I hereby claim that the Geneva County Jail and their agents,

servants, representatives and employees are liable for the damages I have sustained due to the

negligence of the Geneva County Jail in being severely beaten and incurring staff infections.

You are hereby further notified that this Notice of Claim is given for the purpose of

compliance with the Alabama Code. If any entity receiving notice of this claim has any

knowledge of any other person, firm, corporation or other entity who or which may be

responsible or share responsibility for the damages claimed herein, please inform the claimant's

attorney of the name and address of said entity immediately.


                                        Dennis Rudd
                                        AIS# 239596
                                        Dorm 10-22B
                                        P.O. Box 767
                                        Clayton, AL 36016-0767

SWORN TO AND SUBSCRIBED before me this the 12 day of July 2005.

SEAL

Carolyn R. Abercrombie
NOTARY PUBLIC
My Commission Expires: _____

My Commission Expires August 18, 2007

J.E. Sawyer, Jr. (SAW004)
Attorney at Law
203 South Edwards Street
Enterprise, AL 36330
(334) 347-6447

RECEIVED THIS 9th DAY
OF August 2005
Geneva Co. admin.
GENEVA COUNTY COMMISSION