AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 03-17-2006 | RECEIVED 2006 MAR 21 A 10: 40 |
| NAME OF SERVER (PRINT) Tony Helms | TITLE Dep | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03-17-2006
             Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GENEVA CO. SHERIFFS DEPT
MAR 17 2006
RECEIVED IN OFFICE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of SOUTHERN DIVISION

DENNIS RUDD

**SUMMONS IN A CIVIL ACTION**

V.

GENEVA COUNTY COMMISSION, an Alabama political subdivision, et al.

CASE NUMBER: 1:06cv233-WKW

TO: (Name and address of Defendant)

GREGG WARD, SHERIFF OF GENEVA COUNTY
GENEVA COUNTY SHERIFF'S DEPARTMENT
P.O. BOX 115
GENEVA, ALABAMA 36340

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J.E. SAWYER, JR.
203 SOUTH EDWARDS STREET
ENTERPRISE, ALABAMA 36330

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                    3/16/06

CLERK                                  DATE

(By) DEPUTY CLERK

GENEVA CO. SHERIFF'S DEPT
MAR 17 2006
RECEIVED IN OFFICE