IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DENNIS RUDD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-cv-233-WKW-CSC |
| | ) |
| **GENEVA COUNTY COMMISSION** | ) |
| **and SHERIFF GREG WARD,** | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT SHERIFF GREG WARD'S MOTION TO DISMISS/
ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT**

COMES NOW Defendant Greg Ward, Sheriff of Geneva County, Alabama, and moves this Honorable Court to dismiss the Plaintiff's Complaint against him pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as the Plaintiff's Complaint, and its component parts, separately and severally fails to state a claim against him upon which relief may be granted. As reasons for so moving, this Defendant states as follows:

1. Sheriff Ward is entitled to have the Plaintiff's § 1983 and § 1985 claims for damages against him dismissed.

    a. The Plaintiff's claims against Sheriff Ward are barred by the Eleventh Amendment to the United States Constitution.

    b. Sheriff Ward is not a "person" for the purposes of 42 U.S.C. § 1983.

2. Plaintiff's claims for injunctive relief are moot.

3. In the alternative, Defendant Sheriff Ward seeks a more definite statement.

WHEREFORE, PREMISES CONSIDERED, Defendant Sheriff Greg Ward requests that this Honorable Court enter an order dismissing all claims against him in this action.

Respectfully submitted this the 6th day of April, 2006.

> s/C. Richard Hill, Jr.
> KENDRICK E. WEBB – Bar No. WEB022
> C. RICHARD HILL, JR. – Bar No. HIL045
> Attorneys for Defendant Sheriff Greg Ward
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  rhill@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 6, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Joseph Earl Sawyer, Jr., Esq.**

> s/C. Richard Hill, Jr.
> OF COUNSEL

2