IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DENNIS RUDD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-cv-233-WKW-CSC |
| | ) |
| **GENEVA COUNTY COMMISSION** | ) |
| **and SHERIFF GREG WARD,** | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION TO STRIKE

COME NOW the Defendants, Geneva County Commission and Sheriff Greg Ward, and submit this motion to strike the Plaintiff's fictitious party pleading. In support thereof, the Defendants set forth and state as follows:

### PLAINTIFF'S FICTITIOUS PARTY PLEADING
### IS NOT ALLOWABLE UNDER FEDERAL LAW.

While the Plaintiff has sued several fictitious parties, such pleading is not allowed under federal procedure. See Rule 10(a) ("[i]n the Amended Complaint, the title of the action shall include the names of all the parties. . ."); New v. Sports and Recreation, Inc., 114 F.3d 1092, 1094 n. 1 (11th Cir. 1997) (holding fictitious party practice not permitted in federal court and plaintiff's failure to name parties required that court strike parties). Thus, the Plaintiff's claims are due to be stricken against these fictitious parties.

WHEREFORE, PREMISES CONSIDERED, Defendants request this Honorable Court grant unto them their Motion to Strike.

Respectfully submitted this the 6th day of April, 2006.

> s/C. Richard Hill, Jr.
> KENDRICK E. WEBB – Bar No. WEB022
> C. RICHARD HILL, JR. – Bar No. HIL045
> Attorneys for Defendants Geneva County
> Commission and Sheriff Greg Ward
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  rhill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on **April 6, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Joseph Earl Sawyer, Jr., Esq.**

> s/C. Richard Hill, Jr.
> OF COUNSEL