**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                    TELEPHONE (334) 954-3600

April 12, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Dennis Rudd vs. Geneva County Commission, et al**
**Case Number: 1:06cv233-WKW**

**Pleading : #7 - Motion to Dismiss/Alternative Motion for More Definite Statement**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 4/6/2006 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**