**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **DENNIS RUDD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-cv-233-WKW-CSC |
| | ) |
| **GENEVA COUNTY COMMISSION** | ) |
| **and SHERIFF GREG WARD,** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT GENEVA COUNTY COMMISSION'S MOTION TO DISMISS/ ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT

COMES NOW Defendant Geneva County Commission and moves this Honorable Court to dismiss the Plaintiff's Complaint against it pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as the Plaintiff's Complaint, and its component parts, separately and severally fails to state a claim against it upon which relief may be granted. As reasons for so moving, this Defendant states as follows:

1. Count I is due to be dismissed because it does not state a cause of action against the Defendants.

2. Plaintiff's claim in Count II is due to be dismissed as 42 U.S.C. § 1983 is not the source for any substantive rights.

3. Plaintiff's Constitutional Claims are due to be dismissed for failure to state a claim upon which relief can be granted.

 a. Plaintiff's Fifth Amendment claims are due to be dismissed because the Fifth Amendment due process clause does not apply to state and local governments.

        b.        Plaintiff's Fourteenth Amendment claims are due to be dismissed because the Plaintiff was a convicted prisoner at the relevant time.

        c.        Plaintiff's Seventeenth Amendment claims are due to be dismissed as the Seventeenth Amendment does not apply in the instant case.

        d.        Plaintiff's Fourth Amendment claims are due to be dismissed as the Fourth Amendment is not applicable to the facts as alleged.

4.        Plaintiff's claims for injunctive relief are moot.

5.        As a matter of federal law, Defendant Geneva County Commission, having no authority over the Geneva County Sheriff, the Sheriff's employees or the operation of the Jail, cannot be held liable for policies or conduct of the Sheriff, his employees or the Jail operations.

6.        Plaintiff has failed to allege that any policy of the Geneva County Commission was the moving force behind the alleged violation.

7.        In the alternative, Defendant Geneva County Commission seeks a more definite statement.

WHEREFORE, PREMISES CONSIDERED, Defendant Geneva County Commission requests that this Honorable Court enter an order dismissing all claims against it in this action.

Respectfully submitted this the 6th day of April, 2006.

                              **s/C. Richard Hill, Jr.**
                              KENDRICK E. WEBB – Bar No. WEB022
                              C. RICHARD HILL, JR. – Bar No. HIL045
                              Attorneys for Defendant Geneva County Commission
                              WEBB & ELEY, P.C.
                              7475 Halcyon Pointe Drive (36117)
                              Post Office Box 240909
                              Montgomery, Alabama 36124
                              Telephone: (334) 262-1850
                              Fax: (334) 262-1889
                              E-mail: rhill@webbeley.com

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on **April 6, 2006**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Joseph Earl Sawyer, Jr., Esq.**

                              **s/C. Richard Hill, Jr.**
                              OF COUNSEL