IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS RUDD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-00233-WKW |
| ) | |
| GENEVA COUNTY COMMISSION ) | |
| and SHERIFF GREG WARD, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the defendants' motions (Doc. # 5, # 7, and # 9) filed on April 6, 2006, it is ORDERED that the motions be submitted without oral argument on April 27, 2006.

It is further ORDERED that the plaintiff shall file a response brief on or before April 27, 2006.

DONE this the 18th day of April, 2006.

                                                /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE