UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 MAY 10  A 11: 33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DENNIS RUDD, | ) |
| Plaintiff, | ) |
| vs. | )  CASE NO. 1:06-CV-233 |
| GENEVA COUNTY COMMISSION, an Alabama political subdivision, GREGG WARD, Sheriff for Geneva County, Alabama, and X, Y, and Z, who are entities or individuals who live in the Geneva area or Geneva County and all whose names when mentioned will be substituted by amendment. | ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW Plaintiff, Dennis Rudd, by undersigned counsel and moves this Honorable Court for an enlargement of time to file his response to the Defendant's brief in support of the motion to dismiss and as grounds would show:

1. That the time for submission of said response was April 29, 2006.

2. That Counsel has announced and is actively campaigning for State Senate, District 31, which encompasses all of Coffee and Covington counties and portions of Dale and Houston counties. Said senate race is heavily contested for the primary set for June 6, 2006, as well as the general election in November.

3. That said Order setting the submission deadline was inadvertently not documented upon receipt of the email service.

4.   Plaintiff avers that he should be allowed up to or on May 18, 2006 to submit a responsive pleading to Defendant's Brief in support of its Motion to Dismiss.

5.   Plaintiff avers that an enlargement of time will not be prejudicial to Defendant.

6.   Plaintiff avers that he has a valid defense to said Motion to Dismiss.

WHEREFORE, Plaintiff prays that this Honorable Court will enlarge the time to allow Plaintiff's responsive pleading to be filed on or before May 18, 2006 and for such other and further relief as this Court deems just and proper in the premises.

Dated this 9th day of May, 2006.

_____
J. E. Sawyer, Jr.
Attorney for Plaintiff
203 South Edwards Street
Enterprise, AL 36330
334/347-6447

## CERTIFICATE OF SERVICE

I certify that on May 9, 2006 I have served a copy of the above and foregoing on Mr. C. Richard Hill, Jr., Esquire, P.O. Box 240909, Montgomery, AL 36124, by placing a copy in the U. S. mail, postage prepaid and properly addressed.

_____
J. E. Sawyer, Jr.