IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENNIS RUDD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-00233-WKW |
| | ) | |
| GENEVA COUNTY COMMISSION | ) | |
| and SHERIFF GREG WARD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the plaintiff's Motion for Enlargement of Time (Doc. # 12), it is ORDERED that the plaintiff shall file a response to the pending motions **on or before June 26, 2006**.

DONE this the 16th day of June, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE