IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

DENNIS RUDD, )
)
Plaintiff, )
)
v. ) CASE NO. 1:06-cv-00233-WKW-CSC
)
GENEVA COUNTY COMMISSION, et al. )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Geneva County Commission__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☒ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

6/25/2007
Date

(Signature)

C. Richard Hill, Jr.
(Counsel's Name)

Geneva County Commission; Greg Ward
Counsel for (print names of all parties)

Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code

(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

## CERTIFICATE OF SERVICE

I, C. Richard Hill, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 25th____day of June_____ 20 07, to:

Joseph E. Sawyer, Jr., Esquire

_____

_____

_____

_____

_____

6/25/2007
Date

C. Richard Hill, Jr.
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

DENNIS RUDD, )
)
Plaintiff, )
)
v. ) CASE NO. 1:06-cv-00233-WKW-CSC
)
GENEVA COUNTY COMMISSION, et al., )
)
Defendants, )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW __Greg Ward__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☒ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

6/25/2007
Date

(Signature)
C. Richard Hill, Jr.
(Counsel's Name)

Geneva County Commission; Greg Ward
Counsel for (print names of all parties)
Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

## CERTIFICATE OF SERVICE

I, C. Richard Hill, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _25th___ day of _June_____ 20_07_, to:

Joseph E. Sawyer, Jr., Esquire

6/25/2007
Date                                                                                       Signature