IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern DIVISION

DENNIS RUDD, )
)
Plaintiff, )
)
v. ) CASE NO. 1:06-CV-00233WKW-CSC
)
GENEVA COUNTY COMMISSION, et al., )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW DENNIS RUDD, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                                Relationship to Party

_____                          _____

_____                          _____

_____                          _____


6/25/2007                                        /s/
Date                                             (Signature)

                                                 J.E. Sawyer, Jr.
                                                 (Counsel's Name)

                                                 Dennis Rudd
                                                 Counsel for (print names of all parties)
                                                 203 South Edwards Street
                                                 Enterprise, Alabama 36330
                                                 Address, City, State Zip Code
                                                 (334) 347-6447
                                                 Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Southern_____ DIVISION

## CERTIFICATE OF SERVICE

I, J.E. Sawyer, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 25th____day of June_____ 20 07, to:

C. Richard Hill, Jr., Esquire

_____

_____

_____

_____

_____

6/25/2007  *[signature]*
Date

*[signature]*
Signature