**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DENNIS RUDD,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-cv-233-WKW |
| | ) |
| **GENEVA COUNTY COMMISSION** | ) |
| **and SHERIFF GREG WARD,** | ) |
| | ) |
|    **Defendants.** | ) |

## ANSWER OF DEFENDANT GENEVA COUNTY COMMISSION

COMES NOW Defendant Geneva County Commission to answer the Plaintiff's Complaint as follows:

### COUNT I

1. The Geneva County Commission is without knowledge or information sufficient to form a belief as to the truth of this averment.

2. Admitted.

3. It is admitted that Gregg Ward is the Sheriff of Geneva County. All other averments contained herein are denied.

4. Admitted.

5. Denied.

6. Denied.

7. Admitted.

**COUNT II**

8. This paragraph does not require a response from the Geneva County Commission. However, to the extent the allegations and inferences contained therein can be construed as imposing liability on this Defendant, they are denied.

9. Denied.

10. The Geneva County Commission admits that, at all times relevant hereto, they acted under the color of state law and pursuant to their policies. All other averments contained herein are denied.

11. Denied.

12. The Geneva County Commission denies that the Plaintiff is entitled to attorney's fees and expenses pursuant to 42 U.S.C. § 1988.

**COUNT III**

13. This paragraph does not require a response from the Geneva County Commission. However, to the extent the allegations and inferences contained therein can be construed as imposing liability on this Defendant, they are denied.

14. The Geneva County Commission do not contest personal jurisdiction or venue. All other averments contained herein are denied.

15. The Geneva County Commission admits that any cause of action that the Plaintiff alleges under the United State Constitution arises under 42 U.S.C. § 1983. All other claims alleged in this paragraph have been dismissed by the Court's September 10, 2007, Order. However, to the extent any of those allegations and inferences can be construed as imposing liability on this Defendant, they are denied.

16. The Geneva County Commission admits that, at all times relevant hereto, they acted under the color of state law and pursuant to their policies. All other averments contained herein are denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

## PRAYER FOR RELIEF

25. To the extent that the Plaintiff requests compensatory damages for actions taken by the Geneva County Sheriff or his staff, those claims have been dismissed by the Court's September 10, 2007, Order. To the extent that the Plaintiff requests injunctive relief against the Geneva County Commission, those claims have been dismissed by the Court's September 10, 2007, Order. However, to the extent any of these allegations and inferences can be construed as imposing liability on this Defendant, they are denied.

## AFFIRMATIVE DEFENSES

1. The Defendant is immune from punitive damages.

2. The Geneva County Commission is not responsible for prospectively funding inmate medical care.

3. The Geneva County Commission was not deliberately indifferent in any respect.

4. The Plaintiff cannot prove that the Geneva County Commission was the "moving force" behind the Plaintiff's alleged deprivation(s).

5. The Geneva County Commission did not violate the Plaintiff's rights under the United States Constitution.

6. The Geneva County Commission reserves the right to add additional affirmative defenses as discovery progresses.

Respectfully submitted this the 9th day of October, 2007.

        s/C. Richard Hill, Jr.
        KENDRICK E. WEBB – Bar No. WEB022
        C. RICHARD HILL, JR. – Bar No. HIL045
        Attorneys for Defendants

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1772
E-mail: rhill@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 9, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **J. E. Sawyer, Jr., Esquire.**

        s/C. Richard Hill, Jr.
        OF COUNSEL

4