# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DENNIS RUDD,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-cv-233-WKW |
| | ) |
| **GENEVA COUNTY COMMISSION** | ) |
| **and SHERIFF GREG WARD,** | ) |
| | ) |
|     **Defendants.** | ) |

## ANSWER OF DEFENDANT GREG WARD, SHERIFF OF GENEVA COUNTY

COMES NOW Defendant Greg Ward, Sheriff of Geneva County, to answer the Plaintiff's Complaint as follows:

### COUNT I

1.  Sheriff Ward is without knowledge or information sufficient to form a belief as to the truth of this averment.

2.  Admitted.

3.  It is admitted that Greg Ward is the Sheriff of Geneva County. All other averments contained herein are denied.

4.  Admitted.

5.  Denied.

6.  Denied.

7.  Admitted.

**COUNT II**

8.  This paragraph does not require a response from Sheriff Ward. However, to the extent the allegations and inferences contained therein can be construed as imposing liability on this Defendant, they are denied.

9.  Denied.

10. Sheriff Ward admits that, at all times relevant hereto, he acted under the color of state law and pursuant to his policies. All other averments contained herein are denied.

11. Denied.

12. Sheriff Ward denies that the Plaintiff is entitled to attorney's fees and expenses pursuant to 42 U.S.C. § 1988.

**COUNT III**

13. This paragraph does not require a response from Sheriff Ward. However, to the extent the allegations and inferences contained therein can be construed as imposing liability on this Defendant, they are denied.

14. Sheriff Ward does not contest personal jurisdiction or venue. All other averments contained herein are denied.

15. Sheriff Ward admits that any cause of action that the Plaintiff alleges under the United States Constitution arises under 42 U.S.C. § 1983. All other claims alleged in this paragraph have been dismissed by the Court's September 10, 2007, Order. However, to the extent any of these allegations and inferences can be construed as imposing liability on this Defendant, they are denied.

16. Sheriff Ward admits that, at all times relevant hereto, he acted under the color of state law and pursuant to his policies. All other averments contained herein are denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

**PRAYER FOR RELIEF**

25. To the extent that the Plaintiff requests compensatory damages against Sheriff Ward in his official capacity, those claims have been dismissed by the Court's September 10, 2007, Order. To the extent that the Plaintiff requests injunctive relief against Sheriff Ward, those claims have been dismissed by the Court's September 10, 2007, Order. However, to the extent any of these allegations and inferences can be construed as imposing liability on this Defendant, they are denied.

**AFFIRMATIVE DEFENSES**

1. Sheriff Ward is entitled to qualified immunity.

2. Sheriff Ward is obligated to provide only *necessary* medical treatment for inmates when the inmates cannot provide it for themselves.

3. Sheriff Ward is not responsible for the maintenance and construction of the jail.

4. Sheriff Ward did not violate the Plaintiff's rights under the United States Constitution.

5.  Sheriff Ward reserves the right to add additional affirmative defenses as discovery progresses.

Respectfully submitted this the 9th day of October, 2007.

              **s/C. Richard Hill, Jr.**
              KENDRICK E. WEBB – Bar No. WEB022
              C. RICHARD HILL, JR. – Bar No. HIL045
              Attorneys for Defendants

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1772
E-mail:  rhill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on **October 9, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **J. E. Sawyer, Jr., Esquire.**

              **s/C. Richard Hill, Jr.**
              OF COUNSEL