IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DENNIS RUDD,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-cv-233-WKW-CSC |
| | ) |
| **GENEVA COUNTY COMMISSION** | ) |
| **and SHERIFF GREG WARD,** | ) |
| | ) |
|     **Defendants.** | ) |

### REPORT OF PARTIES' PLANNING MEETING

    1.    <u>Appearances</u>:  Pursuant to Fed.R.Civ.P. 26(f), a meeting was held in person on October 31, 2007, and attended by:

        J. E. Sawyer, Jr., on behalf of Plaintiff, Dennis Rudd

        Charles Richard Hill, Jr., WEBB & ELEY, P.C., on behalf of Defendants, Geneva County Commission and Sheriff Greg Ward.

    2.    <u>Pre-Discovery Disclosures</u>**:** The parties will exchange the information required by Local Rule 26.1(a)(1) on or before **January 1, 2008.**

    3.    <u>Discovery Plan</u>**:**  The parties jointly propose to the court the following discovery plan:

        a.    Discovery will be needed on the following subjects:  Plaintiff's claim and Defendants' defenses plus any facts associated with the claim.

        b.    All discovery commenced in time to be completed by **July 15, 2008.**

        c.    Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.

        d.    Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service.

        e.    Maximum of 25 requests for production of documents by each party to any other party.  Responses due 30 days after service.

  f. Maximum of 10 depositions by plaintiff, and 10 depositions from the Geneva County Commission and Sheriff Greg Ward. Each deposition limited to a maximum of seven (7) hours unless extended by agreement of the parties.

  g. Reports from retained experts under Rule 26(a)(2) due:

   From Plaintiff by **March 1, 2008**, and such expert(s) shall be available for deposition by April 1, 2008**.**

   From Defendants by **May 1, 2008**, and such expert(s) shall be available for deposition by June 1, 2008**.**

   To the extent that Plaintiff's treating physicians are called to testify solely as fact witnesses (not as expert witnesses), no expert report is required. However, if any of the Plaintiff's treating physicians are called to testify as an expert witness (not solely as a fact witness), an expert report is required.

  h. Supplementation under Rule 26(e) deadline is **May 1, 2008**.

4. <u>Other Items</u>**.**

<u>Scheduling Conference</u>:  The parties do not request a conference with the court before entry of the scheduling order.

<u>Additional Parties, Claims and Defenses</u>:  The Plaintiff should be allowed until **January 1, 2008**, to join additional parties and to amend the pleadings. The Defendants should be allowed until **January 1, 2008**, to join additional parties and to amend the pleadings.

<u>Pretrial Conference</u>:  The parties request a pretrial conference in **October, 2008**.

<u>Dispositive Motions</u>:  All potentially dispositive motions should be filed by **August 15, 2008**.

<u>Settlement</u>:  Settlement cannot be evaluated prior to the discovery deadline, July 15, 2008.

<u>Trial Evidence</u>:  Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from Plaintiff 14 days prior to trial. From the Defendants, 14 days prior to trial. Parties should have 5 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

<u>Trial Date</u>:  The case should be ready for trial by January, 2009, and at this time, is expected to take approximately 2-3 days.

> Mediation: The parties are willing to submit to mediation at the conclusion of the discovery period.

Respectfully submitted this 1st day of November, 2007.

Counsel for the Plaintiff has reviewed this Report and has given counsel for the Defendants permission to submit his electronic signature to the Court below.

                                **s/C. Richard Hill, Jr.**
                                KENDRICK E. WEBB (WEB022)
                                C. RICHARD HILL, JR. (HIL045)
                                Attorney for Defendants

OF COUNSEL:

Webb & Eley, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124-0909
(334) 262-1850 - Telephone
(334) 262-1772 – Fax
rhill@webbeley.com

                                **s/J. E. Sawyer, Jr.**
                                J. E. SAWYER, JR. (S58J)
                                Attorney for Plaintiff

OF COUNSEL:

J. E. Sawyer, Jr.
Attorney at Law
203 South Edwards Street
Enterprise, Alabama  36331
(334) 347-6447 - Telephone
(334) 347-8217 - Fax
jesawyer@adelphia.net