IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS RUDD, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-cv-233-WKW-CSC |
| | ) |
| GENEVA COUNTY COMMISSION | ) |
| and SHERIFF GREG WARD, | ) |
| | ) |
|    Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Geneva County Commission and Greg Ward, Sheriff of Geneva County, Alabama, Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C. C. Richard Hill, Jr. of Webb & Eley remains attorney of record.

WHEREFORE, Joseph L. Hubbard, Jr. respectfully requests an order from this Court that releases him from representation of said Defendants.

Respectfully submitted this the 29th day of May, 2008.

                                                   s/Joseph L. Hubbard, Jr.
JOSEPH L. HUBBARD, JR., Bar No. HUBBJ5825
WEBB & ELEY, P.C.
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: jhubbard@webbeley.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on **May 29, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Joseph Earl Sawyer, Jr., Esq.**

                          **s/Joseph L. Hubbard, Jr.**
                          OF COUNSEL