**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **DENNIS RUDD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO. 1:06-cv-233-WKW |
| | ) |
| **GENEVA COUNTY COMMISSION** | ) |
| **and SHERIFF GREG WARD,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Upon consideration of the Motion to Withdraw (Doc. # 27) filed by Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., as counsel for defendants Geneva County Commission and Gregg Ward, Sheriff of Geneva County, Alabama, it is ORDERED that the motion is GRANTED. C. Richard Hill, Jr. of Webb & Eley remains attorney of record.

DONE this 9th day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE