IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS RUDD, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) CASE No. 1:06-CV-233-WKW |
| | ) |
| GENEVA COUNTY COMMISSION, | ) |
| and SHERIFF GREG WARD, | ) |
| | ) |
|    Defendant. | ) |

MOTION TO EXTEND TIME FOR DISCOVERY

COMES NOW Plaintiff, Dennis Rudd, by undersigned counsel and moves this Honorable Court for an extension of time for discovery and as grounds would show as follows:

1. Counsel for the Plaintiff has been in trial for two weeks.
2. Counsel for Plaintiff avers that more time is needed to conclude the discovery process in this case and that more depositions need to be taken.
3. Counsel for Plaintiff does not believe that counsel for Defendant would object as Defendant is taking deposition of Plaintiff this date.

WHEREFORE, Plaintiff prays that this Honorable Court will grant an extension of time for discovery of two weeks to allow the Plaintiff ample time to conclude discovery and for such other and further relief as this Court deems just and proper in the premises.

    __/S/ J.E. Sawyer, Jr._____
    J.E. Sawyer, Jr.
    Attorney for Plaintiff
    203 S. Edwards Street
    Enterprise, AL 36330
    (334) 347-6447

CERTIFICATE OF SERVICE

I certify that on July 15th, 2008 I have filed the above and foregoing electronically with the Clerk of Court using the CM/ECF system and that notice of my filing of same will be electronically served on Mr. C. Richard Hill, Jr.

        ___/S/ J.E. Sawyer, Jr._____
        J.E. Sawyer, Jr.
        Attorney for Plaintiff
        203 S. Edwards Street
        Enterprise, AL 36330
        (334) 347-6447