**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 16, 2008

NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:** Dennis Rudd **v.** Geneva County Commission, et al.
**Case Number:** 1:06-cv-233-WKW

**Pleading : #29 - Motion to Extend Time for Discovery**

**Notice of Correction is being  filed this date to advise that  the referenced  pleading e-filed on 7/15/2008 did not contain a properly formatted attorney signature.**

**The corrected pdf document is attached to this notice.**