IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS RUDD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-00233-WKW |
| ) | |
| GENEVA COUNTY COMMISSION ) | |
| and SHERIFF GREG WARD, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion to Extend Time for Discovery (Doc. # 29), it is ORDERED that the motion is GRANTED. The following deadlines are CONTINUED:

(1) Completion of discovery from July 15, 2008, to August 4, 2008;

(2) Filing of dispositive motions from August 15, 2008, to September 4, 2008;

(3) Face to face settlement conference from September 16, 2008, to October 13, 2008.

All other deadlines remain the same.

DONE this 22nd day of July, 2008.

                                                      /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE