IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS RUDD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CASE No. 1:06-CV-233-WKW |
| | ) |
| GENEVA COUNTY COMMISSION, | ) |
| and SHERIFF GREG WARD, | ) |
| | ) |
|     Defendant. | ) |

MOTION TO EXTEND TIME FOR DISCOVERY

COMES NOW Plaintiff, Dennis Rudd, by undersigned counsel and moves this Honorable Court for an extension of time for discovery and as grounds would show as follows:

1. Counsel for Plaintiff and counsel for Defendant have been corresponding as far as dates to depose Defendants and have been unable to reach a date that all parties can be made available to sit for depositions. See Attached Letters, Exhibit "A"

2. Counsel for Plaintiff and counsel for Defendant have reached an agreement that if this court can extend the discovery date by one (1) day that the depositions can be concluded on August 5, 2008.

WHEREFORE, Plaintiff prays that this Honorable Court will grant an extension of time for discovery of one (1) day to allow the Plaintiff ample time to conclude discovery and for such other and further relief as this Court deems just and proper in the premises.

                                  __/S/ J.E. Sawyer, Jr._____
                                    J.E. Sawyer, Jr.
                                    Attorney for Plaintiff
                                    203 S. Edwards Street
                                    Enterprise, AL 36330
                                    (334) 347-6447

<u>CERTIFICATE OF SERVICE</u>

I certify that on August 4th, 2008 I have filed the above and foregoing electronically with the Clerk of Court using the CM/ECF system and that notice of my filing of same will be electronically served on Mr. C. Richard Hill, Jr.

       \_\_\_/S/ J.E. Sawyer, Jr._____

       J.E. Sawyer, Jr.

       Attorney for Plaintiff

       203 S. Edwards Street

       Enterprise, AL 36330

       (334) 347-6447