MICHAEL M. ELEY
* KENDRICK E. WEBB
CRAIG S. DILLARD
** DARYL L. MASTERS
FRANK E. BANKSTON, JR.
ROBBIE ALEXANDER HYDE
HOPE CURTIS

OF COUNSEL:
BART HARMON
KELLY GALLOPS DAVIDSON
WINTHROP E. JOHNSON

# WEBB & ELEY, P.C.
ATTORNEYS & COUNSELLORS AT LAW
7475 HALCYON POINTE DRIVE
POST OFFICE BOX 240909
MONTGOMERY, ALABAMA 36124

TELEPHONE (334) 262-1850
FACSIMILE (334) 262-1772
E-MAIL: rhill@webbeley.com

GARY L. WILLFORD, JR. †
C. RICHARD HILL, JR.
ASHLEY HAWKINS FREEMAN
JAMIE K. HILL
WILLIAM J.N. COXWELL

* ALSO ADMITTED IN DISTRICT OF COLUMBIA
** ALSO ADMITTED IN FLORIDA
† ALSO ADMITTED IN CALIFORNIA

JAMES W. WEBB
(1930-2006)

July 29, 2008

**Via Facsimile Only: (334) 347-8217**

J. E. Sawyer, Jr., Esquire
203 South Edwards Street
Enterprise, Alabama 36330

  RE: **Dennis Rudd v. Geneva County Commission, et al.**
    **In the United States District Court for the Middle District of Alabama**
    **Civil Action No.: 1:06-cv-233-WKW-CSC**
    **Webb and Eley File No. 10010.819**

Dear Mr. Sawyer:

  I have not heard from you regarding my telephone message to schedule the deposition of Sheriff Ward in the above-referenced matter. As I stated, Sheriff Ward can be available this Friday, August 1st, to sit for a deposition. If I do not hear from you by the close of business tomorrow, I will assume that you do not wish to depose Sheriff Ward this Friday.

  Also, as I stated, Mr. Rowe is out of town for the next two weeks due to his daughter giving birth. As you know, the discovery deadline in this case is Monday, August 4th.

  Please let me hear from you in this regard.

          Sincerely,

          C. Richard Hill, Jr.

CRHjr/dh

**J. E. SAWYER, JR.**
Attorney at Law
203 South Edwards Street
**ENTERPRISE, ALABAMA 36330**

---

Telephone (334) 347-6447    Email address – jesawyer@roadrunner.com   Facsimile (334) 347-8217

July 31, 2008

**VIA FACSIMILE: (334)262-1772**

Mr. C. Richard Hill, Jr.
P.O. Box 240909
Montgomery, AL 36124

RE:    *Dennis Rudd v. Geneva County Commission*

---

Dear Mr. Hill:

This letter is in response to your letter dated July 29, 2008 that we received this morning via fax. I am available to depose your client on Friday, August 1, 2008, but your secretary has now relayed to my office that you are unavailable. Our dead line is August 4, 2008 to complete discovery. My secretary spoke with you the date the Order allowing us additional time was issued, July 22, 2008 and requested dates that you and your client were available for depositions. It is my understanding that you were going to get back with my office with the dates your clients would be available since the Sheriff was in a conference last week. I have anxiously been waiting to here from you with possible dates for deposing your clients.

If you can not be available to sit for depositions before August 4, 2008 please let me know so that we can possibly provide the court with this information and request additional time at least until the end of next week. I would also like to use the deposition of Mr. Rowe for future court proceedings.

Upon receipt of this letter please contact my office to further discuss this matter. Thank you in advance for your help with this matter.

Sincerely,

*[signature]*

J.E. Sawyer, Jr.

JES/jnw