IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS RUDD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE No. 1:06-CV-233-WKW |
| | ) |
| GENEVA COUNTY COMMISSION, | ) |
| and SHERIFF GREG WARD, | ) |
| | ) |
| Defendant. | ) |

**AMENDED NOTICE OF DEPOSITION**

To:   Mr. C. Richard Hill, Esquire
       P.O. Box 240909
       Montgomery, AL 36101

Please take notice that at 1:00 p.m., on the 5th day of August 2008, at the *Geneva County Courthouse in Geneva, Alabama*, the Plaintiff will take the deposition of *Sheriff Greg Ward and immediately following Harry O. Adkison* upon oral examination before a Court Reporter, or before some other officer authorized by law to administer oaths.

Said deposition will be taken for use as evidence in trial of said cause. You are invited to attend and examine.

Dated this the 4th day of August 2008.

By: __/s/ J.E. Sawyer, Jr._____
       J.E. Sawyer, Jr.       (SAW004)
       *Attorney for Plaintiff*
       203 South Edwards Street
       Enterprise, Alabama 36330

CERTIFICATE OF SERVICE

      I certify that I have on this 4th day of August 2008, served a copy of the foregoing Notice of Deposition on all counsel of record either by the Pacer electronic-filing system or by United States Mail, postage prepaid and addressed as follows:

| | |
|---|---|
| Mr. Richard Hill | /s/ J.E. Sawyer, Jr. _____ |
| P.O. Box 240909 | Of Counsel |
| Montgomery, AL 36124 | |