IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS RUDD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-CV-00233-WKW |
| | ) |
| GENEVA COUNTY COMMISSION | ) |
| and SHERIFF GREG WARD, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion to Extend Time for Discovery (Doc. # 32), it is ORDERED that the motion is GRANTED. The discovery deadline is CONTINUED from August 4, 2008, to August 5, 2008. All other deadlines remain the same.

DONE this 4th day of August, 2008.

                                     /s/  W.  Keith Watkins
                                     UNITED STATES DISTRICT JUDGE