**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **DENNIS RUDD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) CIVIL ACTION NO.  1:06-cv-233-WKW |
| | ) |
| **GENEVA COUNTY COMMISSION** | ) |
| **and SHERIFF GREG WARD,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF APPEARANCE**

COMES NOW Joseph L. Hubbard, Jr., of the law firm of Webb & Eley, P.C., and files to

re-enter his Appearance as additional counsel of record for Defendants, Geneva County

Commission and Greg Ward, in the above-styled matter.

Respectfully submitted this the 27th day of August, 2008.

> **s/Joseph L. Hubbard, Jr.**
> JOSEPH L. HUBBARD, JR. (HUBB5825)
> WEBB & ELEY, P.C.
> Post Office Box 240909
> Montgomery, Alabama  36124
> (334) 262-1850 - Telephone
> (334) 262-1889 - FAX
> E-mail:  jhubbard@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2008, I electronically filed the foregoing with the
Clerk of the Court using the CM/ECF system which will send notification of such filing to the
following:  **J. E. Sawyer, Jr., Esquire.**

> **s/Joseph L. Hubbard,Jr.**
> OF COUNSEL