IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DENNIS RUDD,** )<br>)<br>   **Plaintiff,** )<br>)<br>v. )<br>)<br>**GENEVA COUNTY COMMISSION,** *et al.*, )<br>)<br>   **Defendants.** ) | Civil Case No. 1:06-cv-00233-WKW |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

**COME NOW** the Defendants, by and through their attorney of record, and would show the Court the following:

1. This Court set September 4, 2008, as the deadline for Defendants to file dispositive motions.

2. Due to circumstances beyond his control, Defendants' counsel is unusually encumbered with numerous court appearances, trial settings and deadlines for multiple cases. While the undersigned does not hold the other cases in higher regard than the one before this Court, the undersigned requests an enlargement of time (five days) to file Defendants' dispositive motion.

3. Defendants have not asked for any extensions in this case prior to this request.

4. Undersigned counsel has spoken to Plaintiff's counsel who has no objection to this extension.

WHEREFORE, THE PREMISES CONSIDERED, Defendants pray that this Court will grant this motion and will grant Defendants until September 9, 2008, to file Defendants' dispositive motions.

RESPECTFULLY SUBMITTED this the 2nd day of September, 2008.

         **s/C. Richard Hill, Jr.**
         C. RICHARD HILL, JR. (HIL045)
         JOSEPH L. HUBBARD, JR. (HUB015)
         WEBB & ELEY, P.C.
         Post Office Box 240909
         Montgomery, Alabama  36124
         (334) 262-1850 - Telephone
         (334) 262-1889 - Fax
         E-mail:  rhill@webbeley.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **J. E. Sawyer, Jr., Esquire.**

         **s/C. Richard Hill, Jr.**
         OF COUNSEL