IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS RUDD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-CV-233-WKW |
| | ) |
| GENEVAL COUNTY COMMISSION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Defendants' unopposed Motion for Enlargement of Time (Doc. # 37), and for good cause shown, it is ORDERED that the motion is GRANTED and that the deadline for Defendants to file dispositive motions is EXTENDED to and including **September 9, 2008**.

Done this 3rd day of September, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE