IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DENNIS RUDD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 1:06-cv-00233-WKW |
| | ) |
| **GENEVA COUNTY COMMISSION,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT GENEVA COUNTY COMMISSION'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

COMES NOW the Defendant, Geneva County Commission, and moves for this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to grant unto it summary judgment with respect to all claims against it. This motion is based on the grounds listed herein, the evidentiary materials filed under separate cover, and the memorandum brief submitted contemporaneously herewith. The Plaintiff has failed to create a genuine issue of material fact and the Defendant is entitled to judgment as a matter of law. Furthermore, the Defendant is entitled to qualified immunity.

Specifically, the Defendant is entitled to summary judgment based on the following grounds:

I. There is no evidence showing that the Commission was responsible for *any* of the alleged violations of the Plaintiff's rights as alleged in his complaint.

    A. The Commission's only duty with regard to the jail is to build, maintain, and fund the jail.

    B. The undisputed evidence shows that the Commission fulfilled its two duties: to fund and build and maintain the jail.

1

II.     The Plaintiff cannot establish liability pursuant to 42 U.S.C. § 1983 because the Commission did not violate the Plaintiff's Eighth Amendment rights.

WHEREFORE, PREMISES CONSIDERED, Defendant Geneva County Commission moves for this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to grant unto it summary judgment with respect to all claims against it.

Respectfully submitted this the 9th day of September, 2008.

s/C. Richard Hill, Jr.
KENDRICK E. WEBB (WEB022)
C. RICHARD HILL, JR. (HIL045)
JOSEPH L. HUBBARD, JR. (HUB015)
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
(334) 262-1850 - Telephone
(334) 262-1889 - FAX
E-mail:  rhill@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **J. E. Sawyer, Jr., Esquire.**

s/C. Richard Hill,Jr.
OF COUNSEL

2