**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DENNIS RUDD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-cv-233-WKW-CSC |
| | ) |
| **GENEVA COUNTY COMMISSION and** | ) |
| **SHERIFF GREG WARD,** | ) |
| | ) |
| Defendants. | ) |

**JOINT EVIDENTIARY SUBMISSIONS IN SUPPORT OF DEFENDANTS**
**SHERIFF GREG WARD AND GENEVA COUNTY COMMISSION'S**
**MOTION FOR SUMMARY JUDGMENT**

COME NOW Greg Ward, Sheriff of Geneva County, Geneva County, Alabama and Geneva County Commission, Geneva County, Alabama, Defendants, in the above-styled cause, and submits the following Evidentiary Materials in support of their contemporaneously filed Motion for Summary Judgment.

| Exhibit | Description |
|---|---|
| A | Deposition of Greg Ward |
| B | Deposition of Harry Adkison |
| C | Jail Capacity Log |
| D | Deposition of Dennis Rudd |
| E | Geneva County Booking Sheet dated January 6, 2005 |
| F | Geneva County Prisoner Activity Sheet regarding Dennis Rudd |
| G | Geneva County Booking Sheet dated February 10, 2005 |
| H | Statement of Robert Owen |

| | |
|---|---|
| I | Statement of Richard Bove |
| J | Statement of Blake Enfinger |
| K | Affidavit of Jowel S. Nunn |
| L | Affidavit of Carl Rowe |
| M | Rudd Medical History, dated February 24, 3005 |
| N | Letter received from Dr. J. Strunk demonstrating that Rudd had PTSD prior to the assault |

Respectfully submitted this the 9th day of September, 2008.

        **s/C. Richard Hill, Jr.**
        C. RICHARD HILL, JR. (HIL045)
        JOSEPH L. HUBBARD, JR. (HUB015)
        WEBB & ELEY, P.C.
        Post Office Box 240909
        Montgomery, Alabama  36124
        (334) 262-1850 - Telephone
        (334) 262-1889 - FAX
        E-mail:  rhill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 9th, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **J. E. Sawyer, Jr., Esquire.**

        **s/C. Richard Hill, Jr.**
        OF COUNSEL