# Exhibit A
# Deposition of Greg Ward

1

1      IN THE UNITED STATES DISTRICT COURT

2          MIDDLE DISTRICT OF ALABAMA

3               SOUTHERN DIVISION

4

5   DENNIS RUDD,              )

6        Plaintiff,          )

7   VS.                      ) CASE NO. 1:06-CV-233-WKW

8   GENEVA COUNTY            )

9   COMMISSION, and          )

10  SHERIFF GREG WARD,        )

11       Defendants.          )

12

13

14

15

16        The deposition of SHERIFF GREG WARD,

17  taken pursuant to Federal Rules of Civil

18  Procedure before Lisa M. Bryan, Court Reporter

19  and Notary Public, State at Large, at the Geneva

20  County Courthouse, 200 North Commerce Street,

21  Geneva, Alabama, on the 5th day of August, 2008,

22  at approximately 1:00 p.m., pursuant to notice.

23

---

2

1                  APPEARANCES

2

3   FOR THE PLAINTIFF:

4            Honorable Joseph E. Sawyer, Jr., 203

5   South Edwards Street, Enterprise, Alabama 36330

6

7   FOR THE DEFENDANTS:

8            Honorable C. Richard Hill, Post Office

9   Box 240909, Montgomery, Alabama 36101.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

---

3

1                  STIPULATION

2

3        It is stipulated by and between Counsel

4   for the parties that this deposition be taken at

5   this time by Lisa M. Bryan, Court Reporter and

6   Notary Public, State at Large, who is to act as

7   commissioner without formal issuance of

8   commission to her; that said deposition be taken

9   down stenographically, transcribed and certified

10  by the commissioner.

11        Except for objections as to the form of

12  the questions, no objections need be made at the

13  time of the taking of the deposition by either

14  party, but objections may be interposed by either

15  party at the time the deposition is read into

16  evidence, which shall be ruled upon by the Court

17  on the trial of the cause upon the grounds of

18  objection, then and there assigned.

19        The witness wishes to waive the reading

20  and signing.

21

22

23

---

4

1                    INDEX

2

3   EXAMINATION                              PAGE

4      Mr. Sawyer                          5 - 68

5      Mr. Hill                           68 - 70

6

7   EXHIBITS                               MARKED

8      Plaintiff's 1 - Notice of Deposition    38

9

10

11

12

13

14

15

16

17

18            CONDENSED

19

20

21

22

23

5

1       SHERIFF GREG WARD
2  having been first duly sworn, was examined and
3  testified as follows, to-wit:
4
5           COURT REPORTER:  Are we going to
6         have the usual stipulations?
7           MR. SAWYER:  Yes.
8           MR. HILL:  Yes.
9
10          DIRECT EXAMINATION
11  BY MR. SAWYER:
12      Q.  Greg, tell me who you are.
13      A.  Greg Ward, Sheriff of Geneva County.
14      Q.  When did you get first elected as the
15  sheriff down here?
16      A.  I took office January 16th, 1995.
17      Q.  Does that put you -- how many years with
18  being a sheriff of Geneva County?
19      A.  I'm in my fourth term, so we're looking
20  -- 14 years.
21      Q.  You're how old?  50, I believe?
22      A.  50 years old.
23      Q.  Do you know what we are here for today,

6

1  as far as the deposition that I am taking of you
2  in the case of Dennis Rudd versus some
3  defendants?
4      A.  Yes.
5      Q.  What I guess I want to try to ask you in
6  conjunction with this, what are your general
7  duties with regard to the Geneva County Jail?
8  What part of this situation does the sheriff of
9  Geneva County play as far as being -- somebody
10  being in charge of the Geneva County Jail?
11      A.  The sole one, you know, that's
12  responsible, in charge to make sure the jail is
13  run secure, make sure that the inmates receive
14  medical, clothing, stuff like that.
15      Q.  I don't think, but I don't -- I want to
16  ask you this question.  You're not in charge of
17  any of the funding of building jails or anything
18  like that, you just receive prisoners into your
19  jail?  When I refer to it as your jail, I'm not
20  trying to trick you or anything.
21      A.  Yes, sir, I understand.
22      Q.  I just want to say your jail.  But you
23  don't -- all you -- when I suggest that it's your

7

1  jail, you're the sheriff down here, you run the
2  jail, and people are put in jail, and you house
3  them down there; is that right?
4      A.  That's correct.
5      Q.  And I don't think that's a trick
6  question, but it's pretty much the reality of the
7  situation, isn't it?
8      A.  That's -- I just run the jail.  I have
9  nothing to do with the funding.
10      Q.  Now, that means if this jail -- if you
11  arrest folks, or people are sentenced to jail
12  down here in the Geneva County Jail, you just
13  arrest them and put them down there, don't you?
14  I mean, you don't have anything to do with the
15  problems that are associated with that as far as
16  it being overcrowded, if it's overcrowded, or the
17  lights go out, or there is some kind of a problem
18  or something like that with health and sanitation
19  down there?  You are head of the Geneva County
20  Jail; is that right?  That's what you said?
21      A.  I'm head of the jail, but, you know, I
22  -- it's also my responsibility if there is a
23  problem at the jail, then I have to address that

8

1  problem.  If it's dealing with -- if we have
2  lights out at the jail or if the heat is out or
3  anything, it's --
4      Q.  What do you do if there are too many
5  people in the jail?
6
7           MR. HILL:  If you'll let him finish
8         his answer.
9
10      Q.  Oh, I'm sorry.  I thought you were
11  finished.  Excuse me.
12      A.  Anything that's a problem with the jail,
13  either dealing with the facility as a building,
14  an inmate, any problem, then I have to address
15  it.  I mean, I'll address it.
16      Q.  Who do you address it to?
17      A.  It depends on what the problem is.  If
18  it's something that -- say, a lock on the jail
19  door is sticking, which may cause a problem in
20  case of a fire, you know.  It may not work and
21  you can't get the inmates out.  So then I would
22  address that with the commission that we need to
23  have a locksmith, or the ones that does the jail

9

1  locks, to come down and replace the locks.
2      Q.  Well, do you have to go up there to the
3  commission to say, I've got some jail locks down
4  there that are not working, will y'all give me
5  some money to --
6      A.  A case like that, no, sir.  I'm going to
7  -- that's more of an emergency-type thing.  I
8  handle it and get done with it, and I deal with
9  them later.
10     Q.  How do you deal with it right then as
11 far as an emergency situation?
12     A.  Again, I have a budget.  I know how much
13 I have dealing with maintenance, repairs, or
14 anything like that.  So if I have something that
15 tears up, then I know what I have in my budget
16 and I can go ahead and have it done.
17     Q.  And I assume you have got some emergency
18 situations where you can -- even if it's over the
19 budget?
20     A.  Yes.  Even in an emergency situation, I
21 can either pick up the phone and say -- you can
22 either call the chairman of the county commission
23 and say, Look, this is what I have at the jail,

10

1  I've got to get it done now.  And in return, he
2  may call one, or at least two of the county
3  commissioners, and get a verbal for me to go
4  ahead and get it done on an emergency basis, is
5  the way we usually handle it.
6      Q.  So you're not only the sheriff of Coffee
7  -- and if I slip sometimes --
8      A.  That's fine.
9      Q.  I'm from Coffee County and I might say
10 Coffee County.  But if I happen to slip, unless I
11 specifically say it, I say Coffee County, you
12 know I'm talking about Geneva County.  All right?
13     A.  Yes, sir.  I understand.
14     Q.  So who is responsible for preparing the
15 proposed budget for a year to send to the Geneva
16 County Commission to approve a budget that you
17 have, or what you say it takes to run the Geneva
18 County Jail?
19     A.  It is the sheriff's responsibility to
20 propose and present to the county commission a
21 budget for the jail, and also for the sheriff's
22 office, which is two separate budgets.
23     Q.  Do you have copies of that -- do you

11

1  keep copies of your proposal and what that -- I
2  assume there is a difference between what you
3  propose and what they allow you; is that right?
4  Or is it always they approve what you submit?
5      A.  There is always a difference.
6      Q.  Like most public officials, I assume.
7  They scrutinize and say, Well, the sheriff
8  doesn't need that, or the sheriff needs more than
9  that?
10     A.  There is always a difference.  I mean,
11 you know, I may ask for a certain amount in one
12 line item and they say, Well, we can only do
13 this, or whatever, you know.  But as far as
14 copies, there should be copies that I presented
15 to --
16     Q.  You're in charge of running and they're
17 in charge of funding; is that right?
18     A.  That's correct.
19     Q.  What do you perceive as the sheriff as
20 what their responsibilities are as far as the
21 responsibility with the jail?  You run it, you
22 pay for the things that your budget provide for;
23 is that right?

12

1      A.  Yes, sir.
2      Q.  What is their involvement in it other
3  than funding?
4      A.  Their only involvement is, is providing
5  the funds to maintain the jail, to make sure that
6  it's safe, make sure the inmates are taken care
7  of, fed, medical.
8      Q.  Who is responsible for their safety, you
9  or them?
10
11         MR. HILL:  Object to the form.
12
13     Q.  The inmates.
14
15         MR. HILL:  You can answer.
16
17     A.  Who is responsible?
18     Q.  I mean, is it your responsibility to
19 care for the inmates and be responsible for the
20 things that are associated with running the jail,
21 or are they just in charge of the funding and the
22 paying for it?
23

13

1        MR. HILL:  Object to the form.
2
3    A.  It is my --
4    Q.  Let me -- excuse me.  He's got a right
5  to object.  Generally -- because this is a
6  discovery deposition --
7    A.  Right.  I understand.
8    Q.  -- he can, for the record, say that.
9  And we can continue and you can try to answer if
10  there is an answer there.
11
12        MR. HILL:  Unless I instruct you not
13        to answer a question.
14        MR. SAWYER:  Yes.
15        MR. HILL:  Go ahead and answer it if
16        you can.
17
18    A.  My responsibility, as the sheriff, is to
19  make sure the jail is safe, secure as far as
20  inmates.  Inmates can't escape, walk around,
21  leave, whatever.  And as far as the commission,
22  it is their responsibility to provide the funds
23  so I can do that, I reckon the best way to answer

14

1  it.
2    Q.  I think that's a good answer.
3    A.  An adequate funding to maintain the
4  jail.  That's what your law says.
5    Q.  So y'all are sort of like dueling banjos
6  as far as responsibility.  They've got a
7  responsibility and you've got a responsibility
8  under the law?
9    A.  Yes, sir.
10    Q.  Is there anywhere where your
11  responsibility and their responsibility is
12  written down sort of like my -- you know, by-laws
13  or anything like that that would spell out in
14  writing what your responsibilities are?
15
16        MR. HILL:  Object to the form.
17
18    A.  Your state law covers responsibility of
19  the sheriff as far as running and maintaining a
20  jail.  And also there is state law that gives the
21  responsibility to the county commission as far as
22  maintaining, supplying the adequate funds for the
23  jail.

15

1    Q.  And that's a very good answer.  And I'm
2  satisfied that the law spells that out.  But what
3  I guess I'm saying is, is there anything posted
4  on the walls or anything in your record keeping
5  as far as standard operating procedures, or
6  anything like that, that would say, now, The
7  sheriff is responsible for this, and, The sheriff
8  is not responsible for this?  Do you have
9  anything --
10    A.  As far as it being posted in the jail?
11    Q.  Well, posted or filed --
12    A.  No, sir.
13    Q.  -- in your filing records and stuff like
14  that.
15    A.  I am responsible for the rules and
16  regulations as far as the jail, what -- from
17  visitation times, to phone times by inmates,
18  feeding times.  Well, no, actually the feeding
19  time is set up by state law itself.
20    Q.  How about for problems that come up?  I
21  mean, this is how we handle problems, or -- I
22  mean, the state law is not going to get down to
23  the weeds.

16

1    A.  No, sir.  We have procedures -- policy
2  procedures to address.
3    Q.  Grievances?
4    A.  Any different problems that comes up.
5  One form of this is an Inmate Request form.  And
6  in this Inmate Request form, it has a list as far
7  as grievance, complaints, requests.  But then you
8  have a column and it will have the sheriff, the
9  circuit clerk, the judge, attorneys, and they
10  mark which one they want it to go to, and then it
11  comes up.  And it may go in the judge's file.  It
12  may go in my file.  And it's their way of saying,
13  okay, I need to go to the doctor, can you help me
14  get out of jail, to -- I get all kinds every day.
15    Q.  I can imagine.
16    A.  All kinds.  And I'll address all of the
17  requests.
18    Q.  Being the sheriff of Geneva County, I
19  can only imagine that is a pretty extensive job,
20  because you're not only patrolling and
21  investigating and policing or sheriffing, but
22  you're also running the jail, right?  So it's a
23  pretty busy operation there, isn't it?

17

1    A.  It's a seven day, 24 hours a day.

2    Q.  I can only imagine.  The incident that

3  we complain of Dennis Rudd happened around

4  February 24th, 2005.  I'm saying that's when we

5  say somebody down here did something wrong as far

6  as the defendants.  Okay?  Now, at that time, or

7  now, tell me the command structure for the jail.

8  I mean, you're the top of the list as far as

9  being in charge of them.  You're the manager for

10  the jail; is that right?

11    A.  That's correct.

12    Q.  Who are your subordinates?  Or more

13  particularly aligned as far as this case goes of

14  February of 2005, who is your subemployees that

15  handles things?  Do you have an assistant manager

16  of the jail, or assistant warden of the jail, or

17  -- tell me your command structure as it goes down

18  to the individual corrections officers.

19    A.  I have a jail administrator and then --

20  which his responsibility is the everyday running

21  of the jail.  And that's from booking, to

22  feeding, medical, everything, from the time they

23  come in until the time they leave.

18

1        Then under him will be actually the

2  correction officers that work each shift.  They

3  report to him.  Any problems that he can't

4  address, then they come to me.  That's pretty

5  much it.  I mean, we don't have a big staff

6  there, I mean, as far as -- you know, we may run

7  two to three corrections officers per day, per

8  shift.

9    Q.  How many shifts?

10    A.  It's around the clock, three shifts a

11  day.

12    Q.  Three shifts?

13    A.  Uh-huh.

14    Q.  Who is the jail administrator now?

15    A.  Carl Rowe, R-o-w-e.

16    Q.  Who was the jail administrator on

17  February 24th, 2005?

18    A.  Carl Rowe.

19    Q.  R-o-w-e?

20    A.  R-o-w-e.

21    Q.  Do you have a big turnover in jail

22  administrators?  Obviously not if he's been here

23  about three terms.

19

1    A.  No, sir.  He's been with me -- he's been

2  there all of the time -- the whole time since

3  I've been here.

4    Q.  I tried to negotiate, or I tried not to

5  negotiate -- I tried to arrange to have his

6  deposition.  Is he gone somewhere?

7    A.  He has been in North Carolina.  A

8  grandbaby born and he's just -- actually will be

9  in in the morning.  I think he's either still in

10  route or close to getting here.

11    Q.  With your lawyer, I have tried to get --

12    A.  Yes, sir.

13    Q.  -- to him, and he kept telling me he's

14  gone.  So he was gone for a period of time?

15    A.  Yes, sir.  He was gone all last week,

16  yes, sir.

17    Q.  But he's the same jail administrator

18  that was the jail administrator back in February

19  of 2005?

20    A.  Yes, sir.

21    Q.  He is your direct subordinate in the

22  jail, right?

23    A.  That's correct.

20

1    Q.  Would it be a better description that he

2  basically administers or manages the jail?  I

3  mean, you are the manager of the jail.  You've

4  said so.

5    A.  Yes, sir, he manages the jail.  He's

6  there when I'm not.

7    Q.  I mean, you've got the title.  He's got

8  the immediate reality of the situation; is that

9  right?

10    A.  He manages your everyday activities,

11  yes, sir.

12    Q.  Who makes the reports of any incidents

13  that occur in the jail?  I mean, you've indicated

14  that you have these forms, that sometimes they

15  may go to the judge, they may go to the clerk,

16  they may come to you.

17    A.  That's your Inmate Request form.

18    Q.  Yes.

19    A.  As far as an incident, like --

20    Q.  The inmate makes a report to somebody.

21  And where does that report go if they have a

22  complaint?

23    A.  It will go to me.

21

1    Q.  All right.
2    A.  If it's addressed.  If an inmate --
3  there are times an inmate will request something
4  that the jail administrator or the correction
5  officer on duty can handle.  If not, then it
6  comes to me.
7    Q.  What do you do with those reports?  Do
8  you stamp them in -- excuse me.  That's an
9  open-ended question, but let me see if I can
10  break it down.  What do you do when a report
11  comes in to you from an inmate?
12
13        MR. HILL:  Joe, to be clear, there
14        are incident reports and then there are
15        request forms.  I'm afraid we might be
16        getting them mixed up.
17
18    A.  Yes, that's why I'm asking.
19
20        MR. HILL:  Incident reports and
21        request forms.
22
23    Q.  An inmate has a complaint.  What form

22

1  does he use to utilize to get that to somebody in
2  the jail?
3    A.  The Inmate Request form.
4    Q.  And do you keep copies of those?
5    A.  Sometimes.  It all depends on what it
6  is.  Most of your -- the requests to go to the
7  doctor, they're kept.  They're kept in their
8  file.
9    Q.  Do you have incident reports -- I keep
10  using the wrong word.
11    A.  Inmate.
12    Q.  Inmate Request forms.  Do you have them
13  in relation to Dennis Rudd?  Do you have all of
14  those that he had submissions on?
15    A.  Whatever was in his file was what was
16  there.  I mean --
17    Q.  Your lawyer has sent me some forms.  Do
18  you have -- you've looked at it, I assume, as far
19  as what he has sent me; is that right?
20    A.  It's been a while.
21    Q.  I would assume --
22    A.  Yes, it's been a while.
23    Q.  I would assume that --

23

1
2        MR. HILL:  My recollection of events
3        is we produced his inmate file where the
4        incident reports would have been located.
5        However, we did not produce any Inmate
6        Request forms, because none were there.
7
8    A.  I -- you know, I'd have to look at it,
9  but I don't recall of any.
10    Q.  If Mr. Rudd says that he's submitted
11  them, and they're -- and I've tried to match them
12  up, and you don't have them.  And you don't know
13  where they would be, or they would be kept in a
14  separate place from where your lawyer has sent
15  the inmate's file to me -- and he has.  He has
16  made a representation to me that he has sent me
17  what you gave him as far as the inmate file.
18  Okay?
19    A.  Okay.
20    Q.  If there are things that he's complained
21  of that he says he sent to you and they're not in
22  those files, do you have any idea where they
23  might be?

24

1    A.  They would only be in his file.
2    Q.  That's a fair answer.  So if Dennis Rudd
3  had a problem in the jail, either by wanting to
4  go to the doctor or somebody threatening him, he
5  would make -- if he wanted to bring that to your
6  attention, he would make that known through an
7  Inmate Request form; is that right?
8    A.  That's correct.
9    Q.  What action would the correctional
10  officer make -- whether it was your jail
11  administrator, whether it was you, or whether or
12  not it was some correctional officer, what action
13  would you make with regard to that Inmate Request
14  form as it comes up?
15    A.  If I receive a request form from an
16  inmate, whatever the request is, whether it's, I
17  want to see my attorney, to, I want to see a
18  doctor, I haven't been able to see a doctor, I'll
19  address it right then.
20    Q.  In an incident report?
21    A.  Either in an incident report or I'll
22  address to the point where he gets a doctor's
23  appointment.  He gets -- his attorney won't come

25

1  see him or call him, I'll call his attorney.
2  I'll make sure the message gets to the judge.
3  Anything that's in that report, no matter how
4  minor it is or whatever, I'll address it at that
5  time.  Whether I'll make an offense or incident
6  report -- I very rarely do that unless it's a
7  case that calls for it.
8      Q.  I understand where you're coming from,
9  Sheriff.  Are there some times that although
10 you've got incident reports that respond to
11 specific inmate requests through their forms,
12 there are some times that you just act on those
13 responses; is that right?
14     A.  That's correct.
15     Q.  And there are some times that it might
16 indicate that you do an incident report in a more
17 formalized situation; is that right?
18     A.  That's correct.
19     Q.  And I assume that there are some times
20 that an inmate will catch you down in the jail
21 and want to talk to you about something that he
22 has not submitted an Inmate Request form on that
23 you take care of, too?

26

1      A.  That is very correct.  That happens
2  every time I go to the jail.  I can -- I get
3  numerous requests from different inmates.
4      Q.  It doesn't help me as a lawyer for an
5  inmate down below not to have everything either
6  coming to you in an Incident Request form or
7  something going back to them, or for your file as
8  far as an incident report.  But common sense
9  dictates that you are in and out of the jail
10 every day, aren't you?
11     A.  Yes, sir.
12     Q.  And inmates, I assume, want to talk to
13 you sometimes about things that they think are a
14 problem for them; is that right?
15     A.  Every day.
16     Q.  In this case -- in Mr. Rudd's case, in
17 this case, medical attention, not wanting to be
18 there because he says he feels in harm's way from
19 inmates.  He's claimed he got hurt down there.
20 And he warned you that he was going to get hurt,
21 and other inmates told you he was going to get
22 hurt.  Okay?  I'm just telling you that.
23     A.  I understand.

27

1      Q.  I assume that if they are not reported
2  in this formalized portion, they could have
3  happened, but they were -- they would just --
4  they catch you down there all the time, and all
5  of them want to talk to you, don't they, with
6  their problems?
7
8          MR. HILL:  Is the question that they
9          all want to talk to him?
10         MR. SAWYER:  Yes.
11
12     A.  Inmates all -- every time I go to the
13 jail, inmates want to talk to me.
14     Q.  About what they perceive is a problem,
15 what they want you to do to help them, whether it
16 be call a lawyer, send me to the doctor, or
17 somebody is going to beat me up, right?
18     A.  And believe it or not, I do it.  No
19 matter how big or how small, I do it.
20     Q.  How do you keep up with that without
21 following these formalized sort of procedures?
22
23         MR. HILL:  Object to the form.

28

1
2      Q.  Go ahead.
3      A.  It goes back to what we said a while
4  ago.  Some things are so minor that I can either
5  turn to the correction officer and say, Go make
6  that call right now and find out when his court
7  date is.  You understand what I'm saying?
8      Q.  Uh-huh.
9      A.  But when it gets to the point where, you
10 know, one pulls me to the side and says, Sheriff,
11 I have requested to go to the doctor.  I have not
12 got a doctor's appointment.  I either right then
13 will go straight to where the administrator is,
14 or when I get through, Why don't he have a
15 doctor's appointment?  Sir, he has one.  It's
16 Thursday.  But, you know, our policy, we don't
17 tell them when they're going to the doctor
18 because of escape risks.  We run into that all of
19 the time.  I mean, you've got somebody meeting
20 you at the doctor's office.  So that's the reason
21 why.  Everything they tell me -- and it's hard to
22 keep up with.  It is.  But everything they'll
23 tell me, I'll address it.  Minor or large,

29

1  whatever it is.

2  Q. What if you perceive, Sheriff, that they

3  really don't have a medical problem and they are

4  requesting it, and you don't feel like that they

5  -- they have not submitted an Inmate Request form

6  and you haven't done an incident report. Are you

7  substituting your judgement as a nonmedical

8  person for a medical officer that he either does

9  or does not need a doctor?

10

11       MR. HILL:  Object to the form.

12

13  Q. Or do you just -- if they want to see a

14  doctor, do you just automatically tell them that

15  they need a doctor?

16

17       MR. HILL:  Object to the form.

18

19  A. I don't tell them they need a doctor. I

20  don't tell them they don't need a doctor. I tell

21  my corrections officer to get them an

22  appointment. If you can't get them an

23  appointment, it's on a Friday night or a Saturday

30

1  morning when the doctor is closed, I tell them to

2  get them to the hospital. I'm not a doctor. I

3  don't make that call. My responsibility is to

4  see that he gets medical attention. And I can do

5  that by simply making one phone call and he gets

6  to the doctor.

7  Q. But you're the man to correct those

8  problems; is that right?

9  A. Yes, sir.

10  Q. Is it also your position, as the Geneva

11  County Sheriff, that you are responsible for the

12  maintenance and care, physical care, of the

13  Geneva County Jail?

14  A. It is my responsibility to maintain --

15  Q. Yes.

16  A. -- the maintenance?

17  Q. I mean, you are responsible?

18  A. My responsibility as far as the jail

19  would be the cleaning. I mean --

20  Q. The maintenance of it?

21  A. Well --

22  Q. That's what I refer --

23  A. -- the maintenance to me would be like

31

1  -- yes, the cleaning part of it. Now, if the air

2  conditioner is not working, I contact the

3  custodian here and let him deal with it. I

4  actually don't, or my employees don't do air

5  conditioners, stove stuff, you know. We do the

6  cleaning. Inmates are required every day --

7  Q. Sort of like at my office. If the air

8  conditioner goes off --

9  A. All summer.

10  Q. -- I'm responsible for getting --

11  A. Somebody to fix it.

12  Q. -- it fixed, although I'm not an air

13  conditioner --

14  A. Right.

15  Q. -- repairman. That would be Goolsby or

16  somebody else.

17  A. That is correct.

18

19       MR. HILL:  I'm going to make a

20       general objection to the use of the term

21       responsibility, in that we're not really

22       distinguishing between personal

23       responsibility and legal responsibility.

32

1       MR. SAWYER:  And I understand that.

2       MR. HILL:  Please continue.

3       MR. SAWYER:  Yes.

4

5  BY MR. SAWYER:

6  Q. Some time back the jail ran into a mold

7  problem in the recent past. And basically didn't

8  y'all transfer a lot of the inmates out until the

9  mold problem, or the -- you know what I'm talking

10  about, don't you? The mold problem where y'all

11  closed the jail down for a while?

12  A. Okay. Yes, sir, I know when you're

13  talking about. Did we do --

14  Q. What did y'all do to rectify that

15  situation in conjunction with your responsibility

16  of the jail?

17  A. After it was brought to my attention

18  about the mold on the north side, I did some

19  calling to find out what I was dealing with. I

20  then got in touch with a company out of Auburn

21  and talked with them about the mold, the

22  different types, could it be dangerous, could it

23  not be, depends on what it is, the whole story.

33

1   So I actually got someone down to actually take
2   air samples. And in order to do that, I felt
3   like the best thing for me to do is, you know,
4   being that I am over this jail, I move the
5   inmates. Because there was a question -- I mean,
6   I couldn't get a straight answer, whether, yes,
7   we have got this, you could have this, or it's no
8   problem, or it could be a problem. Instead of
9   taking a chance that it's going to be the worst
10  thing, I moved all of the inmates.
11      Q. Did you coordinate that with the Geneva
12  County Commission?
13      A. I did.
14      Q. So basically that was a tandem-type
15  situation; was it not? I mean, you did the doing
16  and they approved it, as far what you were doing?
17      A. I did the doing, and they had to pay for
18  the housing of our inmates at other counties,
19  yes.
20      Q. Do you remember when that was?
21      A. No, sir, I can't tell you.
22      Q. Was it before or after 2005, if you
23  remember?

34

1       A. It had to be before. I want to say
2   before.
3       Q. Before 2005?
4       A. Yes, because everything -- the whole
5   jail was redone. Everything. I mean, you know,
6   the walls was sandblasted to repainted, new air
7   conditioner, your fresh air units bringing in
8   fresh air all of the time now. We don't have the
9   moisture problem now that we had.
10      Q. And the county commission paid for it?
11      A. The county commission paid for it.
12      Q. Now, you got the mold problem satisfied.
13  But you didn't increase the capacity of the jail,
14  did you?
15      A. No, sir.
16      Q. I don't think you did.
17      A. No, sir. It's -- (stops talking).
18      Q. Do you know whether or not Dennis Rudd
19  contracted a staph infection while he was in the
20  Geneva County Jail?
21      A. Do I know whether or not he did?
22      Q. Yes. Or do you have any records that
23  would confirm or deny his allegations that he

35

1   contracted it?
2       A. My understanding was that when he came
3   into the jail, I want to say it was either that
4   day or the next day, we carried him to the
5   doctor. And he was diagnosed then as having
6   staph. I recall having a conversation with his
7   mother that he had staph when he came into the
8   jail, and after we found that he did have staph
9   from the hospital, we made arrangements to allow
10  -- to get the judge to lower the bond, set the
11  bond, and him sign his bond and go to the V.A.
12  Hospital to address his medical problem. In
13  other words, I had him released once I --
14      Q. You know that that's a highly contagious
15  --
16      A. Yes, sir.
17      Q. -- type -- -
18      A. And I had him released. (The witness
19  received a phone call.)
20      Q. Do you need to take a break?
21      A. I need to, but go ahead.
22
23          MR. HILL: We can take a break.

36

1           MR. SAWYER: We can take a break.
2
3           (A short break was taken.)
4
5   BY MR. SAWYER:
6       Q. What is your understanding of how and
7   when the staph infection that we allege -- as far
8   as our problems with this, what's your
9   recollection of what you did?
10      A. My recollection is he had it when he
11  came in. I know we arrested him for possession
12  of a meth lab, what we say a meth lab, which was
13  in a vehicle. I know that he was a needle user.
14  And I actually have -- can recall the evidence
15  taken from the truck, needles and stuff like
16  that. So my recollection is he had the staph
17  when he came in here.
18      Q. All right. That's fine. Do you
19  recollect Dennis Rudd being beaten in the Geneva
20  County Jail by other inmates on or about February
21  24, 2005?
22      A. I was notified that they were carrying
23  him to the hospital, that an inmate had jumped on

37

1  him, yes, sir.

2      Q.  Do you know what that was about or what

3  the circumstances surrounding his beating in the

4  Geneva County Jail, what the circumstances were?

5      A.  From what I was told from the inmates

6  that was in the jail, was because of his mouth.

7      Q.  What inmates did you talk to?

8      A.  The actual one that did the kicking,

9  beating, or whatever, David Payne, which is we

10  call Dap -- wouldn't keep his mouth shut, and

11  actually more or less started it.

12      Q.  That Dennis started it?

13      A.  Yes.

14      Q.  I have got a notice of deposition that I

15  am going to mark as Plaintiff's Exhibit 1.  And

16  it has this notice of deposition of you, and it

17  has an amended notice.  It has a subpoena in a

18  civil case for certain documents, which I guess

19  you have already -- any and all documents in your

20  possession pertaining to Dennis Rudd, including

21  but not limited to -- do you have any medical

22  records?

23

38

1          MR. HILL:  We never received that

2          subpoena.

3

4          (Off-the-record discussion

5          was held between counsel

6          for the parties.)

7

8          (Whereupon, Plaintiff's Exhibit 1

9          was marked for identification

10          and is attached hereto.)

11

12      Q.  Do you have any medical records that

13  would be outside of his inmate file folder, or do

14  you put the medical records inside the file

15  folder?

16      A.  We keep them secure in his folder.  But

17  all of the medical records we have, y'all should

18  have.  I mean --

19      Q.  And I am not suggesting --

20      A.  Normally we don't get anything from the

21  hospital.  Like when they go to the hospital, we

22  don't get that.  We may get a copy that he went,

23  and that was it.  I mean -- or his medication or

39

1  what you're supposed to do, and that is pretty

2  much it.

3      Q.  I believe you sent some jail records and

4  things like that that were in his inmate file; is

5  that right?

6      A.  I sent everything we had.

7      Q.  Okay.  I'm satisfied that you have.  You

8  sent everything you have?

9      A.  Yes, sir.

10      Q.  A copy of our complaint and a copy of an

11  affidavit.  Do you remember Jowell Nunn,

12  J-o-w-e-l-l, Jowell?

13      A.  Yes, I know Jowell.

14      Q.  Where he said that -- Jowell says in

15  here that he was brutally -- that Dennis was

16  brutally beaten by other inmates in the jail.  He

17  was beaten very severely; was he not?

18      A.  I know he spent about a week in the

19  hospital, so...

20      Q.  You're just saying --

21      A.  I think he was kicking pretty well.

22      Q.  You're just saying the reason why he was

23  beaten was because you said he was running his

40

1  mouth and this guy just beat him up; is that

2  right?

3

4          MR. HILL:  Object to the form.

5

6      A.  That was my understanding.  That's what

7  was the jailhouse talk, if you call it.

8      Q.  Had Dennis approached you, either

9  standing informally in the jail aisle or the back

10  of the jail, or submitted to you any Inmate

11  Request forms or anything like that to be moved

12  because he feared for his safety?

13      A.  No, sir, he never talked to me

14  personally.  No request forms.

15      Q.  Did your jail administrator ever

16  indicate to you any comments that he made, that

17  Dennis would have made to your jail administrator

18  -- you say you had no conversation with him with

19  regard to him being afraid to be back in the

20  back, or they were out to get him, or somebody

21  was going to hurt him, or something like that and

22  he asked to be moved?  You say you had no

23  conversation with him with regard to that?

41

1    A. I had no conversation with Dennis Rudd

2 nor my county administrator as far as him being

3 threatened that he needed to be moved.

4

5        MR. HILL:  Jail administrator or

6        county administrator?

7        THE WITNESS:  Jail administrator.

8

9    Q. Jail administrator.  I'm sorry.

10    A. Jail administrator.

11    Q. The Rowe fellow?

12    A. Carl Rowe, my jail administrator.

13

14        MR. SAWYER:  I'm sorry.

15        MR. HILL:  No, no, no.  I just

16        wanted to make sure we were clear.

17

18    Q. No forms coming back saying --

19    A. No forms.

20    Q. -- I'm afraid, no oral conversations

21 either to you or Mr. Rowe, nothing that would

22 have lead you to believe that you should have

23 anticipated somebody beating Dennis Rudd up in

42

1 the back?

2    A. No.

3    Q. And no reports of anything?

4    A. No, sir.  I have no reports, no Inmate

5 Request forms, and no verbal requests.

6    Q. Do you have personal knowledge, or do

7 you have knowledge from your employees, either

8 corrections officers or the jail administrator,

9 on what occurred the day Dennis Rudd was beaten

10 in the jail?

11    A. Do I have any knowledge?

12    Q. I mean what happened.

13    A. No, sir.  The only thing I -- like I

14 say, I was just notified that he had been sent to

15 the hospital and he had been beat up by an

16 inmate.  And I asked who, and they told me who.

17 And I said --

18    Q. What was his name, Dap?

19    A. Nickname, street name is Dap.  His name

20 is David Payne.  I told you a while ago that --

21 David Payne.

22    Q. That's a remarkable remembrance --

23    A. And my remark to them then was, Get your

43

1 statements, find out what happened, and -- you

2 know, any time an inmate jumps on another inmate,

3 my first thing is, of course, let's get the

4 inmate out, get him medical.  But we look at why

5 and if there can be charges filed.  We're going

6 to press charges.  And if I'm not mistaken,

7 charges were filed on this case.

8    Q. On Dap?

9    A. Yes, sir.  I know they were.

10    Q. I can get those at the clerk's office?

11    A. Yes, sir.  David Payne.

12    Q. Do you know what the disposition of that

13 was?

14    A. He went to prison.

15    Q. For that charge?

16    A. That one, and the one he was in jail

17 for, I'm pretty sure.

18    Q. Did anybody make a report that you

19 didn't put in Dennis' file as to -- did anybody

20 make a report of the fight, or is that going to

21 be in the Circuit Clerk file on Dap?

22    A. That would be more of your deposition

23 for your warrant and all of that.  The only thing

44

1 that I saw that was in a file, that was written

2 on the activity sheet of the inmate.  Anything

3 that happens to the activity, anything like that,

4 was mentioned on such-and-such day, he was

5 involved in a fight, sent to the hospital.

6    Q. I got you.

7    A. And then on and on.

8    Q. But you would agree with me -- I notice

9 your lawyer perks up on this.  You would agree

10 with me that if an inmate requested to be removed

11 from a cell from other inmates, you would be the

12 one making that decision, or the jail

13 administrator?

14    A. Or the jail administrator.

15    Q. And you reviewed the documents and you

16 don't see any request by Dennis Rudd to be

17 transferred from that cell that he shared with

18 Dap?

19    A. There is no written or oral that I know

20 about.

21    Q. Have you ever viewed or seen any

22 requests made by inmates in the same cell as

23 Dennis Rudd, to transfer him to another cell,

45

1  meaning he was not popular in the cell and the
2  other inmates in the cell have requested that he,
3  Dennis Rudd in this situation, be moved out?
4      A.  No, sir.  I don't recall.
5      Q.  Either by Dap or other people --
6      A.  We have that.  I have that all along.
7  You'll have an inmate to write you and say, You
8  need to get so-and-so out of here.  He's dirty.
9  He won't take a bath.  He's going to get hurt.
10 He's moved immediately.  Any --
11     Q.  You have none on Dennis Rudd, though?
12     A.  None.  Any time I get a request or
13 someone says anything to me about an inmate, I'm
14 scared, or, You need to move him, he gets moved.
15 I mean, that's just policy.  That's just --
16 that's what I do.
17     Q.  Before I lose my train of thought, Dap's
18 name is --
19     A.  David Payne.
20     Q.  P-a-y-n-e?
21     A.  It's like Major Payne, the movie man.
22
23         MR. HILL:  P-a-y-n-e is his last

46

1         name.
2
3      A.  Yes, P-a-y-n-e.
4      Q.  Would you say that the Geneva County
5  Jail, on February 24, 2005, was a well-kept,
6  clean facility?
7      A.  Yes, sir.
8      Q.  Was it overcrowded?
9      A.  No, sir.
10     Q.  Do you have the statistics of how many
11 people you had in jail at that time?  I don't
12 think that that would be something that I
13 specifically asked for from your lawyer.
14     A.  Yes, sir.  I think I -- if I don't have
15 it, I can tell you how many was in jail.
16     Q.  Will you do that without a Motion To
17 Produce and give it to your lawyer?
18
19         MR. HILL:  Answer the question
20         however you like.
21
22     A.  I have no problem in telling you how many
23 many was in jail on any day.

47

1      Q.  Thank you.  Do you have standards and
2  things like that that you have for your
3  particular jail, and the number of people at your
4  jail -- any federal standards saying, I have a
5  jail that was built to house 25 people, or do you
6  have any documentation that says for -- and I'm
7  using a hypothetical example for the number of
8  cells you had down there on February 25, 2005.
9  Okay?  I'm saying to you, and I am trying to --
10 I'm struggling with how I need to phrase it to
11 you.  You had, in 2005, a jail that would house,
12 if everybody had a bunk, X number of people; is
13 that correct?
14     A.  Yes, sir.
15     Q.  Do you know how many people, based on
16 the number of cells that you had and how many
17 people that jail was supposed to handle, how many
18 people you had in that jail at the time?
19     A.  On that day?
20     Q.  Yes.
21     A.  I can tell you, yes, sir.
22     Q.  Would you get that to your lawyer?  And
23 he and I will talk about it.  Okay?

48

1      A.  (Nods head.)
2
3          MR. SAWYER:  I didn't mean to pull
4          it without a motion to produce.  That's
5          just a common way I do it.  But --
6
7      Q.  Get that information to your lawyer, if
8  you would, and he and I will discuss what those
9  figures say.  Okay?
10     A.  (Nods head.)
11     Q.  Was the jail overcrowded, in your
12 opinion, at that time?
13     A.  No.
14     Q.  There was a bunk for everybody?
15
16         MR. HILL:  Object to the form.  It's
17         two separate questions.
18
19     A.  I can't say was there a bunk for
20 everybody, because I don't know the exact number.
21 I know what the capacity of the jail is.  There
22 are 42 beds now.
23     Q.  Before you built, though?

49

1    A.  Before we built the new dome addition.

2    Q.  Now, just as a side question, the dome

3  addition was not a factor when Dennis Rudd was in

4  jail back in 2005?  There was no people housed

5  out there, was there?

6    A.  No, sir.

7    Q.  So that is not something you're

8  considering?

9    A.  No, sir.

10    Q.  We're just talking about the jail that

11  you and I --

12    A.  The original jail?

13    Q.  -- know downstairs?

14    A.  The 42-bed capacity jail.

15    Q.  But you cannot tell me how many people

16  were in jail at that day on --

17    A.  I can't right this minute, but I'll --

18    Q.  -- February 24th, 2005?

19    A.  I will be able to.

20    Q.  And you will share that with your

21  lawyer?

22    A.  That's correct.

23    Q.  Were there any grand jury reports or

50

1  anybody else that had been down there to make

2  observations and give opinions as to whether or

3  not you needed a new jail, to expand on the jail,

4  make changes in the jail, or anything like that?

5    A.  I can't recall what the grand jury

6  report was for '05.

7    Q.  Had you made any recommendations to the

8  Geneva County Commission as to whether or not

9  your jail needed some improvements, needed

10  expanding, you needed a new jail, or anything

11  like that?

12    A.  I have.

13    Q.  What was your recommendations at that

14  time, if you remember?  Now, they will have

15  records down there, and I intend to try to get

16  around to subpoenaing them on what you told them

17  you were faced with in the jail.  But what is

18  your recommendation, your remembrance of your

19  recommendation?

20    A.  I recommended to the commission that we

21  address the possibility of building a newer

22  facility, a larger facility, based on the fact

23  that this facility, within a 10-year -- had about

51

1  a 10-year lifespan on it as far as capacity-wise.

2  And on numerous occasions -- and that's, of

3  course, why we have got the addition now.

4        The biggest reason that I did this is we

5  -- I know for a fact that we have a 42-bed

6  capacity.  But in the earlier, 2000, 2002, 2003,

7  we was running 35, 40 people.  But when we got

8  into 2004, that's when your meth war started.  We

9  started averaging 300 meth labs a year.  And the

10  people that you arrest, for some reason, your

11  bonds were so high they couldn't get out.  And we

12  gradually seen it coming.  And that was my point,

13  that because of your drugs getting worse, violent

14  crimes getting worse, your domestic violent

15  crimes getting worse, we are going to outlive our

16  jail in the next 10 years, and so we needed to

17  start addressing it.  So, yes, I did tell them

18  that.

19    Q.  And you gave them statistics and reasons

20  why you wanted a new jail and things like that.

21  Overcrowding was one of those reasons; was it

22  not?

23    A.  Not so much overcrowding as the fact

52

1  that if you would be -- I mean, if we go from

2  housing 35, and all of a sudden we're going to

3  have 90 because of the crimes of the meth or

4  whatever, you don't want to be sitting here 10

5  years from now with a 42-bed jail and you've got

6  100 people, because then you're -- you've got to

7  move inmates.  You cannot sit here with 100

8  inmates in a 42-bed jail.  So you've got to house

9  inmates in other counties.  And that was my point

10  to them.  We're either going to have to do it or

11  we're going to have pay other counties to house

12  our problem.  And that's what we did.

13    Q.  Thank you.  Who came up with the idea of

14  building these -- and I don't mean to be

15  derogatory -- but these prefab things that are

16  out there now?

17    A.  Who came up with the idea?

18    Q.  Yes.

19    A.  It was the commissioners that voted on

20  it.  I went --

21    Q.  Were you for it or were you not for it?

22    A.  I went and presented -- actually myself

23  and Brice Paul, with the Sheriff's Association,

53

1  he was over the jail stuff at that time, we went
2  to Dekalb County -- I want to say Dekalb County.
3  They had domes there.
4     Q.  That's what Brice said.
5     A.  And looked at them.  Not exactly what
6  you really would want, but it was fitting their
7  needs.  Their jail had burned and they had to
8  have a quick fix.  And that's what they did.
9  Then we went and looked at some metal buildings
10 in Walton County that you pay like a
11 rent-to-lease type thing, so much an inmate.  And
12 it was extremely expensive.  Nice, but extremely
13 expensive.  And it was kicked around a couple
14 more months.  And then the domes became the more
15 favorable.
16       Actually we had PH&J come and do -- an
17 architect who, as far as the building, how much
18 it would cost, onsite, offsite.  We looked at
19 several options, several options.
20    Q.  To increase the size of the jail?
21    A.  To increase the size of the jail.
22    Q.  I don't know that this is a politically
23 sensitive matter or anything like that, but were

54

1  you for the addition that's out here, or were you
2  still trying to maintain that you needed a new
3  jail?
4
5       MR. HILL:  Object to the form.
6
7     A.  Mr. Sawyer, it may not have been what I
8  wanted, because I am looking at a 30-year
9  long-term thing.  I believe that if a county
10 builds anything, they should build something for
11 the next 30 years as far as capacity-wise.  This
12 is what Geneva County, the citizens needed,
13 because we were having -- at that time, starting
14 to house more inmates in other county jails.  It
15 was costing this county a lot of money.  So at
16 the time, I think that the domes, whether you
17 like them or whether you don't, was the best
18 thing for this county.  It did help us on what
19 little overcrowding we had.  It did give us more
20 options on who we could put where, and, honestly,
21 have worked out pretty good.
22    Q.  But you were not responsible for the --
23    A.  It wasn't my decision.

55

1     Q.  It was the county commission's decision
2  to alleviate the overcrowding, if any.  It was
3  the county commission's duty financially to make
4  a decision on whether or not they had
5  overcrowding or whether or not these buildings --
6     A.  Oh, yes, sir.  It was their decision
7  whether to build or not to build, or add on or
8  not to add on.  It's their decision.
9     Q.  At this time you cannot tell me,
10 however, or give me an accurate account of how
11 many inmates were incarcerated at the time Dennis
12 Rudd was injured in the fight?
13    A.  I cannot tell you the exact figure, no,
14 sir, not today.  Not this moment, I can't.
15    Q.  But you were saying you were not
16 overcrowded at that time?
17
18       MR. HILL:  Object to the form.
19
20    A.  Okay.  My opinion on overseeing this
21 jail for the last 14 years, overcrowding could be
22 defined several different ways.  If you have 42
23 beds but you've got 44 inmates, are you

56

1  overcrowded?  I mean, that's what you've got to
2  look at.  From our facility, the way it's built,
3  I really don't think that we're really -- our
4  responsibilities is to, of course, maintain the
5  jail, that it's safe, that I can keep inmates
6  safe, and I can keep them secure, they're not
7  able to escape.
8       So whether 50 inmates is considered
9  overcrowded from a 42-jail, I reckon that would
10 be other people's opinion.  But in mine, being
11 responsible, I had a set figure of 55, that
12 between 50 and 55, I would start trying to move a
13 few inmates.  I didn't want to be in the 60s.  I
14 couldn't be in the 70s, of course.
15       So I'm saying that on whatever date this
16 happened on February of '05, we were probably --
17 here in this jail, probably 48 or 49, maybe 50,
18 and we probably had a few inmates in other jails.
19 But I try to keep it between 48 and 55, 50, right
20 in there.  And so I'm going to say we wasn't
21 overcrowded.
22    Q.  Had you had any other fights other than
23 the one that Dennis Rudd was involved in?

57

1    A.  I can't say.  Not -- probably not to
2    this.
3    Q.  Or you just don't remember?
4    A.  I just don't remember.
5    Q.  Had you ever been notified, prior to the
6    time that Dennis Rudd was involved in this fight,
7    or the fight happened, that he was being
8    threatened by this Dap fellow or anybody else in
9    his cell?
10    A.  No, sir.
11    Q.  You never received any complaints,
12    either from Dennis or from other inmates saying,
13    You better get him out, or Dennis saying, I've
14    got to get out?
15    A.  No, sir.  If I had of, he would have
16    been moved.
17    Q.  Was Dennis -- as far as your records, or
18    remembrance goes, has Dennis ever been a cause of
19    any of the problems in his cell?
20    A.  The only thing I can say is what was
21    told after it happened by the inmates that --
22    Q.  What Dap said?
23    A.  No so much what Dap, but the other

58

1    inmates.
2    Q.  What was that?
3    A.  That he had a big mouth.  He didn't know
4    when to keep his mouth shut.  And that usually is
5    your -- one of your main reasons.
6    Q.  Was he ever a problem to the jail
7    administrator, you, or any of the corrections
8    officers?
9    A.  Me personally, I didn't have a problem
10    with him, and no reports from my staff at the
11    jail that they had a problem with him.
12    Q.  Did you ever have a personal
13    conversation with Dennis Rudd, where in that
14    conversation you assured him that he would be
15    okay in his cell with the inmates that were
16    threatening him or the inmates that were in the
17    cell with him?
18    A.  No, sir.  I don't recall that
19    conversation.
20    Q.  Could it have occurred?
21    A.  I don't recall it, so I say no.
22    Q.  Have you ever told him, or do you recall
23    telling him that you had known the guys in his

59

1    cell for a while and they are no harm to him?
2    A.  No, sir, I didn't tell him that.
3    Q.  Do you at any point conduct random
4    inspections yourself or through your jail
5    administrator, Rowe, to see how the inmates are
6    adapting with the other cell inmates, provide
7    questionnaires to the inmates to obtain any
8    complaints, other than the procedure that you
9    have as far as the Inmate Request form, or
10    incident reports, or anything like that, that
11    they can speak with anybody in the jail,
12    officials, concerning how their physical being
13    is?
14    A.  Do I have a procedure or --
15    Q.  Yes.
16    A.  They're checked, you know --
17    Q.  Well, do you have random inspections?  I
18    mean, do you go through there and sort of find
19    out what the lay of the land is there in their
20    cells --
21    A.  Oh, yes, we do unexpected searches and
22    -- but your corrections officers goes to each
23    cell every hour.

60

1    Q.  Go in or just look in?
2    A.  Look in.  Of course, in the back, they
3    go -- there is only just the bar separating them.
4    Q.  But in the front -- I have been down
5    there.
6    A.  You have to open the window.
7    Q.  Have to open the window --
8    A.  But you can go on the back side, you
9    still have bars.  I mean, you can actually go in
10    and touch and whatever.  Every jail is different.
11    Our jail is different than Coffee County's, Dale
12    County's, of course.  I have been to a lot of
13    jails where -- you're military.  You know, it's
14    more of a -- by the step, by the rules, by this,
15    by that.  Our jail, it's like everybody is --
16    you're not treated like a --
17    Q.  I've never been in a brig, so you've got
18    to help me.
19    A.  Well, what I'm saying is our jail is
20    more between our inmates and our corrections
21    officers.  It's more of a -- you're more on a
22    friendly basis than you normally are in other
23    jails.  Everybody that's down here have been here

61

1  once, three, four, 10 times. Everybody knows
2  everybody by their first name. What I'm saying
3  is they feel comfortable when -- I'll give you an
4  example. Officer Weeks, Donald Weeks, has been
5  here a long time. He can walk back there -- they
6  feel comfortable and say, Mr. Weeks, I need to
7  talk to you, and they will tell what is going on.
8  That's pretty much our policy. We have the old
9  buddy-buddy, which, you know, I get made fun a
10  lot of times at these other jails. Now, you
11  shouldn't do this. You know, they're inmates.
12  But that's the way we are. It's just kind of a
13  buddy-buddy. You're here, you don't -- you've
14  done wrong, but we are going to take care of you,
15  we are going to give you what you need, and
16  that's pretty much it. We put up with a lot of
17  stuff just to be the buddy-buddy system.
18    Q.  But you don't do random inspections and,
19  say, if somebody is theoretically being
20  intimidated, somebody is being threatened or
21  anything like that and --
22    A.  We don't do regular interviews to go
23  back every other day and bring people out and say

62

1  -- when you're booked in the jail, there is a
2  booking sheet questionnaire. You know who is in
3  jail and you ask -- you are asked do you have any
4  problems with these. And that's pretty much it.
5  It's dependent upon you then to say whether or
6  not you have got a problem. And if you tell me
7  or one of my staff that you have a problem, it is
8  addressed, especially when it comes to possible
9  physical injury by another inmate. It is
10  addressed immediately, immediately.
11    Q.  Just like the medical attention?
12    A.  The medical.
13    Q.  Do you have any written statements from
14  any of these inmates that were in the cell with
15  Dennis in February of 2005 when this occurred?
16    A.  I don't. I don't personally. But I
17  want to say that there are probably going to be
18  some with the DA because of the actual case of
19  the assault. I am sure we had witnesses
20  statements along with that, so you could probably
21  look at that.
22    Q.  So that would be in a file for Dap or
23  David Payne?

63

1    A.  David Payne.
2    Q.  Was anybody else charged in connection
3  with the beating --
4    A.  I want to say there was another person
5  involved.
6    Q.  -- with the beating of Dennis Rudd? Go
7  ahead. I'm sorry.
8    A.  I want to say there was somebody else
9  involved. I don't know if they were charged or
10  not.
11    Q.  Would you check your records and let
12  your lawyer know if there was another individual
13  charged in this?
14    A.  I will be glad to.
15    Q.  Do you remember taking any verbal
16  statements? That's sort of an oxymoron in a
17  certain respect as far as what a verbal statement
18  is --
19
20        MR. HILL:  Him taking statements?
21        MR. SAWYER:  Yes.
22
23    Q.  Any verbal statements other than what

64

1  you might recall, other than -- I think you
2  testified previously that the people in the cell
3  just said that Dennis was running his mouth was
4  the reason he got beat up, or Dap told you that;
5  is that correct?
6    A.  That's correct.
7    Q.  When he came back from the beating, did
8  you put him back in the same cell, or did you put
9  him in a different cell?
10    A.  He went to a different cell, a two-man
11  cell, if I recall, which would be by himself.
12    Q.  Were you here physically when this
13  incident occurred in the jail on the beating in
14  February of 2005?
15    A.  You know what, I can't say whether I was
16  here or not. I mean, I remember getting the
17  phone call. I'd have to check to see.
18
19        MR. HILL:  I believe the assault was
20        around 6:00 a.m.
21        THE WITNESS:  Do what?
22        MR. HILL:  My understanding is that
23        it occurred on or around 6:00 a.m.

65

1      THE WITNESS:  Around 6:00 a.m.
2      MR. SAWYER:  Off the record.
3
4      (Off-the-record discussion was
5      held between counsel for
6      the parties and the witness.)
7
8    A.  For sure, I wasn't here.  If it happened
9  at 10:00 or whatever, I would have been up there.
10  My comment was I may have been in a school on
11  February 24th, 2005.
12    Q.  Under what circumstances would an inmate
13  -- and this may be verbose.  You may have already
14  answered it, but let me have the satisfaction of
15  hearing it from you again.  Under what
16  circumstances or circumstance would an inmate be
17  transferred to another cell?
18    A.  Would be transferred to another cell?
19    Q.  (Nods head.)
20    A.  If he requested, or other inmates
21  requested he be moved because of a problem,
22  conflict between one or two or whatever, he would
23  be moved on that.  Continuous beating and banging

66

1  and screaming and hollering, trying to cause
2  trouble with other inmates, would be moved.
3  Requirements by a doctor from either a hospital
4  visit or a doctor office visit that says he may
5  need to be by himself due to, you know, stitches
6  to whatever, they would be moved.
7    Q.  One last question.  The records down in
8  the Geneva County Commission Office are a public
9  record, and I'm going to get copies of those.  Is
10  there anything that you might have said to them
11  in requesting the building of a jail, the funding
12  of a jail, or inmate transfers or anything like
13  that that you might have said to them that might
14  not have been accurate or anything like that as
15  far as the need for a jail?
16    A.  I'm sorry.  You went a different route,
17  so try it again.
18    Q.  Sure.  And you are right.  The records
19  of the Geneva County Commission are a matter of
20  public record.  And I am going to get those.
21  Okay?
22    A.  Yes, sir.
23    Q.  Is there anything you have said to me as

67

1  far as the need for a jail, the overcrowding
2  situation that you mentioned in those records --
3  and I have gotten some of them -- I haven't
4  gotten them all -- that you have told them as far
5  as trying to get them to act to build a new jail
6  because you felt like that was the thing for you
7  to do as far as being farsighted?  Is there
8  anything that you have told them as far as the
9  condition of the jail that might not be accurate
10  or anything like that, or do you stand by what
11  you told them in those public records down there?
12    A.  I stand by what I told them.  Now, I'm
13  not in every commission meeting when they come to
14  approve the minutes of the meeting.  And you know
15  as well as I do, the ones I am in there, they are
16  always complaining, Well, that ain't the way it
17  was said.  So I can't say -- I stand by what I
18  told you, the reason behind talking with this
19  county about another jail.  And the biggest
20  reason was the jail's lifespan.  We have got to
21  plan for the future.
22    Q.  In those records you also mentioned, as
23  far as in support of that, however, a growing

68

1  jail population, overcrowding, and the need for a
2  new facility; did you not?
3    A.  Yes.
4    Q.  That's all I have got.
5
6      MR. HILL:  I've just got a couple of
7      questions.
8      MR. SAWYER:  Thank you, first of
9      all.  Thank you for your time.
10      THE WITNESS:  No problem.
11
12      CROSS EXAMINATION
13  BY MR. HILL:
14    Q.  Sheriff, as you know, I am Rick Hill,
15  and I represent you in this matter.  I just want
16  to ask a couple of questions just to make sure
17  that we have been clear here today.  Let me
18  represent to you, Sheriff, this is not a class
19  action lawsuit.  This is a lawsuit involving one
20  person by the name of Dennis Rudd.  Are you
21  familiar with the allegations that Dennis Rudd
22  has made against you in this action?
23    A.  It's been a while since I read it.

69

1   Q.  If I represented to you that he has
2   alleged that he contracted a staph infection,
3   that he requested to be moved from his cell, that
4   he was not moved, that he was severely beaten,
5   and that jail overcrowding played a role in both
6   his staph infection and in his, quote, unquote,
7   beating, would those be allegations that you're
8   familiar with, sitting here today, from Mr. Rudd?
9   A.  I mean, now that you have told me, but
10  that's not true.
11      Q.  Sure.
12      A.  That's not true.
13      Q.  But you would say that sounds familiar,
14  would you not, about Mr. Rudd making those
15  allegations against you?
16      A.  Oh, yes.
17      Q.  Now, with respect to one person, Mr.
18  Rudd, would you say that the facility, the jail,
19  was of sufficient size and strength to securely
20  keep him in February of 2005?
21      A.  Oh, yes, sir.
22      Q.  If he alleged that overcrowding of the
23  cells and a lack of proper facilities caused his

70

1   injuries, would you disagree with him?
2   A.  I disagree that overcrowding had nothing
3   to do with it, if we were overcrowded.
4   Q.  Also with respect to your job as
5   sheriff, do you issue policies or customs for how
6   the jail should be run?
7   A.  Yes, sir.
8   Q.  Do you believe any of those policies or
9   customs caused Mr. Rudd to contact a staph
10  infection?
11      A.  No, sir.
12      Q.  Do you believe any of those policies or
13  customs caused him to be severely beaten?
14      A.  No, sir.
15      Q.  I have no further questions.  Thank you
16  again.
17
18          (END OF DEPOSITION)
19
20
21
22
23

71

1   STATE OF ALABAMA,
2   GENEVA COUNTY.
3           I, Lisa M. Bryan, Court Reporter and
4   Notary Public, State at Large, do hereby certify
5   that the foregoing transcript, pages 1 through
6   70, is a true and correct transcript of the
7   testimony, to the best of my ability and
8   understanding; and that the same was taken down
9   by me in stenographic shorthand, recorded
10  electronically, and transcribed by me personally
11  or under my direct supervision.
12          I further certify that I have no
13  interest in this matter, financial or otherwise,
14  or how it may develop or what its outcome may be.
15  I further certify that I am not of counsel for
16  any of the parties, nor am I related to counsel
17  or litigants or associated with anyone connected
18  with this cause to my knowledge.
19          WITNESS my hand this the 22nd day of
20  August, 2008.
21
22          _____
            Lisa M. Bryan, ACCR #140
23          My Commission Expires 12/09/09

## #

#140 [1] - 71:22

## '

'05 [2] - 50:6, 56:16

## 1

1 [4] - 4:8, 37:15, 38:8, 71:5
10 [3] - 51:16, 52:4, 61:1
10-year [2] - 50:23, 51:1
100 [2] - 52:6, 52:7
10:00 [1] - 65:9
12/09/09 [1] - 71:23
14 [2] - 5:20, 55:21
16th [1] - 5:16
1995 [1] - 5:16
1:00 [1] - 1:22
1:06-CV-233-WKW [1] - 1:7

## 2

200 [1] - 1:20
2000 [1] - 51:6
2002 [1] - 51:6
2003 [1] - 51:6
2004 [1] - 51:8
2005 [16] - 17:4, 17:14, 18:17, 19:19, 33:22, 34:3, 36:21, 46:5, 47:8, 47:11, 49:4, 49:18, 62:15, 64:14, 65:11, 69:20
2008 [2] - 1:21, 71:20
203 [1] - 2:4
22nd [1] - 71:19
24 [3] - 17:1, 36:21, 46:5
240909 [1] - 2:9
24th [4] - 17:4, 18:17, 49:18, 65:11
25 [2] - 47:5, 47:8

## 3

30 [1] - 54:11
30-year [1] - 54:8
300 [1] - 51:9
35 [2] - 51:7, 52:2
36101 [1] - 2:9
36330 [1] - 2:5
38 [1] - 4:8

## 4

40 [1] - 51:7
42 [2] - 48:22, 55:22
42-bed [4] - 49:14, 51:5, 52:5, 52:8

42-jail [1] - 56:9
44 [1] - 55:23
48 [2] - 56:17, 56:19
49 [1] - 56:17

## 5

5 [1] - 4:4
50 [6] - 5:21, 5:22, 56:8, 56:12, 56:17, 56:19
55 [3] - 56:11, 56:12, 56:19
5th [1] - 1:21

## 6

60s [1] - 56:13
68 [2] - 4:4, 4:5
6:00 [3] - 64:20, 64:23, 65:1

## 7

70 [2] - 4:5, 71:6
70s [1] - 56:14

## 9

90 [1] - 52:3

## A

a.m [3] - 64:20, 64:23, 65:1
ability [1] - 71:7
able [3] - 24:18, 49:19, 56:7
account [1] - 55:10
ACCR [1] - 71:22
accurate [3] - 55:10, 66:14, 67:9
act [3] - 3:6, 25:12, 67:5
action [4] - 24:9, 24:12, 68:19, 68:22
activities [1] - 20:10
activity [2] - 44:2, 44:3
actual [2] - 37:8, 62:18
adapting [1] - 59:6
add [2] - 55:7, 55:8
addition [4] - 49:1, 49:3, 51:3, 54:1
address [14] - 7:23, 8:14, 8:15, 8:16, 8:22, 16:2, 16:16, 18:4, 24:19, 24:22, 25:4, 28:23, 35:12, 50:21
addressed [3] - 21:2, 62:8, 62:10
addressing [1] - 51:17
adequate [2] - 14:3, 14:22
administers [1] - 20:2
administrator [22] - 17:19, 18:14, 18:16, 19:17, 19:18, 21:4, 24:11, 28:13, 40:15, 40:17, 41:2, 41:5, 41:6, 41:7,

41:9, 41:10, 41:12, 42:8, 44:13, 44:14, 58:7, 59:5
administrators [1] - 18:22
affidavit [1] - 39:11
afraid [3] - 21:15, 40:19, 41:20
ago [2] - 28:4, 42:20
agree [2] - 44:8, 44:9
ahead [8] - 9:16, 10:4, 13:15, 28:2, 35:21, 63:7
ain't [1] - 67:16
air [8] - 31:1, 31:4, 31:7, 31:12, 33:2, 34:6, 34:7, 34:8
aisle [1] - 40:9
ALABAMA [2] - 1:2, 71:1
Alabama [3] - 1:21, 2:5, 2:9
aligned [1] - 17:13
allegations [4] - 34:23, 68:21, 69:7, 69:15
allege [1] - 36:7
alleged [2] - 69:2, 69:22
alleviate [1] - 55:2
allow [2] - 11:3, 35:9
amended [1] - 37:17
amount [1] - 11:11
answer [8] - 8:8, 12:15, 13:9, 13:10, 13:13, 13:15, 13:23, 14:2, 15:1, 24:2, 33:6
Answer [1] - 46:19
answered [1] - 65:14
anticipated [1] - 41:23
APPEARANCES [1] - 2:1
appointment [5] - 24:23, 28:12, 28:15, 29:22, 29:23
approached [1] - 40:8
approve [3] - 10:16, 11:4, 67:14
approved [1] - 33:16
architect [1] - 53:17
arrange [1] - 19:5
arrangements [1] - 35:9
arrest [3] - 7:11, 7:13, 51:10
arrested [1] - 36:11
assault [2] - 62:19, 64:19
assigned [1] - 3:18
assistant [2] - 17:15, 17:16
associated [3] - 7:15, 12:20, 71:17
Association [1] - 52:23
assume [9] - 9:17, 11:2, 11:6, 22:18, 22:21, 22:23, 25:19, 26:12, 27:1
assured [1] - 58:14
attached [1] - 38:10
attention [5] - 24:6, 26:17, 30:4, 32:17, 62:11
attorney [3] - 24:17, 24:23, 25:1
attorneys [1] - 16:9
Auburn [1] - 32:20
August [2] - 1:21, 71:20
automatically [1] - 29:14
averaging [1] - 51:9

## B

banging [1] - 65:23
banjos [1] - 14:5
bar [1] - 60:3
bars [1] - 60:9
based [2] - 47:15, 50:22
basis [2] - 10:4, 60:22
bath [1] - 45:9
beat [4] - 27:17, 40:1, 42:15, 64:4
beaten [7] - 36:19, 39:16, 39:17, 39:23, 42:9, 69:4, 70:13
beating [9] - 37:3, 37:9, 41:23, 63:3, 63:6, 64:7, 64:13, 65:23, 69:7
became [1] - 53:14
beds [2] - 48:22, 55:23
behind [1] - 67:18
below [1] - 26:5
best [4] - 13:23, 33:3, 54:17, 71:7
better [2] - 20:1, 57:13
between [9] - 3:3, 11:2, 31:22, 38:5, 56:12, 56:19, 60:20, 65:5, 65:22
big [4] - 18:5, 18:21, 27:19, 58:3
biggest [2] - 57:4, 67:19
bond [3] - 35:10, 35:11
bonds [1] - 51:11
booked [1] - 62:1
booking [2] - 17:21, 62:2
born [1] - 19:8
Box [1] - 2:9
break [5] - 21:10, 35:20, 35:23, 36:1, 36:3
Brice [2] - 52:23, 53:4
brig [1] - 60:17
bring [2] - 24:5, 61:23
bringing [1] - 34:7
brought [1] - 32:17
brutally [2] - 39:15, 39:16
Bryan [4] - 1:18, 3:5, 71:3, 71:22
buddy [6] - 61:9, 61:13, 61:17
buddy-buddy [3] - 61:9, 61:13, 61:17
budget [7] - 9:12, 9:15, 9:19, 10:15, 10:16, 10:21, 11:22
budgets [1] - 10:22
build [4] - 54:10, 55:7, 67:5
building [6] - 6:17, 8:13, 50:21, 52:14, 53:17, 66:11
buildings [2] - 53:9, 55:5
builds [1] - 54:10
built [4] - 47:5, 48:23, 49:1, 56:2
bunk [3] - 47:12, 48:14, 48:19

2

burned [1] - 53:7
busy [1] - 16:23
BY [4] - 5:11, 32:5, 36:5, 68:13
by-laws [1] - 14:12

## C

cannot [4] - 49:15, 52:7, 55:9, 55:13
capacity [6] - 34:13, 48:21, 49:14, 51:1, 51:6, 54:11
capacity-wise [2] - 51:1, 54:11
care [6] - 12:6, 12:19, 25:23, 30:12, 61:14
Carl [3] - 18:15, 18:18, 41:12
Carolina [1] - 19:7
carried [1] - 35:4
carrying [1] - 36:22
case [11] - 6:2, 8:20, 9:6, 17:13, 25:7, 26:16, 26:17, 37:18, 43:7, 62:18
CASE [1] - 1:7
catch [2] - 25:20, 27:4
caused [3] - 69:23, 70:9, 70:13
cell [22] - 44:11, 44:17, 44:22, 44:23, 45:1, 45:2, 57:9, 57:19, 58:15, 58:17, 59:1, 59:6, 59:23, 62:14, 64:2, 64:8, 64:9, 64:10, 64:11, 65:17, 65:18, 69:3
cells [4] - 47:8, 47:16, 59:20, 69:23
certain [3] - 11:11, 37:18, 63:17
certified [3] - 3:9
certify [3] - 71:4, 71:12, 71:15
chairman [1] - 9:22
chance [1] - 33:9
changes [1] - 50:4
charge [8] - 6:10, 6:12, 6:16, 11:16, 11:17, 12:21, 17:9, 43:15
charged [3] - 63:2, 63:9, 63:13
charges [3] - 43:5, 43:6, 43:7
check [2] - 63:11, 64:17
checked [1] - 59:16
Circuit [1] - 43:21
circuit [1] - 16:9
circumstance [1] - 65:16
circumstances [4] - 37:3, 37:4, 65:12, 65:16
citizens [1] - 54:12
civil [1] - 37:18
Civil [1] - 1:17
claimed [1] - 26:19
class [1] - 68:18

clean [1] - 46:6
cleaning [3] - 30:19, 31:1, 31:6
clear [3] - 21:13, 41:16, 68:17
clerk [2] - 16:9, 20:15
Clerk [1] - 43:21
clerk's [1] - 43:10
clock [1] - 18:10
close [1] - 19:10
closed [2] - 30:1, 32:11
clothing [1] - 6:14
Coffee [5] - 10:6, 10:9, 10:10, 10:11, 60:11
column [1] - 16:8
comfortable [2] - 61:3, 61:6
coming [4] - 25:8, 26:6, 41:18, 51:12
command [2] - 17:7, 17:17
comment [1] - 65:10
comments [1] - 40:16
Commerce [1] - 1:20
commission [11] - 3:8, 8:22, 9:3, 9:22, 10:20, 13:21, 14:21, 34:10, 34:11, 50:20, 67:13
Commission [6] - 10:16, 33:12, 50:8, 66:8, 66:19, 71:23
COMMISSION [1] - 1:9
commission's [1] - 55:1, 55:3
commissioner [2] - 3:7, 3:10
commissioners [1] - 10:3, 52:19
common [2] - 26:8, 48:5
company [1] - 32:20
complain [1] - 17:3
complained [1] - 23:20
complaining [1] - 67:16
complaint [3] - 20:22, 21:23, 39:10
complaints [3] - 16:7, 57:11, 59:8
concerning [1] - 59:12
condition [1] - 67:9
conditioner [4] - 31:2, 31:8, 31:13, 34:7
conditioners [1] - 31:5
conduct [1] - 59:3
confirm [1] - 34:23
conflict [1] - 65:22
conjunction [2] - 6:6, 32:15
connected [1] - 71:17
connection [1] - 63:2
considered [1] - 56:8
considering [1] - 49:8
contact [2] - 31:2, 70:9
contagious [1] - 35:14
continue [2] - 13:9, 32:2
Continuous [1] - 65:23
contracted [3] - 34:19, 35:1, 69:2

conversation [7] - 35:6, 40:18, 40:23, 41:1, 58:13, 58:14, 58:19
conversations [1] - 41:20
coordinate [1] - 33:11
copies [6] - 10:23, 11:1, 11:14, 22:4, 66:9
copy [3] - 38:22, 39:10
correct [15] - 7:4, 11:18, 17:11, 19:23, 24:8, 25:14, 25:18, 26:1, 30:7, 31:17, 47:13, 49:22, 64:5, 64:6, 71:6
correction [3] - 18:2, 21:4, 28:5
correctional [2] - 24:9, 24:12
corrections [7] - 17:18, 18:7, 29:21, 42:8, 58:7, 59:22, 60:20
cost [1] - 53:18
costing [1] - 54:15
counsel [4] - 38:5, 65:5, 71:15, 71:16
Counsel [1] - 3:3
counties [3] - 33:18, 52:9, 52:11
COUNTY [1] - 1:8, 71:2
county [15] - 9:22, 10:2, 10:20, 14:21, 34:10, 34:11, 41:2, 41:6, 54:9, 54:14, 54:15, 54:18, 55:1, 55:3, 67:19
County [29] - 1:20, 5:13, 5:18, 6:7, 6:9, 6:10, 7:12, 7:19, 10:9, 10:10, 10:11, 10:12, 10:16, 10:18, 16:18, 30:11, 30:13, 33:12, 34:20, 36:20, 37:4, 46:4, 50:8, 53:2, 53:10, 54:12, 66:8, 66:19
County's [2] - 60:11, 60:12
couple [3] - 53:13, 68:6, 68:16
course [6] - 43:3, 51:3, 56:4, 56:14, 60:2, 60:12
court [1] - 28:6
COURT [2] - 1:1, 5:5
Court [4] - 1:18, 3:5, 3:16, 71:3
Courthouse [1] - 1:20
covers [1] - 14:18
crimes [3] - 51:14, 51:15, 52:3
CROSS [1] - 68:12
custodian [1] - 31:3
customs [2] - 70:5, 70:9, 70:13

## D

DA [1] - 62:18
Dale [1] - 60:11
dangerous [1] - 32:22
Dap [12] - 37:10, 42:18,

42:19, 43:8, 43:21, 44:18, 45:5, 57:8, 57:22, 57:23, 62:22, 64:4
Dap's [1] - 45:17
date [2] - 28:7, 56:15
David [7] - 37:9, 42:20, 42:21, 43:11, 45:19, 62:23, 63:1
deal [3] - 9:8, 9:10, 31:3
dealing [4] - 8:1, 8:13, 9:13, 32:19
decision [6] - 44:12, 54:23, 55:1, 55:4, 55:6, 55:8
DEFENDANTS [1] - 2:7
defendants [2] - 6:3, 17:6
Defendants [1] - 1:11
defined [1] - 55:22
Dekalb [2] - 53:2
Dennis [32] - 6:2, 17:3, 22:13, 24:2, 34:18, 36:19, 37:12, 37:20, 39:15, 40:8, 40:17, 41:1, 41:23, 42:9, 44:16, 44:23, 45:3, 45:11, 49:3, 55:11, 56:23, 57:6, 57:12, 57:13, 57:17, 57:18, 58:13, 62:15, 63:6, 64:3, 68:20, 68:21
DENNIS [1] - 1:5
Dennis' [1] - 43:19
deny [1] - 34:23
dependent [1] - 62:5
Deposition [1] - 4:8
deposition [11] - 1:16, 3:4, 3:8, 3:13, 3:15, 6:1, 13:6, 19:6, 37:14, 37:16, 43:22
DEPOSITION [1] - 70:18
derogatory [1] - 52:15
description [1] - 20:1
develop [1] - 71:14
diagnosed [1] - 35:5
dictates [1] - 26:9
difference [3] - 11:2, 11:5, 11:10
different [9] - 16:4, 26:3, 32:22, 55:22, 60:10, 60:11, 64:9, 64:10, 66:16
DIRECT [1] - 5:10
direct [2] - 19:21, 71:11
dirty [1] - 45:8
disagree [2] - 70:1, 70:2
discovery [1] - 13:6
discuss [1] - 48:8
discussion [2] - 38:4, 65:4
disposition [1] - 43:12
distinguishing [1] - 31:22
DISTRICT [2] - 1:1, 1:2
DIVISION [1] - 1:3
doctor [19] - 16:13, 22:7, 24:4, 24:18, 27:16, 28:11, 28:17, 29:9, 29:14, 29:15, 29:19, 29:20, 30:1, 30:2, 30:6, 35:5, 66:3, 66:4
doctor's [4] - 24:22, 28:12, 28:15, 28:20

documentation [1] - 47:6
documents [3] - 37:18, 37:19, 44:15
dome [2] - 49:1, 49:2
domes [3] - 53:3, 53:14, 54:16
domestic [1] - 51:14
Donald [1] - 61:4
done [6] - 9:8, 9:16, 10:1, 10:4, 29:6, 61:14
door [1] - 8:19
down [28] - 3:9, 5:15, 7:1, 7:3, 7:12, 7:13, 7:19, 9:1, 9:3, 14:12, 15:22, 17:5, 17:17, 21:10, 25:20, 26:5, 26:19, 27:4, 32:11, 33:1, 47:8, 50:1, 50:15, 60:4, 60:23, 66:7, 67:11, 71:8
downstairs [1] - 49:13
drugs [1] - 51:13
due [1] - 66:5
dueling [1] - 14:5
duly [1] - 5:2
duties [1] - 6:7
duty [2] - 21:5, 55:3

**E**

Edwards [1] - 2:5
Either [2] - 24:21, 45:5
either [18] - 3:13, 3:14, 8:13, 9:21, 9:22, 19:9, 24:3, 26:5, 28:4, 28:12, 29:8, 35:3, 40:8, 41:21, 42:7, 52:10, 57:12, 66:3
elected [1] - 5:14
electronically [1] - 71:10
emergency [5] - 9:7, 9:11, 9:17, 9:20, 10:4
emergency-type [1] - 9:7
employees [2] - 31:4, 42:7
END [1] - 70:18
ended [1] - 21:9
Enterprise [1] - 2:5
escape [3] - 13:20, 28:18, 56:7
especially [1] - 62:8
events [1] - 23:2
everyday [2] - 17:20, 20:10
evidence [2] - 3:16, 36:14
exact [2] - 48:20, 55:13
exactly [1] - 53:5
EXAMINATION [3] - 4:3, 5:10, 68:12
examined [1] - 5:2
example [2] - 47:7, 61:4
Except [1] - 3:11
Excuse [1] - 8:11
excuse [2] - 13:4, 21:8
Exhibit [2] - 37:15, 38:8
EXHIBITS [1] - 4:7
expand [1] - 50:3
expanding [1] - 50:10

expensive [2] - 53:12, 53:13
Expires [1] - 71:23
extensive [1] - 16:19
extremely [2] - 53:12

**F**

faced [1] - 50:17
facilities [1] - 69:23
facility [8] - 8:13, 46:6, 50:22, 50:23, 56:2, 68:2, 69:18
fact [3] - 50:22, 51:5, 51:23
factor [1] - 49:3
fair [1] - 24:2
familiar [3] - 68:21, 69:8, 69:13
far [39] - 6:1, 6:9, 7:15, 9:11, 11:13, 11:20, 13:19, 13:21, 14:6, 14:19, 14:21, 15:5, 15:10, 15:16, 16:6, 17:5, 17:8, 17:13, 18:6, 20:19, 22:18, 23:17, 26:8, 30:18, 33:16, 36:7, 41:2, 51:1, 53:17, 54:11, 57:17, 59:9, 63:17, 66:15, 67:1, 67:4, 67:7, 67:8, 67:23
farsighted [1] - 67:7
favorable [1] - 53:15
feared [1] - 40:12
February [13] - 17:4, 17:14, 18:17, 19:18, 36:20, 46:5, 47:8, 49:18, 56:16, 62:15, 64:14, 65:11, 69:20
fed [1] - 12:7
Federal [1] - 1:17
federal [1] - 47:4
feeding [3] - 15:18, 17:22
fellow [2] - 41:11, 57:8
felt [2] - 33:2, 67:6
few [2] - 56:13, 56:18
fight [5] - 43:20, 44:5, 55:12, 57:6, 57:7
fights [1] - 56:22
figure [2] - 55:13, 56:11
figures [1] - 48:9
file [16] - 16:11, 16:12, 22:8, 22:15, 23:3, 23:15, 23:17, 24:1, 26:7, 38:13, 38:14, 39:4, 43:19, 43:21, 44:1, 62:22
filed [3] - 15:11, 43:5, 43:7
files [1] - 23:22
filing [1] - 15:13
financial [1] - 71:13
financially [1] - 55:3
fine [2] - 10:8, 36:18
finish [1] - 8:7
finished [1] - 8:11
fire [1] - 8:20
first [5] - 5:2, 5:14, 43:3, 61:2, 68:8

fitting [1] - 53:6
fix [2] - 31:11, 53:8
fixed [1] - 31:12
folder [3] - 38:13, 38:15, 38:16
folks [1] - 7:11
following [1] - 27:21
follows [1] - 5:3
FOR [2] - 2:3, 2:7
foregoing [1] - 71:5
form [24] - 3:11, 12:11, 13:1, 14:16, 16:5, 16:6, 20:17, 21:23, 22:3, 24:7, 24:14, 24:15, 25:22, 26:6, 27:23, 29:5, 29:11, 29:17, 40:4, 48:16, 54:5, 55:18, 59:9
formal [1] - 3:7
formalized [2] - 25:17, 27:2, 27:21
forms [12] - 20:14, 21:15, 21:21, 22:12, 22:17, 23:6, 25:11, 40:11, 40:14, 41:18, 41:19, 42:5
four [1] - 61:1
fourth [1] - 5:19
fresh [2] - 34:7, 34:8
Friday [1] - 29:23
friendly [1] - 60:22
front [1] - 60:4
fun [1] - 61:9
funding [2] - 6:17, 7:9, 11:17, 12:3, 12:21, 14:3, 66:11
funds [3] - 12:5, 13:22, 14:22
future [1] - 67:21

**G**

general [2] - 6:6, 31:20
Generally [1] - 13:5
GENEVA [2] - 1:8, 71:2
Geneva [24] - 1:19, 1:21, 5:13, 5:18, 6:7, 6:9, 6:10, 7:12, 7:19, 10:12, 10:15, 10:17, 16:18, 30:10, 30:13, 33:11, 34:20, 36:19, 37:4, 46:4, 50:8, 54:12, 66:8, 66:19
glad [1] - 63:14
Goolsby [1] - 31:15
gradually [1] - 51:12
grand [2] - 49:23, 50:5
grandbaby [1] - 19:8
GREG [3] - 1:10, 1:16, 5:1
Greg [2] - 5:12, 5:13
grievance [1] - 16:7
Grievances [1] - 16:3
grounds [1] - 3:17
growing [1] - 67:23
guess [3] - 6:5, 15:3, 37:18
guy [1] - 40:1

guys [1] - 58:23

**H**

hand [1] - 71:19
handle [5] - 9:8, 10:5, 15:21, 21:5, 47:17
handles [1] - 17:15
hard [1] - 28:21
harm [1] - 59:1
harm's [1] - 26:18
head [5] - 7:19, 7:21, 48:1, 48:10, 65:19
health [1] - 7:18
hearing [1] - 65:15
heat [1] - 8:2
held [2] - 38:5, 65:5
help [5] - 16:13, 26:4, 27:15, 54:18, 60:18
hereby [1] - 71:4
hereto [1] - 38:10
high [1] - 51:11
highly [1] - 35:14
HILL [32] - 5:8, 8:7, 12:11, 12:15, 13:1, 13:12, 13:15, 14:16, 21:13, 21:20, 23:2, 27:8, 27:23, 29:11, 29:17, 31:19, 32:2, 35:23, 38:1, 40:4, 41:5, 41:15, 45:23, 46:19, 48:16, 54:5, 55:18, 63:20, 64:19, 64:22, 68:6, 68:13
Hill [3] - 2:8, 4:5, 68:14
himself [2] - 64:11, 66:5
hollering [1] - 66:1
honestly [1] - 54:20
Honorable [2] - 2:4, 2:8
hospital [9] - 30:2, 35:9, 36:23, 38:21, 39:19, 42:15, 44:5, 66:3
Hospital [1] - 35:12
hour [1] - 59:23
hours [1] - 17:1
house [6] - 7:2, 47:5, 47:11, 52:8, 52:11, 54:14
housed [1] - 49:4
housing [2] - 33:18, 52:2
hurt [5] - 26:19, 26:20, 26:22, 40:21, 45:9
hypothetical [1] - 47:7

**I**

idea [3] - 23:22, 52:13, 52:17
identification [1] - 38:9
imagine [3] - 16:15, 16:19, 17:2
immediate [1] - 20:8
immediately [3] - 45:10, 62:10
improvements [1] - 50:9
IN [1] - 1:1

3

incarcerated [1] - 55:11
Incident [2] - 21:20, 26:6
incident [14] - 17:2, 20:19, 21:14, 22:9, 23:4, 24:20, 24:21, 25:5, 25:10, 25:16, 26:8, 29:6, 59:10, 64:13
incidents [1] - 20:12
including [1] - 37:20
increase [3] - 34:13, 53:20, 53:21
INDEX [1] - 4:1
indicate [2] - 25:16, 40:16
indicated [1] - 20:13
individual [2] - 17:18, 63:12
infection [5] - 34:19, 36:7, 69:2, 69:6, 70:10
informally [1] - 40:9
information [1] - 48:7
injured [1] - 55:12
injuries [1] - 70:1
injury [1] - 62:9
Inmate [14] - 16:5, 16:6, 20:17, 22:3, 22:11, 22:12, 23:5, 24:7, 24:13, 25:22, 29:5, 40:10, 42:4, 59:9
inmate [28] - 8:14, 20:20, 21:2, 21:3, 21:11, 21:23, 23:3, 23:17, 24:16, 25:11, 25:20, 26:5, 36:23, 38:13, 39:4, 42:16, 43:2, 43:4, 44:2, 44:10, 45:7, 45:13, 53:11, 62:9, 65:12, 65:16, 66:12
inmate's [1] - 23:15
inmates [46] - 6:13, 8:21, 12:6, 12:13, 12:19, 13:20, 15:17, 26:3, 26:12, 26:19, 26:21, 27:13, 32:8, 33:5, 33:10, 33:18, 36:20, 37:5, 37:7, 39:16, 44:11, 44:22, 45:2, 52:7, 52:8, 52:9, 54:14, 55:11, 55:23, 56:5, 56:8, 56:13, 56:18, 57:12, 57:21, 58:1, 58:15, 58:16, 59:5, 59:6, 59:7, 60:20, 61:11, 62:14, 65:20, 66:2
Inmates [3] - 13:20, 27:12, 31:6
inside [1] - 38:14
inspections [3] - 59:4, 59:17, 61:18
Instead [1] - 33:8
instruct [1] - 13:12
intend [1] - 50:15
interest [1] - 71:13
interposed [1] - 3:14
interviews [1] - 61:22
intimidated [1] - 61:20
investigating [1] - 16:21
involved [5] - 44:5, 56:23, 57:6, 63:5, 63:9
involvement [2] - 12:2, 12:4
involving [1] - 68:19
issuance [1] - 3:7

issue [1] - 70:5
item [1] - 11:12
itself [1] - 15:19

J

Jail [14] - 6:7, 6:10, 7:12, 7:20, 10:18, 30:13, 34:20, 36:20, 37:4, 41:5, 41:7, 41:9, 41:10, 46:5
jail [133] - 6:12, 6:19, 6:22, 7:1, 7:2, 7:8, 7:10, 7:11, 7:21, 7:23, 8:2, 8:5, 8:12, 8:18, 8:23, 9:3, 9:23, 10:21, 11:21, 12:5, 12:20, 13:19, 14:4, 14:20, 14:23, 15:10, 15:16, 16:14, 16:22, 17:7, 17:10, 17:16, 17:19, 17:21, 18:14, 18:16, 18:21, 19:17, 19:18, 19:22, 20:2, 20:3, 20:5, 20:13, 21:4, 22:2, 24:3, 24:10, 25:20, 26:2, 26:9, 27:13, 30:18, 32:6, 32:11, 32:16, 33:4, 34:5, 34:13, 35:3, 35:8, 37:6, 39:3, 39:16, 40:9, 40:10, 40:15, 40:17, 41:12, 42:8, 42:10, 43:16, 44:12, 44:14, 46:11, 46:15, 46:23, 47:3, 47:4, 47:5, 47:11, 47:17, 47:18, 48:11, 48:21, 49:4, 49:10, 49:12, 49:14, 49:16, 50:3, 50:4, 50:9, 50:10, 50:17, 51:16, 51:20, 52:5, 52:8, 53:1, 53:7, 53:20, 53:21, 54:3, 55:21, 56:5, 56:17, 58:6, 58:11, 59:4, 59:11, 60:10, 60:11, 60:15, 60:19, 62:1, 62:3, 64:13, 66:11, 66:12, 66:15, 67:1, 67:5, 67:9, 67:19, 68:1, 69:5, 69:18, 70:6
jail's [1] - 67:20
jailhouse [1] - 40:7
jails [8] - 6:17, 54:14, 56:18, 60:13, 60:23, 61:10
January [1] - 5:16
job [2] - 16:19, 70:4
Joe [1] - 21:13
Joseph [1] - 2:4
Jowell [4] - 39:11, 39:12, 39:13, 39:14
JOWELL [1] - 39:12
Jr [1] - 2:4
judge [4] - 16:9, 20:15, 25:2, 35:10
judge's [1] - 16:11
judgement [1] - 29:7
jumped [1] - 36:23
jumps [1] - 43:2
jury [2] - 49:23, 50:5

K

keep [12] - 11:1, 22:4, 22:9, 27:20, 28:22, 37:10, 38:16, 56:5, 56:6, 56:19, 58:4, 69:20
keeping [1] - 15:4
kept [5] - 19:13, 22:7, 23:13, 46:5
kicked [1] - 53:13
kicking [2] - 37:8, 39:21
kind [2] - 7:17, 61:12
kinds [2] - 16:14, 16:16
knowledge [4] - 42:6, 42:7, 42:11, 71:18
known [2] - 24:6, 58:23
knows [1] - 61:1

L

lab [2] - 36:12
labs [1] - 51:9
lack [1] - 69:23
land [1] - 59:19
large [1] - 28:23
Large [3] - 1:19, 3:6, 71:4
larger [1] - 50:22
last [4] - 19:15, 45:23, 55:21, 66:7
law [7] - 14:4, 14:8, 14:18, 14:20, 15:2, 15:19, 15:22
laws [1] - 14:12
lawsuit [2] - 68:19
lawyer [12] - 19:11, 22:17, 23:14, 26:4, 27:16, 44:9, 46:13, 46:17, 47:22, 48:7, 49:21, 63:12
lay [1] - 59:19
lead [1] - 41:22
lease [1] - 53:11
least [1] - 10:2
leave [2] - 13:21, 17:23
legal [1] - 31:23
less [1] - 37:11
lifespan [2] - 51:1, 67:20
lights [2] - 7:17, 8:2
limited [1] - 37:21
line [1] - 11:12
Lisa [4] - 1:18, 3:5, 71:3, 71:22
list [2] - 16:6, 17:8
litigants [1] - 71:17
located [1] - 23:4
lock [1] - 8:18
locks [3] - 9:1, 9:3
locksmith [1] - 8:23
long-term [1] - 54:9
look [5] - 23:8, 43:4, 56:2, 60:1, 62:21
Look [2] - 9:23, 60:2
looked [4] - 22:18, 53:5, 53:9, 53:18

looking [2] - 5:19, 54:8
lose [1] - 45:17
lower [1] - 35:10

M

main [1] - 58:5
maintain [5] - 12:5, 14:3, 30:14, 54:2, 56:4
maintaining [2] - 14:19, 14:22
maintenance [5] - 9:13, 30:12, 30:16, 30:20, 30:23
Major [1] - 45:21
man [3] - 30:7, 45:21, 64:10
manager [2] - 17:9, 17:15, 20:3
manages [3] - 20:2, 20:5, 20:10
mark [2] - 16:10, 37:15
MARKED [1] - 4:7
marked [1] - 38:9
match [1] - 23:11
matter [6] - 25:3, 27:19, 53:23, 66:19, 68:15, 71:13
mean [31] - 7:14, 8:15, 11:10, 12:18, 15:21, 15:22, 17:8, 18:5, 18:6, 20:3, 20:7, 20:13, 22:16, 28:19, 30:17, 30:19, 33:5, 33:15, 34:5, 38:18, 38:23, 42:12, 45:15, 48:3, 52:1, 52:14, 56:1, 59:18, 60:9, 64:16, 69:9
meaning [1] - 45:1
means [1] - 7:10
medical [15] - 6:14, 12:7, 17:22, 26:17, 29:3, 29:8, 30:4, 35:12, 37:21, 38:12, 38:14, 38:17, 43:4, 62:11, 62:12
medication [1] - 38:23
meeting [3] - 28:19, 67:13, 67:14
mentioned [3] - 44:4, 67:2, 67:22
message [1] - 25:2
metal [1] - 53:9
meth [5] - 36:12, 51:8, 51:9, 52:3
MIDDLE [1] - 1:2
might [9] - 10:9, 21:15, 23:23, 25:15, 64:1, 66:10, 66:13, 67:9
military [1] - 60:13
mine [1] - 56:10
minor [2] - 25:4, 28:4
Minor [1] - 28:23
minute [1] - 49:17
minutes [1] - 67:14
mistaken [1] - 43:6
mixed [1] - 21:16
moisture [1] - 34:9
mold [6] - 32:6, 32:9, 32:10,

4

32:18, 32:21, 34:12
**moment** [1] - 55:14
**money** [2] - 9:5, 54:15
**Montgomery** [1] - 2:9
**months** [1] - 53:14
**morning** [2] - 19:9, 30:1
**Most** [1] - 22:6
**most** [1] - 11:6
**mother** [1] - 35:7
**Motion** [1] - 46:16
**motion** [1] - 48:4
**mouth** [6] - 37:6, 37:10, 40:1, 58:3, 58:4, 64:3
**move** [4] - 33:4, 45:14, 52:7, 56:12
**moved** [14] - 33:10, 40:11, 40:22, 41:3, 45:3, 45:10, 45:14, 57:16, 65:21, 65:23, 66:2, 66:6, 69:3, 69:4
**movie** [1] - 45:21
**MR** [46] - 5:7, 5:8, 5:11, 8:7, 12:11, 12:15, 13:1, 13:12, 13:14, 13:15, 14:16, 21:13, 21:20, 23:2, 27:8, 27:10, 27:23, 29:11, 29:17, 31:19, 32:1, 32:2, 32:3, 32:5, 35:23, 36:1, 36:5, 38:1, 40:4, 41:5, 41:14, 41:15, 45:23, 46:19, 48:3, 48:16, 54:5, 55:18, 63:20, 63:21, 64:19, 64:22, 65:2, 68:6, 68:8, 68:13

### N

**name** [7] - 42:18, 42:19, 45:18, 46:1, 61:2, 68:20
**need** [19] - 3:12, 8:22, 11:8, 16:13, 29:9, 29:15, 29:19, 29:20, 35:20, 35:21, 45:8, 45:14, 47:10, 61:6, 61:15, 66:5, 66:15, 67:1, 68:1
**needed** [8] - 41:3, 50:3, 50:9, 50:10, 51:16, 54:2, 54:12
**needle** [1] - 36:13
**needles** [1] - 36:15
**needs** [2] - 11:8, 53:7
**negotiate** [2] - 19:4, 19:5
**never** [4] - 38:1, 40:13, 57:11, 60:17
**new** [8] - 34:6, 49:1, 50:3, 50:10, 51:20, 54:2, 67:5, 68:2
**newer** [1] - 50:21
**next** [3] - 35:4, 51:16, 54:11
**Nice** [1] - 53:12
**Nickname** [1] - 42:19
**night** [1] - 29:23
**NO** [1] - 1:7
**None** [1] - 45:12
**none** [2] - 23:6, 45:11
**nonmedical** [1] - 29:7
**normally** [1] - 60:22
**Normally** [1] - 38:20

### North

**North** [2] - 1:20, 19:7
**north** [1] - 32:18
**Notary** [3] - 1:19, 3:6, 71:4
**nothing** [3] - 7:9, 41:21, 70:2
**Notice** [1] - 4:8
**notice** [5] - 1:22, 37:14, 37:16, 37:17, 44:8
**notified** [3] - 36:22, 42:14, 57:5
**number** [5] - 47:3, 47:7, 47:12, 47:16, 48:20
**numerous** [2] - 26:3, 51:2
**Nunn** [1] - 39:11

### O

**Object** [10] - 12:11, 13:1, 14:16, 27:23, 29:11, 29:17, 40:4, 48:16, 54:5, 55:18
**object** [1] - 13:5
**objection** [2] - 3:18, 31:20
**objections** [3] - 3:11, 3:12, 3:14
**observations** [1] - 50:2
**obtain** [1] - 59:7
**Obviously** [1] - 18:22
**occasions** [1] - 51:2
**occur** [1] - 20:13
**occurred** [5] - 42:9, 58:20, 62:15, 64:13, 64:23
**OF** [3] - 1:2, 70:18, 71:1
**Off-the-record** [2] - 38:4, 65:4
**offense** [1] - 25:5
**office** [5] - 5:16, 10:22, 28:20, 31:7, 43:10, 66:4
**Office** [2] - 2:8, 66:8
**Officer** [1] - 61:4
**officer** [6] - 21:5, 24:10, 24:12, 28:5, 29:8, 29:21
**officers** [7] - 17:18, 18:2, 18:7, 42:8, 58:8, 59:22, 60:21
**officials** [2] - 11:6, 59:12
**offsite** [1] - 53:18
**old** [3] - 5:21, 5:22, 61:8
**once** [2] - 35:13, 61:1
**One** [2] - 16:5, 66:7
**one** [18] - 6:11, 10:2, 11:11, 16:10, 28:10, 28:15, 30:5, 37:8, 43:16, 44:12, 51:21, 56:23, 58:5, 62:7, 65:22, 68:19, 69:17
**ones** [2] - 8:23, 67:15
**onsite** [1] - 53:18
**open** [3] - 21:9, 60:6, 60:7
**open-ended** [1] - 21:9
**operating** [1] - 15:5
**operation** [1] - 16:23
**opinion** [3] - 48:12, 55:20, 56:10
**opinions** [1] - 50:2

### options

**options** [3] - 53:19, 54:20
**oral** [2] - 41:20, 44:19
**order** [1] - 33:2
**original** [1] - 49:12
**otherwise** [1] - 71:13
**outcome** [1] - 71:14
**outlive** [1] - 51:15
**outside** [1] - 38:13
**overcrowded** [9] - 7:16, 46:8, 48:11, 55:16, 56:1, 56:9, 56:21, 70:3
**Overcrowding** [1] - 51:21
**overcrowding** [10] - 51:23, 54:19, 55:2, 55:5, 55:21, 67:1, 68:1, 69:5, 69:22, 70:2
**overseeing** [1] - 55:20
**oxymoron** [1] - 63:16

### P

**P-a-y-n-e** [1] - 46:3
**p.m** [1] - 1:22
**PAGE** [1] - 4:3
**pages** [1] - 71:5
**paid** [2] - 34:10, 34:11
**part** [2] - 6:8, 31:11
**particular** [1] - 47:3
**particularly** [1] - 17:13
**parties** [4] - 3:4, 38:6, 65:6, 71:16
**party** [2] - 3:14, 3:15
**past** [1] - 32:7
**patrolling** [1] - 16:20
**Paul** [1] - 52:23
**pay** [4] - 11:22, 33:17, 52:11, 53:10
**paying** [1] - 12:22
**Payne** [8] - 37:9, 42:20, 42:21, 43:11, 45:19, 45:21, 62:23, 63:1
**PAYNE** [2] - 45:20, 45:23
**people** [18] - 7:2, 7:11, 8:5, 45:5, 46:11, 47:3, 47:5, 47:12, 47:15, 47:17, 47:18, 49:4, 49:15, 51:7, 51:10, 52:6, 61:23, 64:2
**people's** [1] - 56:10
**per** [2] - 18:7
**perceive** [3] - 11:19, 27:14, 29:2
**period** [1] - 19:14
**perks** [1] - 44:9
**person** [4] - 29:8, 63:4, 68:20, 69:17
**personal** [3] - 31:22, 42:6, 58:12
**personally** [4] - 40:14, 58:9, 62:16, 71:10
**pertaining** [1] - 37:20
**PH&J** [1] - 53:16
**phone** [5] - 9:21, 15:17, 30:5, 35:19, 64:17
**phrase** [1] - 47:10

### physical

**physical** [3] - 30:12, 59:12, 62:9
**physically** [1] - 64:12
**pick** [1] - 9:21
**place** [1] - 23:14
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 2:3
**Plaintiff's** [2] - 4:8, 37:15, 38:8
**plan** [1] - 67:21
**play** [1] - 6:9
**played** [1] - 69:5
**point** [5] - 24:22, 28:9, 51:12, 52:9, 59:3
**policies** [3] - 70:5, 70:8, 70:12
**policing** [1] - 16:21
**policy** [4] - 16:1, 28:16, 45:15, 61:8
**politically** [1] - 53:22
**popular** [1] - 45:1
**population** [1] - 68:1
**portion** [1] - 27:2
**position** [1] - 30:10
**possession** [2] - 36:11, 37:20
**possibility** [1] - 50:21
**possible** [2] - 62:8
**Post** [1] - 2:8
**posted** [3] - 15:3, 15:10, 15:11
**prefab** [1] - 52:15
**preparing** [1] - 10:14
**present** [1] - 10:20
**presented** [2] - 11:14, 52:22
**press** [1] - 43:6
**pretty** [11] - 7:6, 16:19, 16:23, 18:4, 39:1, 39:21, 43:17, 54:21, 61:8, 61:16, 62:4
**previously** [1] - 64:2
**prison** [1] - 43:14
**prisoners** [1] - 6:18
**problem** [28] - 7:17, 7:23, 8:1, 8:12, 8:14, 8:17, 8:19, 24:3, 26:14, 27:14, 29:3, 32:7, 32:9, 32:10, 33:8, 34:9, 34:12, 35:12, 46:22, 52:12, 58:6, 58:9, 58:11, 62:6, 62:7, 65:21, 68:10
**problems** [10] - 7:15, 15:20, 15:21, 16:4, 18:3, 27:6, 30:8, 36:8, 57:19, 62:4
**Procedure** [1] - 1:18
**procedure** [2] - 59:8, 59:14
**procedures** [4] - 15:5, 16:1, 16:2, 27:21
**Produce** [1] - 46:17
**produce** [2] - 23:5, 48:4
**produced** [1] - 23:3
**proper** [1] - 69:23
**proposal** [1] - 11:1
**propose** [2] - 10:20, 11:3

5

6

proposed [1] - 10:15
provide [3] - 11:22, 13:22, 59:6
providing [1] - 12:4
Public [3] - 1:19, 3:6, 71:4
public [4] - 11:6, 66:8, 66:20, 67:11
pull [1] - 48:3
pulls [1] - 28:10
pursuant [2] - 1:17, 1:22
put [9] - 5:17, 7:2, 7:13, 38:14, 43:19, 54:20, 61:16, 64:8

**Q**

questionnaire [1] - 62:2
questionnaires [1] - 59:7
questions [5] - 3:12, 48:17, 68:7, 68:16, 70:15
quick [1] - 53:8
quote [1] - 69:6

**R**

R-o-w-e [2] - 18:15, 18:20
ran [1] - 32:6
random [3] - 59:3, 59:17, 61:18
rarely [1] - 25:6
read [2] - 3:15, 68:23
reading [1] - 3:19
reality [2] - 7:6, 20:8
really [5] - 29:3, 31:21, 53:6, 56:3
reason [7] - 28:20, 39:22, 51:4, 51:10, 64:4, 67:18, 67:20
reasons [3] - 51:19, 51:21, 58:5
receive [3] - 6:13, 6:18, 24:15
received [3] - 35:19, 38:1, 57:11
recent [1] - 32:7
reckon [2] - 13:23, 56:9
recollect [1] - 36:19
recollection [4] - 23:2, 36:9, 36:10, 36:16
recommendation [2] - 50:18, 50:19
recommendations [2] - 50:7, 50:13
recommended [1] - 50:20
record [7] - 13:8, 15:4, 38:4, 65:2, 65:4, 66:9, 66:20
recorded [1] - 71:9
records [15] - 15:13, 34:22, 37:22, 38:12, 38:14, 38:17, 39:3, 50:15, 57:17, 63:11, 66:7, 66:18, 67:2, 67:11, 67:22
rectify [1] - 32:14

redone [1] - 34:5
refer [2] - 6:19, 30:22
regard [4] - 6:7, 24:13, 40:19, 40:23
regular [1] - 61:22
regulations [1] - 15:16
related [1] - 71:16
relation [1] - 22:13
released [2] - 35:13, 35:18
remark [1] - 42:23
remarkable [1] - 42:22
remember [8] - 33:20, 33:23, 39:11, 50:14, 57:3, 57:4, 63:15, 64:16
remembrance [3] - 42:22, 50:18, 57:18
removed [1] - 44:10
rent [1] - 53:11
rent-to-lease [1] - 53:11
repainted [1] - 34:6
repairman [1] - 31:15
repairs [1] - 9:13
replace [1] - 9:21
report [14] - 18:3, 20:20, 20:21, 21:10, 24:20, 24:21, 25:3, 25:6, 25:16, 26:8, 29:6, 43:18, 43:20, 50:6
reported [1] - 27:1
REPORTER [1] - 5:5
Reporter [3] - 1:18, 3:5, 71:3
reports [12] - 20:12, 21:7, 21:14, 21:20, 22:9, 23:4, 25:10, 42:3, 42:4, 49:23, 58:10, 59:10
represent [2] - 68:15, 68:18
representation [1] - 23:16
represented [1] - 69:1
Request [14] - 16:5, 16:6, 20:17, 22:3, 22:12, 23:6, 24:7, 24:13, 25:22, 26:6, 29:5, 40:11, 42:5, 59:9
request [6] - 21:3, 21:15, 21:21, 24:15, 24:16, 40:14, 44:16, 45:12
requested [6] - 28:11, 44:10, 45:2, 65:20, 65:21, 69:3
requesting [2] - 29:4, 66:11
requests [7] - 16:7, 16:17, 22:6, 25:11, 26:3, 42:5, 44:22
required [1] - 31:6
Requirements [1] - 66:3
respect [3] - 63:17, 69:17, 70:4
respond [1] - 25:10
responses [1] - 25:13
responsibilities [3] - 11:20, 14:14, 56:4
responsibility [21] - 7:22, 10:19, 11:21, 12:18, 13:18, 13:22, 14:6, 14:7, 14:11, 14:18, 14:21, 17:20, 30:3,

30:14, 30:18, 31:21, 31:23, 32:15
responsible [13] - 6:12, 10:14, 12:8, 12:17, 12:19, 15:7, 15:8, 15:15, 30:11, 30:17, 31:10, 54:22, 56:11
return [1] - 10:1
reviewed [1] - 44:15
Richard [1] - 2:8
Rick [1] - 68:14
risks [1] - 28:18
role [1] - 69:5
route [2] - 19:10, 66:16
Rowe [6] - 18:15, 18:18, 41:11, 41:12, 41:21, 59:5
ROWE [1] - 18:19
RUDD [1] - 1:5
Rudd [7] - 6:2, 17:3, 22:13, 23:10, 24:2, 34:18, 36:19, 37:20, 41:1, 41:23, 42:9, 44:16, 44:23, 45:3, 45:11, 49:3, 55:12, 56:23, 57:6, 58:13, 63:6, 68:20, 68:21, 69:8, 69:14, 69:18, 70:9
Rudd's [1] - 26:16
ruled [1] - 3:16
rules [2] - 15:15, 60:14
Rules [1] - 1:17
run [8] - 6:13, 7:1, 7:8, 10:17, 11:21, 18:6, 28:18, 70:6
running [8] - 11:16, 12:20, 14:19, 16:22, 17:20, 39:23, 51:7, 64:3

**S**

safe [4] - 12:6, 13:19, 56:5, 56:6
safety [2] - 12:8, 40:12
samples [1] - 33:2
sandblasted [1] - 34:6
sanitation [1] - 7:18
satisfaction [1] - 65:14
satisfied [3] - 15:2, 34:12, 39:7
Saturday [1] - 29:23
saw [1] - 44:1
SAWYER [14] - 5:7, 5:11, 13:14, 27:10, 32:1, 32:3, 32:5, 36:1, 36:5, 41:14, 48:3, 63:21, 65:2, 68:8
Sawyer [3] - 2:4, 4:4, 54:7
scared [1] - 45:14
school [1] - 65:10
screaming [1] - 66:1
scrutinize [1] - 11:7
searches [1] - 59:21
secure [4] - 6:13, 13:19, 38:16, 56:6
securely [1] - 69:19
see [10] - 21:9, 24:17, 24:18, 25:1, 29:13, 30:4,

44:16, 59:5, 64:17
send [2] - 10:15, 27:16
sense [1] - 26:8
sensitive [1] - 53:23
sent [10] - 22:17, 22:19, 23:14, 23:16, 23:21, 39:3, 39:6, 39:8, 42:14, 44:5
sentenced [1] - 7:11
separate [3] - 10:22, 23:14, 48:17
separating [1] - 60:3
set [3] - 15:19, 35:10, 56:11
seven [1] - 17:1
several [3] - 53:19, 55:22
severely [3] - 39:17, 69:4, 70:13
shall [1] - 3:16
share [1] - 49:20
shared [1] - 44:17
sheet [2] - 44:2, 62:2
SHERIFF [3] - 1:10, 1:16, 5:1
Sheriff [7] - 5:13, 25:9, 28:10, 29:2, 30:11, 68:14, 68:18
sheriff [15] - 5:15, 5:18, 6:8, 7:1, 10:6, 11:7, 11:8, 11:19, 13:18, 14:19, 15:7, 16:8, 16:18, 70:5
sheriff's [2] - 10:19, 10:21
Sheriff's [1] - 52:23
sheriffing [1] - 16:21
shift [2] - 18:2, 18:8
shifts [3] - 18:9, 18:10, 18:12
short [1] - 36:3
shorthand [1] - 71:9
shut [2] - 37:10, 58:4
side [4] - 28:10, 32:18, 49:2, 60:8
sign [1] - 35:11
signing [1] - 3:20
simply [1] - 30:5
sit [1] - 52:7
sitting [2] - 52:4, 69:8
situation [10] - 6:8, 7:7, 9:11, 9:20, 20:8, 25:17, 32:15, 33:15, 45:3, 67:2
situations [1] - 9:18
size [3] - 53:20, 53:21, 69:19
slip [2] - 10:7, 10:10
small [1] - 27:19
so-and-so [1] - 45:8
so.. [1] - 39:19
sole [1] - 6:11
someone [2] - 33:1, 45:13
Sometimes [1] - 22:5
sometimes [3] - 10:7, 20:14, 26:13
somewhere [1] - 19:6
sorry [5] - 8:10, 41:9, 41:14, 63:7, 66:16
Sort [1] - 31:7

sort [5] - 14:5, 14:12, 27:21, 59:18, 63:16
sounds [1] - 69:13
South [1] - 2:5
SOUTHERN [1] - 1:3
specific [1] - 25:11
specifically [2] - 10:11, 46:13
spell [1] - 14:13
spells [1] - 15:2
spent [1] - 39:18
staff [3] - 18:5, 58:10, 62:7
stamp [1] - 21:8
stand [3] - 67:10, 67:12, 67:17
standard [1] - 15:5
standards [2] - 47:1, 47:4
standing [1] - 40:9
staph [9] - 34:19, 35:6, 35:7, 35:8, 36:7, 36:16, 69:2, 69:6, 70:9
start [2] - 51:17, 56:12
started [4] - 37:11, 37:12, 51:8, 51:9
starting [1] - 54:13
State [3] - 1:19, 3:6, 71:4
state [4] - 14:18, 14:20, 15:19, 15:22
STATE [1] - 71:1
statement [1] - 63:17
statements [6] - 43:1, 62:13, 62:20, 63:16, 63:20, 63:23
STATES [1] - 1:1
statistics [2] - 46:10, 51:19
stenographic [1] - 71:9
stenographically [1] - 3:9
step [1] - 60:14
sticking [1] - 8:19
still [3] - 19:9, 54:2, 60:9
stipulated [1] - 3:3
STIPULATION [1] - 3:1
stipulations [1] - 5:6
stitches [1] - 66:5
stops [1] - 34:17
story [1] - 32:23
stove [1] - 31:5
straight [2] - 28:13, 33:6
street [1] - 42:19
Street [2] - 1:20, 2:5
strength [1] - 69:19
structure [2] - 17:7, 17:17
struggling [1] - 47:10
stuff [6] - 6:14, 15:13, 31:5, 36:15, 53:1, 61:17
subemployees [1] - 17:14
submissions [1] - 22:14
submit [1] - 11:4
submitted [4] - 23:10, 25:22, 29:5, 40:10
subordinate [1] - 19:21
subordinates [1] - 17:12
subpoena [2] - 37:17, 38:2
subpoenaing [1] - 50:16

substituting [1] - 29:7
such-and-such [1] - 44:4
sudden [1] - 52:2
sufficient [1] - 69:19
suggest [1] - 6:23
suggesting [1] - 38:19
summer [1] - 31:9
supervision [1] - 71:11
supplying [1] - 14:22
support [1] - 67:23
supposed [2] - 39:1, 47:17
surrounding [1] - 37:3
sworn [1] - 5:2
system [1] - 61:17

T

talking [1] - 34:17
tandem [1] - 33:14
tandem-type [1] - 33:14
tears [1] - 9:15
term [3] - 5:19, 31:20, 54:9
terms [1] - 18:23
testified [2] - 5:3, 64:2
testimony [1] - 71:7
THE [7] - 1:1, 2:3, 2:7, 41:7, 64:21, 65:1, 68:10
theoretically [1] - 61:19
They've [1] - 14:6
threatened [3] - 41:3, 57:8, 61:20
threatening [2] - 24:4, 58:16
three [4] - 18:7, 18:10, 18:23, 61:1
Three [1] - 18:12
Thursday [1] - 28:16
title [1] - 20:7
to-wit [1] - 5:3
today [4] - 5:23, 55:14, 68:17, 69:8
took [1] - 5:16
top [1] - 17:8
touch [2] - 32:20, 60:10
train [1] - 45:17
transcribed [2] - 3:9, 70:10
transcript [2] - 71:5, 71:6
transfer [2] - 32:8, 44:23
transferred [3] - 44:17, 65:17, 65:18
transfers [1] - 66:12
treated [1] - 60:16
trial [1] - 3:17
trick [2] - 6:20, 7:5
tried [5] - 19:4, 19:5, 19:11, 23:11
trouble [1] - 66:2
truck [1] - 36:15
true [3] - 69:10, 69:12, 71:6
try [5] - 6:5, 13:9, 50:15, 56:19, 66:17
trying [6] - 6:20, 47:9, 54:2, 56:12, 66:1, 67:5

turn [1] - 28:5
turnover [1] - 18:21
two [6] - 10:2, 10:22, 18:7, 48:17, 64:10, 65:22
two-man [1] - 64:10
type [4] - 9:7, 33:14, 35:17, 53:11
types [1] - 32:22

U

Under [2] - 65:12, 65:15
under [3] - 14:8, 18:1, 71:11
unexpected [1] - 59:21
UNITED [1] - 1:1
units [1] - 34:7
unless [2] - 10:10, 25:6
Unless [1] - 13:12
unquote [1] - 69:6
up [22] - 9:2, 9:15, 9:21, 15:19, 15:20, 16:4, 16:11, 21:16, 23:12, 24:14, 27:17, 27:20, 28:22, 40:1, 41:23, 42:15, 44:9, 52:13, 52:17, 61:16, 64:4, 65:9
user [1] - 36:13
usual [1] - 5:6
utilize [1] - 22:1

V

V.A [1] - 35:11
vehicle [1] - 36:13
verbal [5] - 10:3, 42:5, 63:15, 63:17, 63:23
verbose [1] - 65:13
versus [1] - 6:2
viewed [1] - 44:21
violent [2] - 51:13, 51:14
visit [2] - 66:4
visitation [1] - 15:17
voted [1] - 52:19
VS [1] - 1:7

W

waive [1] - 3:19
walk [2] - 13:20, 61:5
walls [2] - 15:4, 34:6
Walton [1] - 53:10
war [1] - 51:8
Ward [1] - 5:13
WARD [3] - 1:10, 1:16, 5:1
warden [1] - 17:16
warned [1] - 26:20
warrant [1] - 43:23
ways [1] - 55:22
weeds [1] - 15:23
week [2] - 19:15, 39:18
Weeks [3] - 61:4, 61:6

well-kept [1] - 46:5
whole [3] - 19:2, 32:23, 34:4
window [2] - 60:6, 60:7
wise [2] - 51:1, 54:11
wishes [1] - 3:19
wit [1] - 5:3
WITNESS [5] - 41:7, 64:21, 65:1, 68:10, 71:19
witness [3] - 3:19, 35:18, 65:6
witnesses [1] - 62:19
word [1] - 22:10
words [1] - 35:13
worse [3] - 51:13, 51:14, 51:15
worst [1] - 33:9
write [1] - 45:7
writing [1] - 14:14
written [4] - 14:12, 44:1, 44:19, 62:13

Y

y'all [6] - 9:4, 14:5, 32:8, 32:10, 32:14, 38:17
year [2] - 10:15, 51:9
years [7] - 5:17, 5:20, 5:22, 51:16, 52:5, 54:11, 55:21
yourself [1] - 59:4

# Exhibit B
# Deposition of Harry Adkison

1

1      IN THE UNITED STATES DISTRICT COURT

2           MIDDLE DISTRICT OF ALABAMA

3               SOUTHERN DIVISION

4

5   DENNIS RUDD,            )

6       Plaintiff,          )

7   VS.                     ) CASE NO. 1:06-CV-233-WKW

8   GENEVA COUNTY           )

9   COMMISSION, and         )

10  SHERIFF GREG WARD,      )

11      Defendants.         )

12

13

14

15

16          The deposition of HARRY ADKISON, taken

17  pursuant to Federal Rules of Civil Procedure

18  before Lisa M. Bryan, Court Reporter and Notary

19  Public, State at Large, at the Geneva County

20  Courthouse, 200 North Commerce Street, Geneva,

21  Alabama, on the 5th day of August, 2008, at

22  approximately 3:15 p.m., pursuant to notice.

23

---

2

1                 APPEARANCES

2

3   FOR THE PLAINTIFF:

4          Honorable Joseph E. Sawyer, Jr., 203

5   South Edwards Street, Enterprise, Alabama 36330

6

7   FOR THE DEFENDANTS:

8          Honorable C. Richard Hill, Post Office

9   Box 240909, Montgomery, Alabama 36101.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

---

3

1                 STIPULATION

2

3          It is stipulated by and between Counsel

4   for the parties that this deposition be taken at

5   this time by Lisa M. Bryan, Court Reporter and

6   Notary Public, State at Large, who is to act as

7   commissioner without formal issuance of

8   commission to her; that said deposition be taken

9   down stenographically, transcribed and certified

10  by the commissioner.

11          Except for objections as to the form of

12  the questions, no objections need be made at the

13  time of the taking of the deposition by either

14  party, but objections may be interposed by either

15  party at the time the deposition is read into

16  evidence, which shall be ruled upon by the Court

17  on the trial of the cause upon the grounds of

18  objection, then and there assigned.

19          The witness wishes to waive the reading

20  and signing.

21

22

23

---

4

1                    INDEX

2

3   EXAMINATION                              PAGE

4      Mr. Sawyer                          5 - 32

5

6   EXHIBITS                               MARKED

7      There were no exhibits marked to the

8   deposition.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

CONDENSED

5

1          HARRY ADKISON

2   having been first duly sworn, was examined and

3   testified as follows, to-wit:

4

5          COURT REPORTER:  Are we going to

6       have the usual stipulations?

7          MR. SAWYER:  Yes.

8          MR. HILL:  Yes.

9

10          DIRECT EXAMINATION

11  BY MR. SAWYER:

12      Q.  I have named the Geneva County

13  Commission in this suit that Dennis Rudd has

14  authorized me to file.  He alleges that certain

15  things occurred in the Geneva County Jail in

16  February of 2005.  Were you the probate judge at

17  that time?

18      A.  I was the probate judge in 2005, and

19  commission chairman.

20      Q.  And that's what I -- that was going to

21  be my next question.  In Geneva County, the

22  probate judge is also the committee --

23      A.  Commission chair.

6

1      Q.  -- commission chair; is that correct?

2      A.  That's correct.

3      Q.  I have known you for many years, and I

4   know you as Harry because I knew you before you

5   became probate judge.  Do you mind, or would you

6   be offended if I called you Harry --

7      A.  Not at all.

8      Q.  -- during the course of this deposition?

9      A.  I appreciate it.  I'm a civilian now.

10      Q.  I'm not saying that with any disrespect

11  towards you.  You were the probate judge and the

12  commission chairman for a number of years, but

13  it's hard for me to call you anything other than

14  what I've always called you.

15      A.  May I call you Joe?

16      Q.  You may.  What was your position with

17  the Geneva County Commission during February of

18  2005?

19      A.  I was chairman of Geneva County

20  Commission in February of 2005.

21      Q.  Do you know Dennis Rudd?

22      A.  No.

23      Q.  I represent to you that he was an inmate

7

1   in the Geneva County Jail in February of 2005.

2   But you do not know him or wouldn't recognize him

3   if you saw him?

4      A.  No, I would not.

5      Q.  Are you familiar with the details of

6   Dennis Rudd versus Geneva County Commission and

7   Sheriff Ward?

8      A.  Hearsay.

9      Q.  If I'm not mistaken, you and I would see

10  each other in the halls of the courthouse from

11  time to time, and if I'm not mistaken, I would

12  either mention to you that you incidentally were

13  involved in a lawsuit concerning him or you would

14  say -- ask me about the status of the lawsuit.

15  But you don't have any independent recollection

16  other than that?

17      A.  That's correct.  But, yes, you and I did

18  talk about this from time to time, and other

19  things as well.

20      Q.  Yes.  I mean, we've known each other

21  since New Brockton days?

22      A.  Yes.

23      Q.  Do you have any knowledge, as the

8

1   chairman of the Geneva County Commission, as to

2   whether or not the Geneva County Jail was

3   overcrowded in February of 2005?

4      A.  I don't -- and I can't recall exactly

5   the specifics, but there are reports that would

6   designate the occupancy at that time.  I think

7   the grand jury actually made reports and said the

8   occupancy was less than so, and I don't remember

9   exactly what it was relative to the capacity that

10  was designated as a standard capacity.

11      Q.  There were also reports compiled in the

12  regular course of business of the Geneva County

13  Commission, of which you were the chairman, where

14  the sheriff made certain recommendations and gave

15  his opinion with regard to the jail and things

16  like that.  You are aware of those records --

17      A.  Yes.

18      Q.  -- are you not?

19      A.  Quite clearly.

20      Q.  I have seen those unofficially, but if I

21  wanted to subpoena them today, how would I go

22  about getting those records?  Who would the

23  subpoena be addressed to?

9

1    A.  It would be addressed, I would gather,
2  to the Geneva County Commission.
3    Q.  All right.
4    A.  Now, let me qualify.  Those records
5  would be part of the minutes to the commission
6  meetings.  When he made an appeal to the
7  commission, which he regularly did, he made
8  reports and requests to the commission.
9    Q.  The sheriff?
10   A.  Yes.  Sheriff Ward would do that on a
11 regular basis.  You know, I have a situation I
12 need this on, I need some advice, or, I need some
13 financing, I need some funding, or, Here is what
14 expenses I'm having.  And he did that on a
15 regular basis.  You'll find that, I'm thinking,
16 in the minutes to the meetings.
17   Q.  And --
18   A.  It's public record.
19   Q.  Well, I knew they were a matter of
20 public record.  I just had not been able to
21 locate them when I went down individually to see
22 if I could find them, because nobody seemed to
23 have any knowledge.  And I'm not suggesting --

10

1    A.  Right.
2    Q.  -- that anybody is hiding anything.  But
3  nobody seems to have knowledge of where those
4  records might be.
5    A.  That would be it, though.
6    Q.  The minutes?
7    A.  The minutes to the county commission
8  meetings.
9    Q.  Harry, I know that it's been several
10 years since -- how many years since you gave up
11 your duties as chairman of the Geneva County
12 Commission?
13   A.  January '06.
14   Q.  It's been several years since you --
15   A.  A year-and-a-half.
16   Q.  A year-and-a-half -- thank you -- since
17 you have been actively involved in the jail, the
18 goings and comings of the chief executive officer
19 of the county commission.  But do you remember
20 the problem that the Geneva County Jail was
21 experiencing as far as overcrowding?  I mean,
22 your office was here in this courthouse.
23   A.  Right.

11

1    Q.  Do you have any independent knowledge,
2  other than what Sheriff Ward was telling you, as
3  to the alleged overcrowding situation that may
4  have been occurring in Geneva County in 2005?
5    A.  Yes.  I'm familiar with the history of
6  the jail from '95 through '06.
7    Q.  Well, let's go through that somewhat if
8  you're familiar with it.
9    A.  I'm familiar with it.
10   Q.  All right.  The jail is situated in this
11 courthouse underneath this courtroom that we're
12 in right now; is that correct?
13   A.  That's correct.  Yes, sir.
14   Q.  Tell us your opinion or version of what
15 this jail has gone through as far as what
16 condition -- the condition of the jail.  Now, I
17 want you to recollect your personal observation,
18 grand jury report, reports from the sheriff as to
19 the condition of the jail and things like that,
20 and anything else that you might factor into your
21 testimony.
22   A.  Okay.  Historically, this courthouse was
23 built in '64, '65 time frame, including the jail.

12

1  My first exposure to it was in '95, coming
2  onboard, as it was with the entire courthouse, if
3  you'll recall, the condition of the courthouse
4  and the improvements that were made, even as you
5  can look and see this courtroom.  From '95
6  forward, we undertook -- when I say we, I'm
7  talking about myself, the county commission, the
8  sheriff, and community, state participants,
9  undertook to upgrade the resources of Geneva
10 County, in particularly the resources where we
11 are at this time, this courthouse facility, to a
12 more people-friendly and functional status.  That
13 had to do with the buildings, the services, the
14 equipment, and such things that would make the
15 quality of service flowing from county resources
16 more functional and efficient.
17       There had been a deterioration, and over
18 time, these conditions were addressed and
19 responded to.  And if I may say, in a quite
20 favorable fashion, as you will also attest.  Jail
21 was no exception.  The jail had a capacity, from
22 what I understand, of 42.  My best recollection
23 is that that was not exceeded early in my term of

13

1  office, but as time went on, there were more
2  people added and that condition went itself to a
3  different response than existed prior to that,
4  the sheriff making requests of the commission,
5  mainly funding requests, of, I need, I need, I
6  need.  And for the most part, the commission
7  responded to that.  There were very few things
8  that the sheriff approached the commission on
9  that he didn't get favorable response.
10           And you call it an overcrowding.  You
11  know, I don't know really if anything over 42
12  would be overcrowding or anything under 42 would
13  be undercrowding.  And the reason I say that is
14  how would that compare to resources elsewhere.
15  And I've heard, and this is hearsay, that there
16  is only state level overcrowding, and then
17  different other counties overcrowding, but I
18  don't know the definition of overcrowding.  But
19  there were conditions in the jail, feeding
20  conditions, plumbing conditions, access to the --
21  to different parts of the jail, the condition
22  there, the air conditioning.  And over time,
23  these were responded to, even the assertion of

14

1  overcrowding.
2           And in all candidness, and this is in
3  favor to the sheriff, he was the one who took the
4  commission to Defuniak Springs to look at a
5  temporary facility that was there, declaring
6  himself that, I need some relief.  He was also
7  carrying inmates to Conecuh County and housing
8  them over there when he says, I don't have enough
9  room for them.  I commended him for that.
10           He went to Boaz, Alabama, and brought the
11  first set of plans to the Geneva County
12  Commission for the -- and this was -- Boaz was
13  the first place he went, and then Roanoke,
14  Alabama, where they had a Domes International
15  facility, of which we have a Domes International
16  annex to our jail.
17           And ultimately we wound up upgrading the
18  electrical.  We upgraded the plumbing.  We
19  upgraded the storage facilities.  We upgraded the
20  jail cells, cleaned them, painted them, these
21  types of things.  We upgraded the water supply.
22  And made the jail -- and this transformation took
23  place from, again, '95 to, I know through the

15

1  first of 2006 -- to a functionality that did not
2  exist even when the jail was built in 1964.
3     Q.  Now, I remember, since I'm a practicing
4  lawyer here --
5     A.  Yes, sir.
6     Q.  -- I remember the domes -- is that what
7  we can call that --
8     A.  That's correct.
9     Q.  The domes were in existence at the time
10  that this occurrence in February of 2005
11  occurred, but it was unoccupied.  There was a
12  period that something happened that occupancy
13  wasn't allowed or something like that.  So we're
14  talking about a jail facility that does not
15  include the domes over there, because they did
16  not become occupancy-wise until after 2005?
17     A.  They were not occupied until after I
18  left.  They were not.
19     Q.  After 2006?
20     A.  2006.  January of 2006.  And they had
21  never been cleared for occupancy until after I
22  left.  And so they never had passed a final
23  inspection for occupancy by January 16th, 2006,

16

1  on my last day of work.
2     Q.  So any undercrowding, as you phrase it,
3  or overcrowding, that was not a factor then,
4  right?
5     A.  That would be true.  It was not there.
6  But I'm just saying from the very beginning to
7  the time I left, there was an ongoing and
8  continuing effort and work to get these
9  facilities improved.
10     Q.  Now, I believe the sheriff has testified
11  that he is the manager of the jail.
12     A.  The sheriff is the manager of the jail.
13  The jail is the responsibility of the sheriff.
14  The county commission is responsible for funding
15  to an adequate level.  And I don't define
16  adequate.
17     Q.  Right.
18     A.  You know, we would have to look at that.
19     Q.  Sure.
20     A.  And that's essentially the
21  responsibility of the county commission funding.
22     Q.  This is -- and this is not a trick
23  question.  It is a dual function.  He manages the

17

```
 1   jail --
 2       A.  Right.
 3       Q.  -- and you are in charge of the funding
 4   and trying to match up what his requirements are,
 5   as the manager as the funding agency?
 6       A.  That's correct.
 7       Q.  Is that --
 8       A.  Yes.  In addition, before we entered
 9   into a contract for the construction of the
10   52-bed domes facility, which is an annex to the
11   existing jail, we entertained proposals from
12   several architects who designed and oversaw the
13   construction of jails.  And that was -- we did
14   that for probably two, maybe three years.
15       Q.  As a matter of fact, this spot right out
16   here was mentioned, and I'm pointing north
17   towards Enterprise?
18       A.  That's correct.
19       Q.  The county owned property before you
20   reached the highway out there?
21       A.  That's correct.
22       Q.  That was a proposed site of a new jail;
23   was it not?
```

18

```
 1       A.  Yes, it was.  And I looked at two or
 2   three other sites throughout the area.  We talked
 3   about out at the farm center, the county owns the
 4   property there.  I looked at a parcel up Highway
 5   27, looked at one down Highway 4 in anticipation
 6   of maybe in time building a stand-alone jail.
 7       Q.  And these were based on recommendations
 8   from the sheriff?
 9       A.  That's correct.
10       Q.  As to the need of -- current and future
11   needs, right?
12       A.  Current and future needs, that's
13   correct.
14       Q.  And in his proposals, he took into
15   consideration the growth of the county, the
16   number of inmates that were now coming in, and
17   certain overcrowding situations that he tried to
18   address to the commission; is that right?
19       A.  That would be true.  But, again, it
20   depends on whose definition of overcrowding.
21       Q.  Sure.  And, again, that is -- I just
22   have to use a word --
23       A.  That's correct.  That's accepted and
```

19

```
 1   recognized as such.  But if you have --
 2
 3           MR. HILL:  I just make a general
 4       objection to the extent of the term of
 5       "overcrowding" as a legal conclusion.
 6           MR. SAWYER:  Well, I agree with
 7       that.  It's just that I've got to use a
 8       word to describe something.
 9
10   BY MR. SAWYER:
11       Q.  And I use the term "overcrowding" in
12   connection with not being enough room for people
13   downstairs in the jail.  Okay?
14       A.  I understand.
15       Q.  Now, you don't know anything about how
16   many inmates were incarcerated in February of
17   2005, do you?
18       A.  No, sir, I do not.
19       Q.  But you do monitor requests coming to
20   you from the manager of the jail, namely Sheriff
21   Greg Ward, that come to your office asking for
22   requests for funding and other things; is that
23   right?
```

20

```
 1       A.  Yes, for whatever cause.
 2       Q.  You didn't have anything to say or make
 3   any decisions as to a position, meaning where I
 4   stand, where I, Harry, stand with regard to this,
 5   as to any policy changes or decisions concerning
 6   the number of inmates in each cell or safety
 7   plan, did you?
 8       A.  No.
 9       Q.  That would have been, in your opinion,
10   the sheriff, under his responsibilities as the
11   manager of the jail?
12       A.  And that's by statute.  The jurisdiction
13   lies with him.
14       Q.  Is the Geneva County Commission, or more
15   particularly you, when you were the chairman of
16   the Geneva County Commission, were you
17   responsible for any maintenance of the jail or
18   any care for any of the prisoners in the jail as
19   your responsibility as the chairman or the
20   commission of the Coffee (sic.) County
21   Commission, or was that the sheriff's
22   responsibility?
23       A.  That was the sheriff's responsibility.
```

21

1  The Geneva County Commission.

2      Q.  Do you know of any inspections of the

3  jail, or grand jury reports, or anything like

4  that that are in existence that indicates what

5  the sheriff's thoughts are with regard to any

6  results of any inspections?

7      A.  Yes.  The grand jury made reports.  And

8  --

9      Q.  It would be during February of 2005, or

10  concerning a period in February of 2005?

11      A.  In that general time frame.

12      Q.  Yes.

13      A.  That's an ongoing thing.  When the grand

14  jury comes to the courthouse and convenes, one of

15  their functions is to inspect the county

16  facilities, jail being an exclusive unit of the

17  county facilities that they observe.  They did

18  the same thing with the courthouse and the farm

19  center and the health department, different

20  things.  But the jail was one of those units that

21  they always made.

22      Q.  Where are those reports?

23      A.  I had a file that I kept some of them in

22

1  in my office.

2      Q.  Would the present chairman of the Geneva

3  County Commission have those reports from the

4  grand jury in his possession?

5      A.  They were in the file cabinet on the

6  last day that I worked there.  When I left and he

7  came on board, he had them in his possession.

8  Now, you should be able to get those from the

9  circuit clerk also.  Now, the reason I say that

10  is, this was a function of the Circuit Court the

11  grand jury accepts, pursuant to a directive of

12  the Circuit Court Judge.  He convenes and he

13  accepts the report.

14      Q.  Let me say this:  I went to the Geneva

15  County Reaper, which is a paper of general

16  circulation here in Geneva County.  Is that

17  right?

18      A.  Bless you.

19      Q.  Is that correct?

20      A.  That's correct.

21      Q.  They do not have a -- in Coffee County,

22  the place that I live, they have -- those reports

23  are published in the paper.  Okay?

23

1      A.  Right.  Okay.

2      Q.  And you can index those things.  But

3  they do not have an indexing system is the reason

4  why I'm trying to locate them at its source, and

5  that is here in this courthouse?

6      A.  Right.  I had -- now, I didn't have a

7  full set, but I would get a copy, and when I did,

8  I put it in the grand jury report.

9      Q.  Would the clerk be the place to locate a

10  full reading of all grand jury reports?

11      A.  It would be a starting point.  I can't

12  answer for her.  I don't know what she possesses,

13  but I do know that those were issued, and that

14  the --

15      Q.  Do you know if the Geneva County

16  Commission would have a record of all of the

17  grand jury reports that were submitted with

18  regard to --

19      A.  Okay.  The county administrator, at the

20  time, kept those records.  And I don't know that

21  they are still intact or not.

22      Q.  Who would that be?

23      A.  Well, Donna Jones, but she's no longer

24

1  here.  She was dismissed.

2      Q.  Was she -- that's right.  That's right.

3  Was she -- she was the county administrator in

4  February of 2005, wasn't she?

5      A.  Yes.

6      Q.  Have you ever been notified by the

7  sheriff or anybody else in the sheriff's

8  organization, or anybody at any time about

9  problems about inmates fighting amongst each

10  other in the cells of the Geneva County Jail?

11      A.  Not on an official basis, no.  I don't

12  recall the sheriff or any other official down

13  there discussing with me any fights that might have

14  occurred in the jail.

15      Q.  The Geneva County Commission is

16  responsible for the funding and the sheriff is

17  responsible for the managing of the jail.  But in

18  funding requests or needs in order to get the

19  county commission to fund certain things, do you

20  remember any recollection of the sheriff, or any

21  other official associated with the sheriff, that

22  came before the commission to say, We have

23  inmates fighting with each other down there, we

25

1  need for you to approve this funding request, or
2  that request, or this funding request?
3      A.  I don't remember that all.  Not at all.
4  I don't think it happened.
5      Q.  It was not your responsibility, nor was
6  it the responsibility of the Geneva County
7  Commission to oversee any transfers of inmates
8  from place to place?  That had nothing to do with
9  your --
10     A.  No.
11     Q.  -- area of responsibility?
12     A.  No responsibility there.  Some knowledge
13 of movement from time to time, but no --
14     Q.  Nothing to do with your responsibility?
15     A.  No, no.
16     Q.  Your official responsibility?
17     A.  None.  Zero.
18     Q.  Unless it concerned money, money
19 requests, or other things asking for certain
20 things, then that was your responsibility --
21     A.  That's correct.
22     Q.  -- and you pretty much minded your own
23 business on that?

26

1      A.  For the most part.
2      Q.  Other than hearing what you would hear?
3      A.  Yes.  Now, I was aware of jail
4  operations.  You know, I'm here.  The probate
5  judge and the county commission chairman,
6  separate offices, have a legal authority to visit
7  the jail once per month and make a report on
8  that.  It is an authority, but it's not
9  absolutely required.  But it is a legal authority
10 for the probate judge to visit the jail and make
11 a report, or the commission chairman to make a
12 visit to the jail and make a report.  I never did
13 that.
14     Q.  Why?
15     A.  I left it to the sheriff.  It was the
16 authority I had, but there was no responsibility
17 associated with that.  It set in statute that --
18 it would be like a grand jury.  They can go in
19 there, but they can't tell the sheriff how he
20 must handle his affairs.
21     Q.  You would have nothing to do -- it is
22 your testimony, I assume, you would have nothing
23 to do with the responsibility for downsizing in

27

1  the event the jail was overcrowded or became
2  overcrowded?
3      A.  Absolutely not.
4      Q.  Is it the sheriff's responsibility to
5  keep an account of incarcerated inmates?
6      A.  I don't know.  I'm sure he did.  The
7  only reports that I ever got was the grand jury
8  reports.  It says on a certain day at a certain
9  time when the grand jury met and inspected, there
10 were X number of people incarcerated in the jail.
11     Q.  Would it be your testimony that it was
12 the sheriff's job to notify any concerned party
13 regarding the population of the cells?
14
15         MR. HILL:  Object to the form.
16
17     A.  I don't see where he would have any
18 responsibility to divulge that information, or
19 any activities of the jail to any parties.  Now,
20 the apprise of the commission for needs that he
21 would have, which he did meet, you know, would be
22 his responsibility.  And maybe he would enhance
23 his position and his requests and qualify it with

28

1  a head count or condition or things like this,
2  the difficulty that he might be experiencing.
3      Q.  Harry, do you think that Geneva County
4  needed a new jail, or do you think that the dome
5  is sufficient to meet the needs of Geneva County?
6
7         MR. HILL:  When?
8         MR. SAWYER:  In 2005.  Thank you.
9
10     A.  Again, it all ties back to a head count.
11 I mentioned earlier that the jail that existed in
12 January of 1995 was upgraded over time to the
13 time that the domes were built and occupied.  But
14 there was an upgrade --
15     Q.  After -- which occurred after you left
16 --
17     A.  After I left.
18     Q.  -- in 2006?
19     A.  They were constructed -- they were ready
20 for occupancy but had not had a final inspection
21 when I left.
22     Q.  Would the fact that you were expanding
23 the jail, would -- did you want to finish

29

1  something?  I cut you off?

2    A.  Yes.  Because I never had finished the

3  question.

4    Q.  Excuse me.

5    A.  I said, but it reached during that

6  tenure, during that time period, from 1995 to

7  January 16th or 15th, 2006, that the pre-existing

8  jail had been upgraded to a higher level of

9  functionality than it had, even in 1964 when it

10  was built brand new by the specifications that

11  were required at that time.

12    Q.  Would not the fact that you considered,

13  as chairman -- I say this in your capacity as

14  chairman of the Geneva County Commission.  Would

15  not the fact that you were considering building a

16  new jail, or in the alternative, the dome

17  situation that was built and became

18  occupancy-ready after 2006 --

19    A.  Right.

20    Q.  -- and based on the recommendations of

21  the sheriff to the commission, indicate that

22  there was a problem with overcrowding in the

23  Geneva County Jail in and about 2005?

30

1

2    MR. HILL:  Object to the form.

3

4    A.  Let's qualify problem.  There was a

5  situation that if there was a reversion back in

6  time or back in circumstances where less than 42

7  -- if we want to use 42 as a demarkation point

8  for undercrowding or overcrowding, if we went

9  back to a time when they were less than 42, we

10  didn't need the domes.  But after we break that,

11  break that 42, you could make some case good or

12  bad that, you know, hey, you need more space.

13    If we look to the future, how many will

14  we need?  I don't have the answer to that.  Right

15  now we have the capacity of 94.  I say -- now, 54

16  and -- we have a -- that's 96.  We have a

17  capacity of 96.  Is that adequate?  I gather it

18  is for the time.  I don't know what the occupancy

19  is now.  Five years from now, will that be

20  adequate?  I don't know.

21    So in response to your question, as the

22  dynamics were playing out, the sheriff had made

23  appeals, time and again.  I talked about the

31

1  architect -- and like you addressed the prospects

2  of building the facility in the parking lot,

3  congruent to the -- or contiguous to the existing

4  jail, that the commission and the sheriff felt

5  like we needed additional capacity.  Of what

6  nature, that would yet to be seen.  It turned out

7  that the nature of it was the domes.  The sheriff

8  and I personally talked about it.  And a

9  particular and a specific incident in which I

10  recall was that he and I stood right outside that

11  other door --

12    Q.  You're pointing to the domes?

13    A.  Pointing to the domes in the parking lot

14  where they are built, he and I stood there.  And

15  it was a politically hot potato.  And that's when

16  we had the plans.  We had -- he had brought them.

17  We had determined that this is what we're going

18  to do.  We had already determined the cost.  And

19  then it was a three to two vote -- or we hadn't

20  voted on it.  That was the issue.  We were

21  getting ready to vote on whether to do it or not

22  do it.

23    Q.  To build the domes?

32

1    A.  To build the domes.  And he and I stood

2  in the parking lot and I said, Sheriff, is this

3  what you want?  And his precise words, he says, I

4  have to have it.  And I said, If it is in my

5  power, we'll have your jail annex right here.

6  And we were able to accomplish that.  I thought

7  it was visionary.  It wasn't a six-million-dollar

8  jail, but it met the needs for capacity and

9  quality that Geneva County, I felt, needed.

10    Now, the lifespan of those, you and I

11  won't ever see them gone as far as -- unless

12  somebody tears them down.  They'll outlive us.

13  And that took place.  That actually happened.

14    Q.  Thank you.

15

16    MR. HILL:  I have no questions of

17    this witness.

18

19    (END OF DEPOSITION)

20

21

22

23

1  STATE OF ALABAMA,

2  GENEVA COUNTY.

3           I, Lisa M. Bryan, Court Reporter and

4  Notary Public, State at Large, do hereby certify

5  that the foregoing transcript, pages 1 through

6  32, is a true and correct transcript of the

7  testimony, to the best of my ability and

8  understanding; and that the same was taken down

9  by me in stenographic shorthand, recorded

10  electronically, and transcribed by me personally

11  or under my direct supervision.

12           I further certify that I have no

13  interest in this matter, financial or otherwise,

14  or how it may develop or what its outcome may be.

15  I further certify that I am not of counsel for

16  any of the parties, nor am I related to counsel

17  or litigants or associated with anyone connected

18  with this cause to my knowledge.

19           WITNESS my hand this the 22nd day of

20  August, 2008.

21

22           _____

             Lisa M. Bryan, ACCR #140

23           My Commission Expires 12/09/09

# #

#140 [1] - 33:22

## '

'06 [2] - 10:13, 11:6
'64 [1] - 11:23
'65 [1] - 11:23
'95 [4] - 11:6, 12:1, 12:5, 14:23

## 1

1 [1] - 33:5
12/09/09 [1] - 33:23
15th [1] - 29:7
16th [2] - 15:23, 29:7
1964 [1] - 15:2, 29:9
1995 [2] - 28:12, 29:6
1:06-CV-233-WKW [1] - 1:7

## 2

200 [1] - 1:20
2005 [15] - 5:16, 5:18, 6:18, 6:20, 7:1, 8:3, 11:4, 15:10, 15:16, 19:17, 21:9, 21:10, 24:4, 28:8, 29:23
2006 [8] - 15:1, 15:19, 15:20, 15:23, 28:18, 29:7, 29:18
2008 [2] - 1:21, 33:20
203 [1] - 2:4
22nd [1] - 33:19
240909 [1] - 2:9
27 [1] - 18:5

## 3

32 [2] - 4:4, 33:6
36101 [1] - 2:9
36330 [2] - 2:5
3:15 [1] - 1:22

## 4

4 [1] - 18:5
42 [7] - 12:22, 13:11, 13:12, 30:6, 30:7, 30:9, 30:11

## 5

5 [1] - 4:4
52-bed [1] - 17:10
54 [1] - 30:15
5th [1] - 1:21

## 9

94 [1] - 30:15
96 [2] - 30:16, 30:17

## A

ability [1] - 33:7
able [3] - 9:20, 22:8, 32:6
absolutely [1] - 26:9
Absolutely [1] - 27:3
accepted [1] - 18:23
accepts [2] - 22:11, 22:13
access [1] - 13:20
accomplish [1] - 32:6
account [1] - 27:5
ACCR [1] - 33:22
act [1] - 3:6
actively [1] - 10:17
activities [1] - 27:19
added [1] - 13:2
addition [1] - 17:8
additional [1] - 31:5
address [1] - 18:18
addressed [4] - 8:23, 9:1, 12:18, 31:1
adequate [4] - 16:15, 16:16, 30:17, 30:20
ADKISON [2] - 1:16, 5:1
administrator [2] - 23:19, 24:3
advice [1] - 9:12
affairs [1] - 26:20
agency [1] - 17:5
agree [1] - 19:6
air [1] - 13:22
ALABAMA [2] - 1:2, 33:1
Alabama [5] - 1:21, 2:5, 2:9, 14:10, 14:14
alleged [1] - 11:3
alleges [1] - 5:14
allowed [1] - 15:13
alone [1] - 18:6
alternative [1] - 29:16
annex [3] - 14:16, 17:10, 32:5
answer [2] - 23:12, 30:14
anticipation [1] - 18:5
appeal [1] - 9:6
appeals [1] - 30:23
APPEARANCES [1] - 2:1
appreciate [1] - 6:9
apprise [1] - 27:20
approached [1] - 13:8
approve [1] - 25:1
architect [1] - 31:1
architects [1] - 17:12
area [2] - 18:2, 25:11
assertion [1] - 13:23
assigned [1] - 3:18
associated [3] - 24:21, 26:17, 33:17
assume [1] - 26:22
attest [1] - 12:20
August [1] - 1:21, 33:20
authority [4] - 26:6, 26:8, 26:9, 26:16
authorized [1] - 5:14
aware [2] - 8:16, 26:3

## B

bad [1] - 30:12
based [2] - 18:7, 29:20
basis [3] - 9:11, 9:15, 24:11
became [3] - 6:5, 27:1, 29:17
become [1] - 15:16
beginning [1] - 16:6
best [2] - 12:22, 33:7
between [1] - 3:3
Bless [1] - 22:18
board [1] - 22:7
Boaz [2] - 14:10, 14:12
Box [1] - 2:9
brand [1] - 29:10
break [2] - 30:10, 30:11
Brockton [1] - 7:21
brought [2] - 14:10, 31:16
Bryan [4] - 1:18, 3:5, 33:3, 33:22
build [2] - 31:23, 32:1
building [3] - 18:6, 29:15, 31:2
buildings [1] - 12:13
built [6] - 11:23, 15:2, 28:13, 29:10, 29:17, 31:14
business [2] - 8:12, 25:23
BY [2] - 5:11, 19:10

## C

cabinet [1] - 22:5
candidness [1] - 14:2
capacity [6] - 8:9, 8:10, 12:21, 29:13, 30:15, 30:17, 31:5, 32:8
care [1] - 20:18
carrying [1] - 14:7
case [1] - 30:11
CASE [1] - 1:7
cell [1] - 20:6
cells [3] - 14:20, 24:10, 27:13
center [2] - 18:3, 21:19
certain [7] - 5:14, 8:14, 18:17, 24:19, 25:19, 27:8
certified [1] - 3:9
certify [3] - 33:4, 33:12, 33:15
chair [1] - 5:23, 6:1
chairman [13] - 5:19, 6:12, 6:19, 8:1, 8:13, 10:11, 20:15, 20:19, 22:2, 26:5, 26:11, 29:13, 29:14
changes [1] - 20:5
charge [1] - 17:3
chief [1] - 10:18
circuit [1] - 22:9
Circuit [2] - 22:10, 22:12
circulation [1] - 22:16
circumstances [1] - 30:6
Civil [1] - 1:17
civilian [1] - 6:9
cleaned [1] - 14:20
cleared [1] - 15:21
clearly [1] - 8:19
clerk [2] - 22:9, 23:9
Coffee [2] - 20:20, 22:21
coming [3] - 12:1, 18:16, 19:19
comings [1] - 10:18
commended [1] - 14:9
Commerce [1] - 1:20
commission [25] - 3:8, 5:19, 6:1, 6:12, 9:5, 9:7, 9:8, 10:7, 10:19, 12:7, 13:4, 13:6, 13:8, 14:4, 16:14, 16:21, 18:18, 20:20, 24:19, 24:22, 26:11, 27:20, 29:21, 31:4
Commission [20] - 5:13, 5:23, 6:17, 6:20, 7:6, 8:1, 8:13, 9:2, 10:12, 14:12, 20:14, 20:16, 20:21, 21:1, 22:3, 23:16, 24:15, 25:7, 29:14, 33:23
COMMISSION [1] - 1:9
commissioner [2] - 3:7, 3:10
committee [1] - 5:22
community [1] - 12:8
compare [1] - 13:14
compiled [1] - 8:11
concerned [2] - 25:18, 27:12
concerning [3] - 7:13, 20:5, 21:10
conclusion [1] - 19:5
condition [7] - 11:16, 11:19, 12:3, 13:2, 13:21, 28:1
conditioning [1] - 13:22
conditions [4] - 12:18, 13:19, 13:20
Conecuh [1] - 14:7
congruent [1] - 31:3
connected [1] - 33:17
connection [1] - 19:12
consideration [1] - 18:15
considered [1] - 29:12
considering [1] - 29:15
constructed [1] - 28:19
construction [2] - 17:9, 17:13
contiguous [1] - 31:3
continuing [1] - 16:8
contract [1] - 17:9

1

convenes [2] - 21:14, 22:12
copy [1] - 23:7
correct [16] - 6:1, 6:2, 7:17, 11:12, 11:13, 15:8, 17:6, 17:18, 17:21, 18:9, 18:13, 18:23, 22:19, 22:20, 25:21, 33:6
cost [1] - 31:18
Counsel [1] - 3:3
counsel [2] - 33:15, 33:16
count [2] - 28:1, 28:10
counties [1] - 13:17
COUNTY [2] - 1:8, 33:2
county [15] - 10:7, 10:19, 12:7, 12:15, 16:14, 16:21, 17:19, 18:3, 18:15, 21:15, 21:17, 23:19, 24:3, 24:19, 26:5
County [35] - 1:19, 5:12, 5:15, 5:21, 6:17, 6:19, 7:1, 7:6, 8:1, 8:2, 8:12, 9:2, 10:11, 10:20, 11:4, 12:10, 14:7, 14:11, 20:14, 20:16, 20:20, 21:1, 22:3, 22:15, 22:16, 22:21, 23:15, 24:10, 24:15, 25:6, 28:3, 28:5, 29:14, 29:23, 32:9
course [2] - 6:8, 8:12
COURT [2] - 1:1, 5:5
Court [6] - 1:18, 3:5, 3:16, 22:10, 22:12, 33:3
courthouse [10] - 7:10, 10:22, 11:11, 11:22, 12:2, 12:3, 12:11, 21:14, 21:18, 23:5
Courthouse [1] - 1:20
courtroom [2] - 11:11, 12:5
current [1] - 18:10
Current [1] - 18:12
cut [1] - 29:1

**D**

days [1] - 7:21
decisions [2] - 20:3, 20:5
declaring [1] - 14:5
DEFENDANTS [1] - 2:7
Defendants [1] - 1:11
define [1] - 16:15
definition [2] - 13:18, 18:20
Defuniak [1] - 14:4
demarkation [1] - 30:7
Dennis [3] - 5:13, 6:21, 7:6
DENNIS [1] - 1:5
department [1] - 21:19
DEPOSITION [1] - 32:19
deposition [7] - 1:16, 3:4, 3:8, 3:13, 3:15, 4:8, 6:8
describe [1] - 19:8
designate [1] - 8:6
designated [1] - 8:10
designed [1] - 17:12
details [1] - 7:5

deterioration [1] - 12:17
determined [2] - 31:17, 31:18
develop [1] - 33:14
different [4] - 13:3, 13:17, 13:21, 21:19
difficulty [1] - 28:2
direct [1] - 33:11
DIRECT [1] - 5:10
directive [1] - 22:11
discussing [1] - 24:13
dismissed [1] - 24:1
disrespect [1] - 6:10
DISTRICT [2] - 1:1, 1:2
DIVISION [1] - 1:3
divulge [1] - 27:18
dollar [1] - 32:7
dome [2] - 28:4, 29:16
domes [11] - 15:6, 15:9, 15:15, 17:10, 28:13, 30:10, 31:7, 31:12, 31:13, 31:23, 32:1
Domes [2] - 14:14, 14:15
Donna [1] - 23:23
door [1] - 31:11
down [7] - 3:9, 9:21, 18:5, 24:12, 24:23, 32:12, 33:8
downsizing [1] - 26:23
downstairs [1] - 19:13
dual [1] - 16:23
duly [1] - 5:2
during [5] - 6:8, 6:17, 21:9, 29:5, 29:6
duties [1] - 10:11
dynamics [1] - 30:22

**E**

early [1] - 12:23
Edwards [1] - 2:5
efficient [1] - 12:16
effort [1] - 16:8
either [3] - 3:13, 3:14, 7:12
electrical [1] - 14:18
electronically [1] - 33:10
elsewhere [1] - 13:14
END [1] - 32:19
enhance [1] - 27:22
entered [1] - 17:8
Enterprise [2] - 2:5, 17:17
entertained [1] - 17:11
entire [1] - 12:2
equipment [1] - 12:14
essentially [1] - 16:20
event [1] - 27:1
evidence [1] - 3:16
exactly [2] - 8:4, 8:9
EXAMINATION [2] - 4:3, 5:10
examined [1] - 5:2
exceeded [1] - 12:23
Except [1] - 3:11
exception [1] - 12:21

exclusive [1] - 21:16
Excuse [1] - 29:4
executive [1] - 10:18
EXHIBITS [1] - 4:6
exhibits [1] - 4:7
exist [1] - 15:2
existed [2] - 13:3, 28:11
existence [2] - 15:9, 21:4
existing [3] - 17:11, 29:7, 31:3
expanding [1] - 28:22
expenses [1] - 9:14
experiencing [2] - 10:21, 28:2
Expires [1] - 33:23
exposure [1] - 12:1
extent [1] - 19:4

**F**

facilities [4] - 14:19, 16:9, 21:16, 21:17
facility [5] - 12:11, 14:5, 14:15, 15:14, 17:10, 31:2
fact [4] - 17:15, 28:22, 29:12, 29:15
factor [2] - 11:20, 16:3
familiar [4] - 7:5, 11:5, 11:8, 11:9
far [3] - 10:21, 11:15, 32:11
farm [2] - 18:3, 21:18
fashion [1] - 12:20
favor [1] - 14:3
favorable [2] - 12:20, 13:9
February [1] - 5:16, 6:17, 6:20, 7:1, 8:3, 15:10, 19:16, 21:9, 21:10, 24:4
Federal [1] - 1:17
feeding [1] - 13:19
felt [2] - 31:4, 32:9
few [1] - 13:7
fighting [2] - 24:9, 24:23
fights [1] - 24:13
file [3] - 5:14, 21:23, 22:5
final [2] - 15:22, 28:20
financial [1] - 33:13
financing [1] - 9:13
finish [1] - 28:23
finished [1] - 29:2
first [5] - 5:2, 12:1, 14:11, 14:13, 15:1
Five [1] - 30:19
flowing [1] - 12:15
follows [1] - 5:3
FOR [2] - 2:3, 2:7
foregoing [1] - 33:5
form [3] - 3:11, 27:15, 30:2
formal [1] - 3:7
forward [1] - 12:6
frame [2] - 11:23, 21:11
friendly [1] - 12:12
full [2] - 23:7, 23:10
function [2] - 16:23, 22:10

functional [2] - 12:12, 12:16
functionality [2] - 15:1, 29:9
functions [1] - 21:15
fund [1] - 24:19
funding [11] - 9:13, 13:5, 16:14, 16:21, 17:3, 17:5, 19:22, 24:16, 24:18, 25:1, 25:2
future [3] - 18:10, 18:12, 30:13

**G**

gather [2] - 9:1, 30:17
general [3] - 19:3, 21:11, 22:15
GENEVA [2] - 1:8, 33:2
Geneva [33] - 1:19, 1:20, 5:12, 5:15, 5:21, 6:17, 6:19, 7:1, 7:6, 8:1, 8:2, 8:12, 9:2, 10:11, 10:20, 11:4, 12:9, 14:11, 20:14, 20:16, 21:1, 22:2, 22:14, 22:16, 23:15, 24:10, 24:15, 25:6, 28:3, 28:5, 29:14, 29:23, 32:9
goings [1] - 10:18
grand [13] - 8:7, 11:18, 21:3, 21:7, 21:13, 22:4, 22:11, 23:8, 23:10, 23:17, 26:18, 27:7, 27:9
Greg [1] - 19:21
GREG [1] - 1:10
grounds [1] - 3:17
growth [1] - 18:15

**H**

half [2] - 10:15, 10:16
halls [1] - 7:10
hand [1] - 33:19
handle [1] - 26:20
hard [1] - 6:13
HARRY [1] - 1:16, 5:1
Harry [5] - 6:4, 6:6, 10:9, 20:4, 28:3
head [2] - 28:1, 28:10
health [1] - 21:19
hear [1] - 26:2
heard [1] - 13:15
hearing [1] - 26:2
Hearsay [1] - 7:8
hearsay [1] - 13:15
hereby [1] - 33:4
hiding [1] - 10:2
higher [1] - 29:8
highway [1] - 17:20
Highway [2] - 18:4, 18:5
HILL [6] - 5:8, 19:3, 27:15, 28:7, 30:2, 32:16
Hill [1] - 2:8
himself [1] - 14:6

Historically [1] - 11:22
history [1] - 11:5
Honorable [2] - 2:4, 2:8
hot [1] - 31:15
housing [1] - 14:7

## I

improved [1] - 16:9
improvements [1] - 12:4
IN [1] - 1:1
incarcerated [3] - 19:16, 27:5, 27:10
incident [1] - 31:9
incidentally [1] - 7:12
include [1] - 15:15
including [1] - 11:23
independent [2] - 7:15, 11:1
index [1] - 23:2
INDEX [1] - 4:1
indexing [1] - 23:3
indicate [1] - 29:21
indicates [1] - 21:4
individually [1] - 9:21
information [1] - 27:18
inmate [1] - 6:23
inmates [8] - 14:7, 18:16, 19:16, 20:6, 24:9, 24:23, 25:7, 27:5
inspect [1] - 21:15
inspected [1] - 27:9
inspection [2] - 15:23, 28:20
inspections [2] - 21:2, 21:6
intact [1] - 23:21
interest [1] - 33:13
International [2] - 14:14, 14:15
interposed [1] - 3:14
involved [2] - 7:13, 10:17
issuance [1] - 3:7
issue [1] - 31:20
issued [1] - 23:13
itself [1] - 13:2

## J

jail [48] - 8:15, 10:17, 11:6, 11:10, 11:15, 11:16, 11:19, 11:23, 12:21, 13:19, 13:21, 14:16, 14:20, 14:22, 15:2, 15:14, 16:11, 16:12, 16:13, 17:1, 17:11, 17:22, 18:6, 19:13, 19:20, 20:11, 20:17, 20:18, 21:3, 21:16, 21:20, 24:14, 24:17, 26:3, 26:7, 26:10, 26:12, 27:1, 27:10, 27:19, 28:4, 28:11, 28:23, 29:8, 29:16, 31:4, 32:5, 32:8
Jail [7] - 5:15, 7:1, 8:2, 10:20, 12:20, 24:10, 29:23
jails [1] - 17:13

January [5] - 10:13, 15:20, 15:23, 28:12, 29:7
job [1] - 27:12
Joe [1] - 6:15
Jones [1] - 23:23
Joseph [1] - 2:4
Jr [1] - 2:4
judge [7] - 5:16, 5:18, 5:22, 6:5, 6:11, 26:5, 26:10
Judge [1] - 22:12
jurisdiction [1] - 20:12
jury [13] - 8:7, 11:18, 21:3, 21:7, 21:14, 22:4, 22:11, 23:8, 23:10, 23:17, 26:18, 27:7, 27:9

## K

keep [1] - 27:5
kept [2] - 21:23, 23:20
knowledge [8] - 7:23, 9:23, 10:3, 11:1, 25:12, 33:18
known [2] - 6:3, 7:20

## L

Large [3] - 1:19, 3:6, 33:4
last [2] - 16:1, 22:6
lawsuit [2] - 7:13, 7:14
lawyer [1] - 15:4
left [8] - 15:18, 15:22, 16:7, 22:6, 26:15, 28:15, 28:17, 28:21
legal [3] - 19:5, 26:6, 26:9
less [3] - 8:8, 30:6, 30:9
level [3] - 13:16, 16:15, 29:8
lies [1] - 20:13
lifespan [1] - 32:10
Lisa [4] - 1:18, 3:5, 33:3, 33:22
litigants [1] - 33:17
live [1] - 22:22
locate [3] - 9:21, 23:4, 23:9
look [4] - 12:5, 14:4, 16:18, 30:13
looked [3] - 18:1, 18:4, 18:5

## M

maintenance [1] - 20:17
manager [5] - 16:11, 16:12, 17:5, 19:20, 20:11
manages [1] - 16:23
managing [1] - 24:17
MARKED [1] - 4:6
marked [1] - 4:7
match [1] - 17:4
matter [3] - 9:19, 17:15, 33:13
mean [2] - 7:20, 10:21
meaning [1] - 20:3

meet [2] - 27:21, 28:5
meetings [3] - 9:6, 9:16, 10:8
mention [1] - 7:12
mentioned [2] - 17:16, 28:11
met [2] - 27:9, 32:8
MIDDLE [1] - 1:2
might [4] - 10:4, 11:20, 24:13, 28:2
million [1] - 32:7
mind [1] - 6:5
minded [1] - 25:22
minutes [4] - 9:5, 9:16, 10:6, 10:7
mistaken [2] - 7:9, 7:11
money [1] - 25:18
monitor [1] - 19:19
Montgomery [1] - 2:9
month [1] - 26:7
most [2] - 13:6, 26:1
movement [1] - 25:13
MR [11] - 5:7, 5:8, 5:11, 19:3, 19:6, 19:10, 27:15, 28:7, 28:8, 30:2, 32:16
must [1] - 26:20

## N

named [1] - 5:12
namely [1] - 19:20
nature [2] - 31:6, 31:7
need [14] - 3:12, 9:12, 9:13, 13:5, 13:6, 14:6, 18:10, 25:1, 30:10, 30:12, 30:14
needed [3] - 28:4, 31:5, 32:9
needs [6] - 18:11, 18:12, 24:18, 27:20, 28:5, 32:8
never [4] - 15:21, 15:22, 26:12, 29:2
new [4] - 17:22, 28:4, 29:10, 29:16
New [1] - 7:21
next [1] - 5:21
NO [1] - 1:7
nobody [2] - 9:22, 10:3
None [1] - 25:17
north [1] - 17:16
North [1] - 1:20
Notary [3] - 1:18, 3:6, 33:4
nothing [3] - 25:8, 26:21, 26:22
Nothing [1] - 25:14
notice [1] - 1:22
notified [1] - 24:6
notify [1] - 27:12
number [4] - 6:12, 18:16, 20:6, 27:10

## O

Object [2] - 27:15, 30:2
objection [2] - 3:18, 19:4
objections [3] - 3:11, 3:12, 3:14
observation [1] - 11:17
observe [1] - 21:17
occupancy [9] - 8:6, 8:8, 15:12, 15:16, 15:21, 15:23, 28:20, 29:18, 30:18
occupancy-ready [1] - 29:18
occupancy-wise [1] - 15:16
occupied [2] - 15:17, 28:13
occurred [4] - 5:15, 15:11, 24:14, 28:15
occurrence [1] - 15:10
occurring [1] - 11:4
OF [3] - 1:2, 32:19, 33:1
offended [1] - 6:6
Office [1] - 2:8
office [4] - 10:22, 13:1, 19:21, 22:1
officer [1] - 10:18
offices [1] - 26:6
official [4] - 24:11, 24:12, 24:21, 25:16
onboard [1] - 12:2
once [1] - 26:7
one [4] - 14:3, 18:5, 21:14, 21:20
ongoing [2] - 16:7, 21:13
operations [1] - 26:4
opinion [3] - 8:15, 11:14, 20:9
order [1] - 24:18
organization [1] - 24:8
otherwise [1] - 33:13
outcome [1] - 33:14
outlive [1] - 32:12
outside [1] - 31:10
overcrowded [3] - 8:3, 27:1, 27:2
overcrowding [15] - 10:21, 11:3, 13:10, 13:12, 13:16, 13:17, 13:18, 14:1, 16:3, 18:17, 18:20, 19:5, 19:11, 29:22, 30:8
oversaw [1] - 17:12
oversee [1] - 25:7
own [1] - 25:22
owned [1] - 17:19
owns [1] - 18:3

## P

p.m [1] - 1:22
PAGE [1] - 4:3
pages [1] - 33:5
painted [1] - 14:20
paper [2] - 22:15, 22:23

parcel [1] - 18:4
parking [3] - 31:2, 31:13, 32:2
part [3] - 9:5, 13:6, 26:1
participants [1] - 12:8
particular [1] - 31:9
particularly [2] - 12:10, 20:15
parties [3] - 3:4, 27:19, 33:16
parts [1] - 13:21
party [3] - 3:14, 3:15, 27:12
passed [1] - 15:22
people [4] - 12:12, 13:2, 19:12, 27:10
people-friendly [1] - 12:12
per [1] - 26:7
period [3] - 15:12, 21:10, 29:6
personal [1] - 11:17
personally [2] - 31:8, 33:10
phrase [1] - 16:2
place [7] - 14:13, 14:23, 22:22, 23:9, 25:8, 32:13
Plaintiff [1] - 1:6
PLAINTIFF [1] - 2:3
plan [1] - 20:7
plans [2] - 14:11, 31:16
playing [1] - 30:22
plumbing [2] - 13:20, 14:18
point [2] - 23:11, 30:7
pointing [2] - 17:16, 31:12
Pointing [1] - 31:13
policy [1] - 20:5
politically [1] - 31:15
population [1] - 27:13
position [3] - 6:16, 20:3, 27:23
possesses [1] - 23:12
possession [2] - 22:4, 22:7
Post [1] - 2:8
potato [1] - 31:15
power [1] - 32:5
practicing [1] - 15:3
pre [1] - 29:7
pre-existing [1] - 29:7
precise [1] - 32:3
present [1] - 22:2
pretty [1] - 25:22
prisoners [1] - 20:18
probate [7] - 5:16, 5:18, 5:22, 6:5, 6:11, 26:4, 26:10
problem [3] - 10:20, 29:22, 30:4
problems [1] - 24:9
Procedure [1] - 1:17
property [2] - 17:19, 18:4
proposals [2] - 17:11, 18:14
proposed [1] - 17:22
prospects [1] - 31:1
Public [3] - 1:19, 3:6, 33:4
public [2] - 9:18, 9:20
published [1] - 22:23

pursuant [3] - 1:17, 1:22, 22:11
put [1] - 23:8

**Q**

qualify [3] - 9:4, 27:23, 30:4
quality [2] - 12:15, 32:9
questions [3] - 3:12, 32:16
quite [1] - 12:19
Quite [1] - 8:19

**R**

reached [2] - 17:20, 29:5
read [1] - 3:15
reading [2] - 3:19, 23:10
ready [3] - 28:19, 29:18, 31:21
really [1] - 13:11
Reaper [1] - 22:15
reason [3] - 13:13, 22:9, 23:3
recognize [1] - 7:2
recognized [1] - 19:1
recollect [1] - 11:17
recollection [3] - 7:15, 12:22, 24:20
recommendations [3] - 8:14, 18:7, 29:20
record [3] - 9:18, 9:20, 23:16
recorded [1] - 33:9
records [5] - 8:16, 8:22, 9:4, 10:4, 23:20
regard [4] - 8:15, 20:4, 21:5, 23:18
regarding [1] - 27:13
regular [3] - 8:12, 9:11, 9:15
regularly [1] - 9:7
related [1] - 33:16
relative [1] - 8:9
relief [1] - 14:6
remember [6] - 8:8, 10:19, 15:3, 15:6, 24:20, 25:3
report [6] - 11:18, 22:13, 23:8, 26:7, 26:11, 26:12
REPORTER [1] - 5:5
Reporter [3] - 1:18, 3:5, 33:3
reports [14] - 8:5, 8:7, 8:11, 9:8, 11:18, 21:3, 21:7, 21:22, 22:3, 22:22, 23:10, 23:17, 27:7, 27:8
represent [1] - 6:23
request [3] - 25:1, 25:2
requests [8] - 9:8, 13:4, 13:5, 19:19, 19:22, 24:18, 25:19, 27:23
required [2] - 26:9, 29:11
requirements [1] - 17:4

resources [4] - 12:9, 12:10, 12:15, 13:14
responded [3] - 12:19, 13:7, 13:23
response [3] - 13:3, 13:9, 30:21
responsibilities [1] - 20:10
responsibility [17] - 16:13, 16:21, 20:19, 20:22, 20:23, 25:5, 25:6, 25:11, 25:12, 25:14, 25:16, 25:20, 26:16, 26:23, 27:4, 27:18, 27:22
responsible [4] - 16:14, 20:17, 24:16, 24:17
results [1] - 21:6
reversion [1] - 30:5
Richard [1] - 2:8
Roanoke [1] - 14:13
room [2] - 14:9, 19:12
Rudd [3] - 5:13, 6:21, 7:6
RUDD [1] - 1:5
ruled [1] - 3:16
Rules [1] - 1:17

**S**

safety [1] - 20:6
saw [1] - 7:3
Sawyer [2] - 2:4, 4:4
SAWYER [5] - 5:7, 5:11, 19:6, 19:10, 28:8
see [5] - 7:9, 9:21, 12:5, 27:17, 32:11
separate [1] - 26:6
service [1] - 12:15
services [1] - 12:13
set [3] - 14:11, 23:7, 26:17
several [3] - 10:9, 10:14, 17:12
shall [1] - 3:16
Sheriff [5] - 7:7, 9:10, 11:2, 19:20, 32:2
sheriff [23] - 8:14, 9:9, 11:18, 12:8, 13:4, 13:8, 14:3, 16:10, 16:12, 16:13, 18:8, 20:10, 24:7, 24:12, 24:16, 24:20, 24:21, 26:15, 26:19, 29:21, 30:22, 31:4, 31:7
SHERIFF [1] - 1:10
sheriff's [6] - 20:21, 20:23, 21:5, 24:7, 27:4, 27:12
shorthand [1] - 33:9
sic [1] - 20:20
signing [1] - 3:20
site [1] - 17:22
sites [1] - 18:2
situated [1] - 11:10
situation [4] - 9:11, 11:3, 29:17, 30:5
situations [1] - 18:17
six [1] - 32:7
six-million-dollar [1] - 32:7
somewhat [1] - 11:7

source [1] - 23:4
South [1] - 2:5
SOUTHERN [1] - 1:3
space [1] - 30:12
specific [1] - 31:9
specifications [1] - 29:10
specifics [1] - 8:5
spot [1] - 17:15
Springs [1] - 14:4
stand [3] - 18:6, 20:4
stand-alone [1] - 18:6
standard [1] - 8:10
starting [1] - 23:11
State [3] - 1:19, 3:6, 33:4
state [2] - 12:8, 13:16
STATE [1] - 33:1
STATES [1] - 1:1
status [2] - 7:14, 12:12
statute [2] - 20:12, 26:17
stenographic [1] - 33:9
stenographically [1] - 3:9
still [1] - 23:21
stipulated [1] - 3:3
STIPULATION [1] - 3:1
stipulations [1] - 5:6
stood [3] - 31:10, 31:14, 32:1
storage [1] - 14:19
Street [2] - 1:20, 2:5
submitted [1] - 23:17
subpoena [3] - 8:21, 8:23
sufficient [1] - 28:5
suggesting [1] - 9:23
suit [1] - 5:13
supervision [1] - 33:11
supply [1] - 14:21
sworn [1] - 5:2
system [1] - 23:3

**T**

tears [1] - 32:12
temporary [1] - 14:5
tenure [1] - 29:6
term [3] - 12:23, 19:4, 19:11
testified [2] - 5:3, 16:10
testimony [4] - 11:21, 26:22, 27:11, 33:7
THE [3] - 1:1, 2:3, 2:7
thinking [1] - 9:15
thoughts [1] - 21:5
three [3] - 17:14, 18:2, 31:19
throughout [1] - 18:2
ties [1] - 28:10
to-wit [1] - 5:3
today [1] - 8:21
took [4] - 14:3, 14:22, 18:14, 32:13
towards [2] - 6:11, 17:17
transcribed [2] - 3:9, 33:10
transcript [2] - 33:5, 33:6
transfers [1] - 25:7

transformation [1] - 14:22
trial [1] - 3:17
trick [1] - 16:22
tried [1] - 18:17
true [3] - 16:5, 18:19, 33:6
trying [2] - 17:4, 23:4
turned [1] - 31:6
two [3] - 17:14, 18:1, 31:19
types [1] - 14:21

## U

ultimately [1] - 14:17
under [3] - 13:12, 20:10, 33:11
undercrowding [3] - 13:13, 16:2, 30:8
underneath [1] - 11:11
undertook [2] - 12:6, 12:9
unit [1] - 21:16
UNITED [1] - 1:1
units [1] - 21:20
Unless [1] - 25:18
unless [1] - 32:11
unoccupied [1] - 15:11
unofficially [1] - 8:20
up [4] - 10:10, 14:17, 17:4, 18:4
upgrade [2] - 12:9, 28:14
upgraded [6] - 14:18, 14:19, 14:21, 28:12, 29:8
upgrading [1] - 14:17
usual [1] - 5:6

## V

version [1] - 11:14
versus [1] - 7:6
visionary [1] - 32:7
visit [3] - 26:6, 26:10, 26:12
vote [2] - 31:19, 31:21
voted [1] - 31:20
VS [1] - 1:7

## W

waive [1] - 3:19
Ward [4] - 7:7, 9:10, 11:2, 19:21
WARD [1] - 1:10
water [1] - 14:21
wise [1] - 15:16
wishes [1] - 3:19
wit [1] - 5:3
WITNESS [1] - 33:19
witness [2] - 3:19, 32:17
word [2] - 18:22, 19:8
words [1] - 32:3
wound [1] - 14:17

## Y

year [2] - 10:15, 10:16
year-and-a-half [2] - 10:15, 10:16
years [7] - 6:3, 6:12, 10:10, 10:14, 17:14, 30:19

## Z

Zero [1] - 25:17

**Exhibit C**
**Jail Capacity Log**

| JAIL CAPACITY | TOTAL | FEMALE | MALE |
|---|---|---|---|
| | 42 | 4 | 38 |

| INMATES HOUSED IN GENEVA CO JAIL WEEK ENDING | TOTAL | FEMALE | MALE |
|---|---|---|---|
| **YEAR 2001** | | | |
| 11/9/2001 | 24 | 2 | 22 |
| 11/24/2001 | 34 | 1 | 33 |
| 11/30/2001 | 40 | 3 | 37 |
| 12/7/2001 | 34 | 2 | 32 |
| 12/14/2001 | 30 | 2 | 28 |
| 12/21/2001 | 39 | 2 | 37 |
| 12/28/2001 | 33 | 3 | 30 |
| | | | |
| **YEAR 2002** | | | |
| 1/4/2002 | 35 | 3 | 32 |
| 1/11/2002 | 31 | 3 | 28 |
| 1/18/2002 | 30 | 3 | 27 |
| 1/25/2002 | 37 | 7 | 30 |
| 2/1/2002 | 30 | 3 | 27 |
| 2/8/2002 | 23 | 2 | 21 |
| 2/15/2002 | 16 | 1 | 15 |
| 2/22/2002 | 29 | 4 | 25 |
| 3/1/2002 | 24 | 1 | 23 |
| 3/8/2002 | 26 | 1 | 25 |
| 3/15/2002 | 28 | 2 | 26 |
| 3/22/2002 | 34 | 3 | 31 |
| 3/29/2002 | 36 | 4 | 32 |
| 4/5/2002 | 33 | 2 | 31 |
| 4/12/2002 | 35 | 3 | 32 |
| 4/19/2002 | 38 | 4 | 34 |
| 4/26/2002 | 35 | 5 | 30 |
| 5/3/2002 | 35 | 3 | 32 |
| 5/10/2002 | 31 | 1 | 30 |
| 5/17/2002 | 33 | 2 | 31 |
| 5/24/2002 | 31 | 2 | 29 |
| 5/31/2002 | 31 | 2 | 29 |
| 6/7/2002 | 34 | 2 | 32 |
| 6/14/2002 | 37 | 2 | 35 |
| 6/21/2002 | 39 | 3 | 36 |
| 6/28/2002 | 34 | 3 | 31 |
| 7/5/2002 | 32 | 2 | 30 |
| 7/12/2002 | 35 | 2 | 33 |
| 7/26/2002 | 43 | 3 | 40 |
| 8/2/2002 | 41 | 3 | 37 |
| 8/9/2002 | 44 | 4 | 40 |
| 8/16/2002 | 35 | 2 | 33 |
| 8/23/2002 | 38 | 3 | 35 |
| 8/30/2002 | 40 | 3 | 37 |
| 9/6/2002 | 46 | 5 | 41 |
| 9/13/2002 | 49 | 6 | 43 |
| 9/20/2002 | 49 | 6 | 43 |
| 9/27/2002 | 45 | 7 | 38 |
| 10/2/2002 | 42 | 6 | 36 |
| 10/11/2002 | 37 | 7 | 30 |
| 10/18/2002 | 43 | 8 | 35 |

| JAIL CAPACITY | TOTAL | FEMALE | MALE |
|---|---|---|---|
| | 42 | 4 | 38 |
| | | | |
| INMATES HOUSED | | | |
| IN GENEVA CO JAIL | TOTAL | FEMALE | MALE |
| WEEK ENDING | | | |
| 2002 CONTINUED | | | |
| 10/25/2002 | 40 | 7 | 33 |
| 11/1/2002 | 47 | 10 | 37 |
| 11/8/2002 | 34 | 3 | 31 |
| 11/15/2002 | 44 | 4 | 40 |
| 11/22/2002 | 46 | 5 | 41 |
| 11/29/2002 | 42 | 4 | 38 |
| 12/6/2002 | 43 | 7 | 36 |
| 12/13/2002 | 47 | 8 | 39 |
| 12/20/2002 | 45 | 7 | 38 |
| | | | |
| YEAR 2003 | | | |
| 1/3/2003 | 46 | 6 | 40 |
| 1/10/2003 | 42 | 4 | 38 |
| 1/17/2003 | 45 | 5 | 40 |
| 1/24/2003 | 42 | 4 | 38 |
| 1/31/2003 | 37 | 3 | 34 |
| 2/7/2003 | 37 | 5 | 32 |
| 2/14/2003 | 38 | 6 | 32 |
| 2/21/2003 | 42 | 6 | 36 |
| 3/7/2003 | 42 | 2 | 40 |
| 3/14/2003 | 42 | 4 | 38 |
| 3/21/2003 | 45 | 5 | 40 |
| 3/28/2003 | 33 | 0 | 33 |
| 4/4/2003 | 32 | 1 | 31 |
| 4/11/2003 | 36 | 2 | 34 |
| 4/18/2003 | 38 | 4 | 34 |
| 4/25/2003 | 39 | 2 | 37 |
| 5/7/2003 | 39 | 32 | 37 |
| 5/9/2003 | 44 | 5 | 39 |
| 5/16/2003 | 47 | 3 | 44 |
| 5/23/2003 | 40 | 2 | 38 |
| 6/6/2003 | 41 | 5 | 36 |
| 6/13/2003 | 44 | 8 | 36 |
| 6/20/2003 | 48 | 5 | 43 |
| 6/27/2003 | 47 | 6 | 41 |
| 6/3/2003 | 48 | 6 | 42 |
| 7/10/2003 | 47 | 6 | 41 |
| 7/17/2003 | 44 | 5 | 39 |
| 7/25/2003 | 41 | 3 | 38 |
| 8/1/2003 | 44 | 4 | 40 |
| 8/8/2003 | 44 | 6 | 38 |
| 8/15/2003 | 36 | 5 | 31 |
| 8/22/2003 | 38 | 5 | 33 |
| 8/29/2003 | 38 | 4 | 34 |
| 9/5/2003 | 35 | 7 | 28 |
| 9/12/2003 | 37 | 6 | 31 |
| 9/19/2003 | 47 | 6 | 41 |
| 9/26/2006 | 38 | 5 | 33 |
| 10/3/2003 | 37 | 4 | 33 |
| 10/10/2003 | 33 | 4 | 29 |

| JAIL CAPACITY | TOTAL | FEMALE | MALE | |
|---|---|---|---|---|
| | 42 | 4 | 38 | |
| | | | | |
| INMATES HOUSED | | | | |
| IN GENEVA CO JAIL | TOTAL | FEMALE | MALE | |
| WEEK ENDING | | | | |
| 2003 CONTINUED | | | | |
| 10/17/2003 | 36 | 5 | 31 | |
| 10/31/2003 | 43 | 7 | 36 | |
| 11/7/2003 | 45 | 10 | 35 | 5 ADDITIONAL JAILED IN OTHER COUNTIES |
| 11/14/2003 | 49 | 12 | 37 | 3 ADD.HOUSED IN OTHER CO. |
| 11/21/2003 | 50 | 8 | 42 | 2 ADD HOUSED IN OTHER CO |
| 12/5/2003 | 47 | 8 | 39 | 2 ADD HOUSED IN OTHER CO |
| 12/12/2003 | 43 | 8 | 35 | 2 ADD HOUSED IN OTHER CO |
| 12/19/2003 | 44 | 6 | 38 | 3 ADD HOUSED IN OTHER CO |
| | | | | |
| YEAR 2004 | | | | |
| 1/9/2004 | (47).... 45 | 7 | 38 | 2 ADD HOUSED IN OTHER CO |
| 1/16/2004 | (49).....46 | 5 | 41 | 3 ADD HOUSED IN OTHER CO |
| 1/23/2004 | 40 | 5 | 35 | |
| 1/30/2004 | 42 | 5 | 37 | |
| 2/6/2004 | 32 | 4 | 28 | |
| 2/13/2004 | 33 | 6 | 27 | |
| 2/20/2004 | 29 | 4 | 25 | |
| 2/27/2004 | CLOSED | | | TRUSTEES ONLY- JAIL BEING REPAIRED |
| 3/5/2004 | CLOSED | | | ALL IN OTHER COUNTIES |
| 3/11/2004 | CLOSED | | | ALL IN OTHER COUNTIES |
| JAIL BEING REPAIRED | | | | |
| | | | | |
| 5/7/2004 | 53 | 3 | 50 | |
| 5/17/2004 | 48 | 5 | 43 | |
| 5/21/2004 | 43 | 0 | 43 | ( )    (INCLUDES INMATES |
| 5/28/2004 | 50 | 2 | 48 | HOUSED IN OTHER |
| 6/4/2004 | 45 | 0 | 45 | COUNTIES) |
| 6/11/2004 | 55 | 2 | 53 | |
| 6/18/2004 | 53 | 2 | 51 | |
| 6/25/2004 | 51 | 3 | 48 | |
| 7/2/2004 | (59)......47 | 7 | 40 | 12 IN OTHER COUNTIES |
| 7/9/2004 | (46)......35 | 5 | 30 | 11 IN OTHER COUNTIES |
| 7/9/2004 | (45)......35 | 5 | 30 | 10 IN OTHER COUNTIES |
| 7/23/2004 | (57)......48 | 8 | 40 | 9 IN OTHER COUNTIES |
| 7/30/2004 | (58)......49 | 6 | 43 | 9 IN OTHER COUNTIES |
| 8/6/2004 | (58)......46 | 7 | 39 | 12 IN OTHER COUNTIES |
| 8/13/2004 | (60)......47 | 5 | 42 | 13 IN OTHER COUNTIES |
| 8/20/2004 | (62)......49 | 6 | 43 | 13 IN OTHER COUNTIES |
| 8/27/2004 | (52)......42 | 3 | 39 | 10 IN OTHER COUNTIES |
| 9/3/2004 | (62)......52 | 5 | 47 | 10 IN OTHER COUNTIES |
| 9/10/2004 | (73)......63 | 4 | 59 | 10 IN OTHER COUNTIES |
| 9/17/2004 | (64)......57 | 4 | 53 | 7 IN OTHER COUNTIES |
| 9/24/2004 | (59)......51 | 4 | 47 | 8 IN OTHER COUNTIES |
| 10/1/1984 | (56)......46 | 6 | 40 | 10 IN OTHER COUNTIES |
| 10/8/2004 | (52)......53 | 4 | 39 | 9 IN OTHER COUNTIES |
| 10/15/2004 | (57)......49 | 5 | 44 | 8 IN OTHER COUNTIES |
| 10/29/2004 | (60)......52 | 8 | 44 | 8 IN OTHER COUNTIES |
| 11/5/2004 | (55)......47 | 6 | 41 | 8 IN OTHER COUNTIES |
| 11/12/2004 | (65)......56 | 5 | 51 | 9 IN OTHER COUNTIES |
| 11/19/2004 | (56)......47 | 2 | 45 | 9 IN OTHER COUNTIES |
| 12/17/2004 | (66)......57 | 8 | 49 | 9 IN OTHER COUNTIES |

| JAIL CAPACITY | TOTAL | FEMALE | MALE | |
|---|---|---|---|---|
| | 42 | 4 | 38 | |
| | | | | |
| INMATES HOUSED | | | | |
| IN GENEVA CO JAIL | TOTAL | FEMALE | MALE | |
| WEEK ENDING | | | | ( ) INCLUDING THOSE HOUSED |
| | | | | IN OTHER COUNTIES |
| YEAR 2005 | | | | |
| 1/14/2005 | (60)......51 | 6 | 45 | 9 IN OTHER COUNTIES |
| 1/21/2005 | (51).....42 | 5 | 37 | 9 IN OTHER COUNTIES |
| 1/27/2005 | (54).....49 | 6 | 43 | 5 IN OTHER COUNTIES |
| 2/4/2005 | (49......43 | 5 | 38 | 5 IN OTHER COUNTIES |
| 2/11/2005 | (52).....45 | 4 | 41 | 7 IN OTHER COUNTIES |
| 2/18/2005 | (54).....49 | 7 | 42 | 5 IN OTHER COUNTIES |
| 2/25/2005 | (57).....49 | 7 | 42 | 8 IN OTHER COUNTIES |
| 3/4/2005 | (53).....45 | 6 | 39 | 8 IN OTHER COUNTIES |
| 3/11/2005 | (53).....42 | 5 | 37 | 11 IN OTHER COUNTIES |
| 3/18/2005 | (51).....40 | 4 | 36 | 11 IN OTHER COUNTIES |
| 3/25/2005 | (49).....38 | 4 | 34 | 11 IN OTHER COUNTIES |
| 4/1/2005 | (50).....39 | 6 | 33 | 11 IN OTHER COUNTIES |
| 4/8/2005 | (54).....43 | 3 | 40 | 11 IN OTHER COUNTIES |
| 4/15/2005 | (64).....53 | 5 | 48 | 11 IN OTHER COUNTIES |
| 4/22/2005 | (71).....60 | 7 | 53 | 11 IN OTHER COUNTIES |
| 5/6/2005 | (60).....54 | 6 | 48 | 6 IN OTHER COUNTIES |
| 5/20/2005 | (61).....55 | 6 | 49 | 6 IN OTHER COUNTIES |
| 5/27/2005 | (70).....64 | 8 | 56 | 6 IN OTHER COUNTIES |
| 6/3/2005 | (76).....68 | 9 | 59 | 8 IN OTHER COUNTIES |
| 6/10/2005 | (68).....51 | 8 | 43 | 17 IN OTHER COUNTIES |
| 6/17/2005 | (64).....48 | 8 | 40 | 16 IN OTHER COUNTIES |
| 6/24/2005 | (61).....45 | 5 | 40 | 16 IN OTHER COUNTIES |
| 7/1/2005 | (72).....56 | 6 | 50 | 16 IN OTHER COUNTIES |
| 7/8/2005 | (64).....48 | 5 | 43 | 16 IN OTHER COUNTIES |
| 7/15/2005 | (67).....51 | 4 | 47 | 16 IN OTHER COUNTIES |
| 7/22/2005 | 50 | 4 | 46 | |
| 7/29/2005 | 56 | 7 | 49 | |
| 8/5/2005 | 55 | 7 | 48 | |
| 8/12/2005 | 59 | 8 | 51 | |
| 8/19/2005 | (65).....64 | 7 | 57 | 1 IN COFFEE CO |
| 8/26/2005 | (67).....66 | 5 | 61 | 1 IN COFFEE CO |
| 9/2/2005 | 64 | 7 | 57 | |
| 9/9/2005 | 63 | 9 | 54 | |
| 9/16/2005 | 69 | 6 | 63 | |
| 9/23/2005 | (71).....67 | 4 | 63 | 4 IN CONECUH CO |
| 9/30/2005 | (74).....70 | 8 | 62 | 4 IN CONECUH CO |
| 10/7/2005 | (74).....70 | 4 | 66 | 4 IN CONECUH CO |
| 10/14/2005 | (76).....71 | 4 | 67 | 5 IN CONECUH CO |
| 10/21/2005 | (74).....69 | 6 | 63 | 5 IN CONECUH CO |
| 10/28/2005 | (71).....68 | 6 | 62 | 3 IN OTHER COUNTIES |
| 11/4/2005 | (78).....75 | 9 | 66 | 3 IN OTHER COUNTIES |
| 11/10/2005 | (80).....77 | 9 | 68 | 3 IN OTHER COUNTIES |
| 12/2/2005 | (74).....73 | 8 | 65 | 1 IN COFFEE CO |
| 12/9/2005 | (76).....75 | 8 | 67 | 1 IN COFFEE CO |
| 12/16/2005 | (73).....72 | 8 | 64 | 1 IN COFFEE CO |
| 12/30/2005 | (67).....66 | 3 | 63 | 1 IN COFFEE CO |

| JAIL CAPACITY | TOTAL | FEMALE | MALE | |
|---|---|---|---|---|
| | 42 | 4 | 38 | |
| | | | | |
| INMATES HOUSED | | | | |
| IN GENEVA CO JAIL | TOTAL | FEMALE | MALE | |
| WEEK ENDING | | | | |
| | | | | |
| 2006 | | | | |
| 1/6/2006 | (67).....66 | 3 | 63 | 1 IN COFFEE CO |
| 1/13/2006 | (72).....71 | 2 | 69 | 1 IN COFFEE CO |
| 1/20/2006 | (74).....73 | 5 | 68 | 1 IN COFFEE CO |
| 1/27/2006 | (69).....68 | 4 | 64 | 1 IN COFFEE CO |
| 2/3/2006 | (59).....58 | 4 | 54 | 1 IN COFFEE CO |
| 2/10/2006 | (70).....69 | 5 | 54 | 1 IN COFFEE CO |
| 2/17/2006 | (54).....53 | 5 | 48 | 1 IN COFFEE CO |
| 2/24/2006 | 53 | 5 | 48 | |
| 3/3/2006 | 54 | 7 | 47 | |
| 3/10/2006 | 57 | 8 | 49 | |