# Exhibit L
# Affidavit of Carl Rowe

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENNIS RUDD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Case No. 1:06-cv-00233-WKW |
| | ) |
| GENEVA COUNTY COMMISSION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF CARL ROWE

STATE OF ALABAMA     )
                     )
COUNTY OF GENEVA     )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Carl Rowe, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Carl Rowe. I am Jail Administrator for the Geneva County Sheriff's Department at the Geneva County, Alabama Jail. I have served as Jail Administrator for nine years and, prior to that, worked for three years with the Sheriff's Department in other capacities. Before coming to the Sheriff's Department, I served for 21 years in the United States Army.

2. I am familiar with the Plaintiff due to the fact that he was incarcerated in the Geneva County Jail from January 6, 2005 to January 10, 2005, for the manufacture and possession of methamphetamines.

3.  I have read the Complaint in this matter and have personal knowledge of some of the facts alleged therein.

4.  The Geneva County, Alabama Sheriff's Department operates the Geneva County Jail pursuant to sound policies and procedures which ensure that the rights of all inmates incarcerated therein are respected. Members of the jail staff are trained both in house and at certified training programs and academies regarding all aspects of their jobs, including the administration of medical care to inmates.

5.  It is the policy of the Geneva County, Alabama Sheriff's Department that all inmates confined in the Geneva County Jail be entitled to a level of health care comparable to that available to the citizens in the surrounding community in order that the inmates' physical and emotional well-being may be maintained. All medical care rendered to inmates in the Geneva County Jail is delivered under the direction of a licensed health care practitioner. It is departmental policy that no member of the jail staff, or any other Sheriff's Department employee, may ever summarily or arbitrarily deny an inmate's reasonable request for medical services. All judgments regarding the necessity of medical treatment are left to a licensed health care practitioner.

6.  It is the policy of the Geneva County Sheriff's Department that all inmates incarcerated in the Geneva County Jail be allowed to request health care services at any time. Requests of an emergency nature may be made either verbally or in writing, but all requests for non-emergency care from state or county inmates must be submitted in writing. Members of the jail staff are charged with the responsibility of accepting requests for medical treatment from inmates and taking appropriate action to see that those requests are dealt with in a prompt and appropriate manner.

7. When a member of the jail staff receives a request for medical treatment from an inmate, it is his or her responsibility to turn that request form over to the responsibility of the on duty jailer. It is then the on duty jailer's responsibility to make an appointment for the inmate with an appropriate health care provider. Any doubt as to whether an actual need exists for medical treatment is resolved in favor of the inmate, with medical services being offered.

8. It is the policy of the Geneva County Sheriff's Department that persons incarcerated in the Geneva County Jail be entitled to safe and accurate dispensation and administration of prescription and nonprescription medication. All medication prescribed for an inmate by a health care provider during the time of an inmate's incarceration is obtained by the Sheriff's Department and distributed according to the doctor's directions. When distributing medications, members of the jail staff complete a medication log, which records the inmate's name, the medication, the date and time it was delivered, the initials of the officer delivering the medication, or supervising its delivery, and the inmate's initials or signature acknowledging receipt.

9. Plaintiff never filed an inmate request form seeking medical treatment of any kind, nor did he file a grievance form complaining about any purported denial of medical care.

10. It is the policy of the Geneva County Sheriff's Department that persons incarcerated in the Geneva County Jail be housed in humane and sanitary conditions. On a daily basis, inmates are given cleaning materials in order that they may sanitize the living areas of their cells, under the supervision of a member of the jail staff. In addition, at any time, an inmate may request cleaning materials, and such materials are routinely provided by members of the jail staff in response to such requests. Common areas of the jail, including hallways and catwalks,

are cleaned by trusties every morning. A contract is maintained with a local pest control company which provides pest extermination and prevention procedures for the jail.

11. It is the policy of the Geneva County Jail that all inmates are permitted to submit an Inmate Request form regarding

12. As Administrator of the Geneva County Jail, I am the custodian of records.

13. Inmate grievance forms are made available to inmates upon request, and upon completion, they should be delivered to the Jail Administrator, who will issue a written response to the inmate's grievance.

14. It is the policy of the Geneva County Jail that all inmates are permitted to submit grievances to the jail administration and that each grievance will receive a response.

15. If an inmate is dissatisfied with the response he receives, he may appeal, in writing, to the Chief Deputy Sheriff within 72 hours of receiving the response. The Chief Deputy Sheriff will have 72 hours from the date of the appeal to investigate the matter and issue a response. If an inmate is dissatisfied with the response he receives from the Chief Deputy Sheriff, he may appeal, in writing, within 72 hours of receiving the response, to the Sheriff, who will have 72 hours from the date of the appeal to investigate the matter and issue a response.

16. The Plaintiff submitted no grievance in accordance with the policy of the Geneva County Jail regarding any claim in his Complaint.

17. I deny that I have, in any way, acted, or caused anyone to act in such a manner so as to deprive the Plaintiff of any right to which he is entitled.

18. I swear to the best of my present knowledge, information, and belief that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

_____
CARL ROWE

SWORN TO and SUBSCRIBED before me this 9th day of September, 2008.

_____
NOTARY PUBLIC
My Commission Expires: 8-28-2010

5

**Exhibit M
Rudd Medical History, dated February 24, 3005**

WIREGRASS MEDICAL CENTER
1200 W. MAPLE AVE.
GENEVA, AL 36340

## HISTORY AND PHYSICAL

Patient Name: RUDD DENNIS  Number: 506831  Admit Date: 02/24/05
Sex: M  Age: 45  Med Record: 424908612 MR  Disc. Date: 03/08/05
Date of Birth: 01/12/1960  Type: I/P  Room#: ICU-3  Physician: KRAFT KURT D
Physician Number: 00001600

CHIEF COMPLAINT: LEFT SIDE AND RIB PAIN.

THE PATIENT IS A 45 YEAR-OLD WHITE MALE WHO IS AN INMATE AT THE LOCAL JAIL. HE WAS INVOLVED IN AN ALTERCATION WITH ANOTHER INMATE IN WHICH HE SUFFERED MULTIPLE CONTUSIONS AND STATES THAT HE WAS KICKED REPEATEDLY IN THE LEFT SIDE. HE DENIED ANY LOSS OF CONSCIOUSNESS. NO ASSOCIATED NAUSEA, VOMITING OR DIARRHEA.
CURRENT MEDICATIONS: VISTARIL 25 BID AND SEROQUEL 300 Q HS.
HE DENIES ANY DRUG ALLERGIES.

PAST MEDICAL HISTORY IS POSITIVE FOR HISTORY OF CHRONIC HEPATITIS C; HYPERTENSION, POST TRAUMATIC STRESS DISORDER, CHRONIC PULMONARY OBSTRUCTIVE DISEASE.
SURGICAL HISTORY IS NEGATIVE.
FAMILY HISTORY IS POSITIVE FOR MOTHER WITH BREAST CANCER. FAMILY HISTORY OF BRAIN CANCER; DIABETES IN HIS BROTHER AND MOTHER; MOTHER ALSO HAS HYPERTENSION AND HEART DISEASE AND A SISTER WITH BIPOLAR DISORDER.
SOCIAL HISTORY: TWO PACKS PER DAY FOR 33 YEARS. STRONG HISTORY OF HEAVY ETOH USE. HE HAS APPARENTLY BEEN ON METHADONE IN THE PAST.

REVIEW OF SYSTEMS: NO HEMATEMESIS, HEMATOCHEZIA OR MELENA. THE PATIENT IS OTHERWISE UNCOOPERATIVE IN ELICITING ANY FURTHER HISTORY.

PHYSICAL EXAM: BLOOD PRESSURE 108/79, PULSE 78, RESPIRATORY 20, TEMPERATURE 97.1 AXILLARY, 02 SATS 99%.
GENERAL APPEARANCE: WELL NOURISHED, WHITE MALE WHO APPEARS TO BE IN NO ACUTE DISTRESS.
HEENT: NORMOCEPHALIC, ATRAUMATIC.
PUPILS ARE EQUAL AND REACTIVE TO LIGHT.
SOME CONTUSIONS NOTED TO THE FACE.
HEART IS REGULAR RATE AND RHYTHM WITHOUT MURMURS.
LUNGS ARE CLEAR TO AUSCULTATION BILATERALLY EXCEPT FOR SOME UNDERLYING CHRONIC PULMONARY OBSTRUCTIVE DISEASE CHANGES.
HE IS TENDER TO PALPATION OVER THE LEFT CHEST WALL.
ABDOMEN IS TENDER TO PALPATION IN THE LEFT UPPER QUADRANT AND LEFT SIDE.
HE HAS ACTIVE BOWEL SOUNDS WITHOUT ANY REBOUND OR GUARDING NOTED.
EXTREMITIES: NO CYANOSIS, CLUBBING OR EDEMA, NORMAL RANGE OF MOTION.
NEUROLOGIC IS GROSSLY INTACT.

ASSESSMENT/PLAN: ASSAULT WITH MULTIPLE CONTUSIONS AND SPLENIC RUPTURE AND RIB FRACTURE SECONDARY TO TRAUMA. HE WILL BE ADMITTED TO THE HOSPITAL. SURGICAL CONSULT WITH DR. DALE, IS OBTAINED AND THE PATIENT IS TAKEN BACK TO THE OPERATING ROOM FROM THE EMERGENCY ROOM.
HE WILL THEN BE ADMITTED DIRECTLY TO THE INTENSIVE CARE UNIT.


KURT KRAFT, M.D.
DATE DICTATED: 03/31/05/7:26 PM
DATE TYPED: 04/01/05/1:48 PM/md

# Exhibit N
# Letter received from Dr. J. Strunk demonstrating that Rudd had PTSD prior to the assault

# South Central Alabama Mental Health Board

Coffee County Outpatient
P.O. Box 310638
Enterprise, Alabama 36331
(334) 347-0212

05 - 122



**SERVING BUTLER, COFFEE, COVINGTON AND CRENSHAW COUNTIES**

**MENTAL ILLNESS**
OUTPATIENT
 Enterprise
 Andalusia
 Greenville
 Luverne

DAY TREATMENT
 Andalusia
 Enterprise
 Greenville
 Luverne

GROUP HOME
 Andalusia

CASE MANAGEMENT
 Greenville
 Andalusia
 Enterprise
 Luverne

ADMINISTRATION
 Andalusia

**SUBSTANCE ABUSE**
INTENSIVE OUTPATIENT
 Enterprise
 Andalusia

RESIDENTIAL
 Red Level

PREVENTION
 Andalusia
 Enterprise

CRO/DUI
 Andalusia
 Enterprise

ADMINISTRATION
 Red Level

**MENTAL RETARDATION**
DAY TRAINING
 Greenville
 Enterprise
 Andalusia

SUPPORTED EMPLOYMENT
 Andalusia
 Enterprise
 Greenville

EARLY INTERVENTION
 Andalusia
 Greenville

ADMINISTRATION
 Andalusia

6-1-2007

To Whom It May Concern:

Dennis Rudd is currently a patient under my medical care at South Central Mental health. He has been in treatment with me since December of 2006. He has been diagnosed with paranoid schizophrenia and post traumatic stress disorder. The PTSD appears to be the direct result the physical assault that occurred in February of 2005. Mr. Rudd remains significantly psychiatrically ill despite good compliance with treatment. His current meds include: Seroquel 200 mg Po nightly; Visteril 50 PO TID, and Zoloft 100 mg PO daily. If question arise, please feel free to contact South Central Mental Health.


Chris Strunks MD